JS 44 (Rev 09/10)



# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**

First Listed Plaintiff:
Gawker Media, LLC ;
**County of Residence:** Outside This District

Additional Plaintiff(s):
Gregg D Thomas ;

**Defendant(s):**

First Listed Defendant:
Federal Bureau of Investigation ;
**County of Residence:** Outside This District

Additional Defendants(s):
Executive Office of United States Attorneys ;

**County Where Claim For Relief Arose:** Hillsborough County

**Plaintiff's Attorney(s):**

Gregg D. Thomas ( Gawker Media, LLC)
Thomas & LoCicero PL
601 South Boulevard
Tampa, Florida 33606
**Phone:** 813-984-3060
**Fax:** 813-984-3070
**Email:** gthomas@tlolawfirm.com

Rachel E. Fugate
Thomas & LoCicero PL
601 South Boulevard
Tampa, Florida 33606
**Phone:** 813-984-3060
**Fax:** 813-984-3070
**Email:** rfugate@tlolawfirm.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 2. U.S. Government Defendant

**Citizenship of Principal Parties** (Diversity Cases Only)

**Plaintiff:** N/A

**Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 895 Freedom of Information Act

**Cause of Action:** Complaint arises under Freedom of Information Act, 5 U.S.C. 552 et Seq. Plaintiffs seek to compel the FBI and Executive Office of U.S. Attorneys to provide documents which they are improperly withholding.

**Requested in Complaint**

    **Class Action:** Not filed as a Class Action

    **Monetary Demand (in Thousands):** n/a

    **Jury Demand:** No

    **Related Cases:** RELATED to case number 8:12-cv-02348, assigned to Judge Whittemore

**Signature:** _____

**Date:** 5/19/2015

    If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.