UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

Plaintiffs,

Case No.: ___________________

vs.

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

Defendants.
________________________________________/

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(c), I certify that the instant action:

___X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

1. *Bollea v. Gawker Media, LLC, et al.*, Case 8:12-cv-02348-JDW-TBM (M.D. Fla.)

2. *Bollea v. Clem, et al.*, Case 8:13-cv-0001-T-27-AEP (M.D. Fla.)

3. *Bollea v. Clem, et al.*, Case No. 12012447-CI-011 (6th Judicial Cir., Pinellas Co., Fla.) & Nos. 2D13-1951, 2D14-1079, 2D14-3230, 2D14-5591, 2D15-1259 (Fla. 2d DCA).

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: May 19, 2015

Respectfully submitted,

THOMAS & LOCICERO PL

By: *___/s/ Gregg D. Thomas_______*
Gregg D. Thomas
Florida Bar No.: 223913
Rachel E. Fugate
Florida Bar No.: 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Telephone: (813) 984-3060
Facsimile: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Of counsel:*

Seth D. Berlin
Pro hac vice application forthcoming
Alia L. Smith
Pro hac vice application forthcoming
Patrick Kabat
Pro hac vice application forthcoming
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Telephone: (202) 508-1122
Facsimile: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com