# Exhibit 1

to the

# Declaration of Gregg D. Thomas

-  [Floyd Mayweather -- Strippers Got $3,000 Each For Instagram Twerk-fest](#)

-  [Jose Canseco -- My Finger Didn't Fall Off ... It Was A PRANK!!](#)

-  [Dwight Howard -- Baby Mama Throws Son's B-day Party At Hooters](#)

-  [Al Michaels -- Dennis Miller on 'MNF' ... 'He Had a Pretty Good Run'](#)

-  [Shelly Sterling -- Donald's Still a Huge Clippers Fan ... We Want Rings!!!](#)

Home

# Hulk Hogan Contacts FBI Over Leaked Sex Tape

## Hulk Hogan

### Contacts FBI

### Over Leaked Sex Tape

10/14/2012 6:00 AM PDT BY TMZ STAFF

EXCLUSIVE

Gawker 24003

http://www.tmz.com/2012/10/14/hulk-hogan-sex-tape-fbi/



**Hulk Hogan** is taking his sex tape fight to the big dogs -- contacting the FBI this week to help him track down the low-life who leaked his naked fun time footage to the media ... TMZ has learned.

Hulk's attorney tells TMZ, the wrestler had previously attempted to file a police report in Florida -- but local police couldn't help him for two reasons:

1) Because the tape was recorded in 2006, the four-year statute of limitations had expired on the offense of unlawfully recording Hulk without his permission.

2) The other offense -- distributing the illegal footage to the media -- crosses state lines, so it's a federal problem ... not a local one.

As a result, Hulk's lawyer says he has contacted the FBI to track down the sex tape leaker ... and bring that person to justice.

We're told Hulk plans to meet with FBI agents on Monday.



See also

- Hulk Hogan Betrayed By Best Friend -- 'I'm Sick to My Stomach'
- Bubba the Love Sponge Knew Hulk Hogan Sex Tape Could Be Worth A Fortune

**Gawker 24004**

http://www.tmz.com/2012/10/14/hulk-hogan-sex-tape-fbi/