# Exhibit 2

to the

# Declaration of Gregg D. Thomas

# DAILY DISH

# Hulk Hogan sues for $100 million over sex tape leak

By Daily Dish on October 16, 2012 10:25 AM



WENN.com

**HULK HOGAN**

http://blog.sfgate.com/dailydish/2012/10/16/hulk-hogan-sues-for-100-million-over-sex-tape-leak/

Wrestler-turned-reality TV star Hulk Hogan has launched a $100 million lawsuit over his leaked sex tape.

A lawyer for Hogan held a news conference in Tampa, Fla., on Monday and announced that the star had filed two lawsuits in relation to intimate footage which appeared on website Gawker.com earlier this month.

The clip featured Hogan, real name Terry Bollea, and Heather Clem, the ex-wife of wrestler and radio personality Bubba the Love Sponge.

The former fighter filed a criminal police report in Florida in an attempt to secure lawmakers' help in tracking down the person responsible for the leak – and he has since called in the FBI, according to insiders.

Hogan is now seeking $100 million in damages from bosses at Gawker, and has also filed suit against Clem and her former husband.

In legal papers, obtained by TMZ.com, Hogan claims he "had a reasonable expectation of privacy in his consensual, intimate activities in a private bedroom and reasonably believed that his privacy was safe and protected."

Hogan's attorney states the recording of the footage was "illegal, outrageous, and exceeded the bounds of human decency".

The 59-year-old has also requested the surrender of all footage so it can be destroyed.

**Categories: Hulk Hogan**