# Exhibit 3

to the

# Declaration of Gregg D. Thomas




Feedback | Home | U.K. | News | Sports | U.S. Showbiz | Australia | Femail | Health | Science | Money | Video | Travel | Columnists

Latest Headlines | U.S. Showbiz | U.K. Showbiz | Headlines | Arts | A-Z Star Search | Pictures | Showbiz Boards | Blogs | Video | TV Listings | Login

     

Nine dead in clash between biker | Extreme athlete Dean Potter and | Amtrak trains resume service | New York bankers pay their | Tragedy as mother-of-three falls 150 | One Marine killed and 21 hospitalized

# Hulk Hogan 'to contact the FBI over sex tape to bring the perpetrator to justice' after best friend Bubba the Love Sponge is 'cleared of leak'

By AMELIA PROUD and JADE WATKINS

PUBLISHED: 08:10 EST, 14 October 2012 | UPDATED: 11:58 EST, 15 October 2012

It's proving to be quite the soap opera, and now the latest in the Hulk Hogan sex tape saga is that the video was reportedly leaked by 'an unhappy ex-employee of his best friend Bubba the Love Sponge.'

But far from believe any gossip the wrestling star. who hit the headlines after X-rated footage of him and Heather Clem - the estranged wife of Bubba - surfaced online, Hogan plans to contact the FBI over the leak.

With rumours that overweight Bubba may have leaked the tape, Hogan is determined to get to the bottom of the leak.

**SCROLL DOWN FOR VIDEO...**




Obsessed: Hulk Hogan's sex tape partner Heather Clem, pictured right with her former husband and the Hulk's best friend Bubba The Love Sponge, was said to be obsessed with the wrestler





**FEMAIL TODAY**

▶ Kendall and Kylie Jenner get booed at Billboard Music Awards before introducing brother-in-law Kanye West's very censored closing performance

▶ MAD MEN SPOILER ALERT: Don Draper's fate is finally revealed as the curtain falls on hit show after eight years He had one last big slogan in him

▶ Dissed? Giuliana Rancic has an awkward moment on live TV when Kendall Jenner refuses to air kiss her at the Billboard Music Awards in Las Vegas

A source told TMZ that Hogan had tried to report the leak to local police in Florida but because of the statute of limitations and the nature of the offence, officers could not help him.

Hogan's lawyer added the wrestler will meet agents on Monday.

TMZ also reported that Hogan planned to sue Bubba, were he found to be responsible for the leak.

Meanwhile source told Radar: 'Even though Bubba knew how much the Hulk sex tape would be worth, he didn't stab his friend in the back and he's not the one who released it.

'It's a former employee of Bubba's who was outraged when he left Sirius to go back to terrestrial radio. He wanted payback.'

The source added: 'Bubba didn't secure the tape properly and showed it to a bunch of people. And that's why they're all in this mess now.'

On Wednesday, it was reported that Hulk's partner in his now infamous video was completely obsessed with the 59-year-old, and always had dreams of getting intimate with the star.

Radar allege that Clem used her former husband and the Bubba to get to the former reality star.



▶ Kisses from her man! Taylor Swift flashes plenty of flesh in low-cut jumpsuit before getting close to Calvin Harris at Billboard Music Awards
Not coy about romance



▶ 'We knew Bruce was a cross-dresser': Khloe Kardashian delivers shocking information during About Bruce special as sister Kendall sobs



▶ Chest is best! Jennifer Lopez, Taylor Swift



**Grim:** The wrestler looked downcast as he headed out in Manhattan on Wednesday

Sources claim that Clem was 'obsessed' with Hogan and that she and her former husband set up the camera to film the act so she could obsessively and repetitively watch it.

Insiders claim that Clem is a voyeur and used every possble means to have sex with the star.

'Heather has been obsessed with Terry [Hulk Hogan] Bollea forever,' an insider told Radar.

'She took advantage of her husband's friendship with him and used Bubba to get to Terry.

'She's a voyeur and her fantasy was to have sex with Terry and then have a tape of her conquest.'

Meanwhile, earlier this week Hogan said he was 'sick to his stomach' after hearing his best friend Bubba plotted to leak the sex tape of the wrestler with his own ex-wife.



...Chrissy Teigen, and Mariah Carey all showcase their ample charms for the Billboard Music Awards

▶ **What's happened to Iggy Azalea's face?** Aussie singer sparks rumors of more plastic surgery as she shows off her new bustline at the Billboard Awards


▶ **Taylor Swift steals the show at Billboard Music Awards...** taking home EIGHT gongs and debuting her star-studded music video Bad Blood


▶ **Leather-clad red-head Taylor Swift is backed up by bazooka-toting Gigi Hadid** as she confronts Selena Gomez in racy star-studded Bad Blood music video


▶ **'She looked really beautiful':** Kim Kardashian claims she has seen Bruce as a woman... and reveals Mr Jenner has a new name
Bruce has family support


▶ **'Reliving this is harder than I imagined':** Kim and Khloe Kardashian react on Twitter after emotional KUWTK About Bruce special airs
Bruce is transitioning


▶ **Fans furious after ABC censors Kanye West's Billboard performance** due to offensive language, with almost a full minute being broadcast in SILENCE


▶ **Power couple Jay Z and Beyoncé 'wired tens of thousands of dollars in bail money'** to cover protesters in Baltimore and Ferguson
Biographer claims


▶ **Proud papa! Chris Brown dotes over daughter Royalty** as he takes his tot on the red carpet at Billboard Music Awards
Showed his softer side


▶ **Dominatrix diva! Britney Spears struts in a sheer catsuit with latex boots** as she performs Pretty Girls with busty Iggy Azalea at the Billboard Awards

▶ **Jennifer Lopez slips into a flirty playsuit** as she joins Nick Jonas and his girlfriend Olivia Culpo at the Billboard




'Rattled': Hulk spoke out on the Today show on Tuesday, saying he was devastated about a sex tape featuring him leaking online... he later admitted he was 'sick to the stomach' to hear it may be his best friend to blame

The wrestler admitted on the Today Show on Tuesday that his life had been turned 'totally upside down' by the tape... and confessed on Howard Stern's radio show that the woman in the video was Clem, the ex-wife of his best friend.

And in the same afternoon he called into TMZ Live to admit he was 'completely stunned' when they told him about footage of Bubba planning to profit from the tape.

He told them: 'I'm sick to my stomach right now.'

Hogan also told them Bubba had vociferously denied even knowing about the sex tape and said he wasn't aware a camera even captured the steamy tryst.

Hulk relayed that he said to his buddy: 'If you had anything to do with this, that means we were never friends.'



Shock: The wrestling icon spoke to hosts Hoda Kotb, left, and Kathie Lee Gifford, saying he didn't even realise he was being filmed

At the end of the TMZ footage, Bubba can be heard saying to Heather: 'If we ever did want to retire, all we'd have to do is use this footage.'

Hulk told the Today show that he had no idea footage was being taken - and TMZ reports Hu k is now filming a criminal police reports in Florida, claiming he was filmed illegally.

In the clip, the professional wrestler can be seen engaging in a sex act with the brunette after a man thought to be his friend Bubba is seen leaving the room.

Bubba, who legally changed his name by deed poll, is mentioned in the video as Hulk asks his partner if she had slept with him earlier that day.

Hulk told Today hosts Kathie Lee Gifford and Hoda Kotb: 'It was a bad choice and a very low point.'

'I was with some friends and made a wrong choice. It has devastated me, I have never been this hurt.'

Hulk revealed the video - which only recently leaked online this week following stills from the encounter being released in April - was from six years ago.


party


Scarlett Johansson slips into skin-tight jeans as she gets stuck into action scenes alongside her body double on Captain America: Civil War set


Steve Irwin's father reveals his devastation over broken pact of silence around the Crocodile Hunter's death after cameraman detailed final moments


Rita Ora puts on a VERY daring display in a deeply plunging cutaway gown with thigh-high slit as she hints at split from Ricky Hil at Billboard Music Awards


Mad Men ends in triumph as fans take to Twitter to hail finale as 'pure genius'
Fans flocked to social media to praise last episode of 8 year series


Jay Z slams Google, YouTube, Spotify, the police, and hypocrites who buy iPhones and Nikes in blistering freestyle defense of Tidal during show


Jennifer Lopez, 45, displays plenty of cleavage in a daring gown at the Billboard Awards... and toyboy beau Casper Smart, 28, looks rather impressed


No time for jet-lag! Prince Harry looks fresh as a daisy as he swaps New Zealand for London's Chelsea Flower Show
Jet-setting royal in UK


Hair today! Victoria Beckham pokes fun at herself in hilarious snap as her immaculate locks struggle to cope with the humid Singapore weather


Pushing the envelope! Nicki Minaj sensually licks her lips and touches herself as she performs Hey Mama at Billboard Music Awards
Risque as usual

And the award for wackiest outfit goes to... Iggy Azalea, Dencia and Kira Kazantsev who hit a low note at Billboard Music Awards in Las Vegas


Married: Hulk is pictured with his current wife Jennifer McDaniels



mostest! Chrissy Teigen stuns in FIVE curve-hugging outfits as she takes on the Billboard Music Awards with Ludacris



**Chrissy Teigen fails to notice her dress KNOCKS a woman over during opening sequence of Billboard Music Awards in Vegas** That's power dressing



**Time to escape! Rita Ora makes a quick exit from the Billboard Music Awards to catch a flight... after hinting she's split from boyfriend Ricky Hil**



**January Jones brings out the retro glamour as she joins Christina Hendricks and Elisabeth Moss at Farewell To Mad Men event** It's the end of an era



**Chris Pine enjoys romantic lunch date with a mystery woman before indulging in some retail therapy** The Star Trek heartthrob was on a date



**SPOILER ALERT: Game Of Thrones reveals Sansa Stark's gruesome marriage to Ramsay as Tyrion and Jorah are captured by slave traders**



**Sam Smith looks forlorn as he leaves hospital after undergoing throat surgery... before accepting Billboard Award via video link**



**Doting mother Selma Blair works off-duty style in a baggy sweater and over-sized shades as she visits the farmer's market with her son Arthur**


**Jude Law steps out as it's confirmed he will portray a 'hard-line' fictional pope in new TV series set at the Vatican** The British actor will play a young pontiff

**She's out of this world! Diane Kruger shows off her slender limbs in a short stars and planets print dress as she dines out at Cannes Film Festival**

But added that it still has really upset his current wife, Jennifer McDaniel.

'I'm going full blown to try and figure out who would do this to me,' he said on Today before speaking to TMZ. 'My new wife Jennifer is rattled, she is not used to being part of the media.'

Clem, meanwhile was previously said to be embarrassed about the whole incident, and has refused to comment.

A source told PerezHilton.com recently: 'She thinks it puts her in a bad light - it's not as if Hulk's a hunk and it's a pretty embarrassing moment.'

Hulk was formerly married to Linda Hogan, who was recently hit the headlines over a DUI arrest.



More to come: Hogan has apparently warned children Brooke and Nick and ex-wife Linda that there could be another sex tape of him too, pictured together here in December 2006 in Las Vegas



▶ **FIRST LOOK: Michael Fassbender appears as Apple founder Steve Jobs as new trailer for hotly-anticipated biopic is released**
Latest star to portray icon



▶ **Eva Longoria slips into a curve-hugging little white dress after wowing in midnight blue on the red carpet as she continues the party at the Cannes Film Festival**



▶ **Shoot Another Day! Daniel Craig wields his gun as he films high-action speed boat chase on the River Thames for eagerly anticipated Bond film Spectre**



▶ **Has she got a stage age? Rebel Wilson's former classmate claims the actress is actually 36 NOT 29... and was known by a different name**



▶ **It takes two! Fergie and Josh Duhamel share parenting duties as they take their cherubic son Axl to the park for a kickabout**
Family day out in LA



▶ **'Thank you for bringing such happiness into my life': Lea Michele pays tribute to beau Matthew Paetz with touching Instagram post**
Celebrated his 30th



▶ **Poppy Delevingne stuns in a sheer green gown as she ensures her husband James Cook only has eyes for her at red carpet event in Cannes**



▶ **Her little Minnie Mouse! Kim Kardashian takes her cute daughter North West to get her face painted at local farm**
Posted pic of her daughter on Instagram



▶ **Oh Lorde! After years of working together the Royals hitmaker and longtime manager Scott Maclachlan have reportedly split**

The interview comes amid fears there could be another sex tape featuring him could be released.

Hulk has apparently warned his ex-wife Linda, son Nick and daughter Brooke - who now works with him on 'TNA IMPACT Wrestling' - to brace themselves for another onslaught.

A source close to the 59-year-old star told **RadarOnline**: 'Hulk is very concerned a new sex tape could emerge.

'After the first video was leaked he warned Linda, Brooke and Nick that he could have been caught on camera in the past.

'The family is absolutely mortified their name has been sullied in such a tacky way. They never imagined that Hulk could drag them into such an embarrassing situation.'


The way they were: Hulk, his former wife Linda and their two children starred in the reality show Hogan Knows Best for three years

### Share or comment on this article

     

**MOST WATCHED NEWS VIDEOS**


Can YOU work out what the sound coming from the sky is?


Royals fan filmed demanding fly ball back from little boy


Too far? Louis CK's controversial joke about child...


Teacher uses belt to break up classroom brawl


**Molly Ringwald, 47, hugs it out with Taylor Swift then introduces Simple Minds for Breakfast Club tribute at Billboard Music Awards**
Both blonde bombshells


**In The Love Zone: Britney Spears only has eyes for rumored fiancé Charlie Ebersol on red carpet at Billboard Music Awards**
Third time's a charm?


**Pretty Girls! Britney Spears, 33, and Iggy Azalea, 24, look like sisters as they pose arm-in-arm at the Billboard Music Awards**
Teamed up for a single


**'We actually went to high school together:' Extra presenter Renee Bargh reveals she and Iggy Azalea go way back at the Billboard Music Awards**


**Pixie-haired Faith Hill joins Little Big Town onstage the Billboard Music Awards to perform controversial song Girl Crush**
Singer is 47 years old


**'We want to share this with our brother!' One Direction dedicate Billboard Award win to Zayn Malik... after admitting they were angry when he quit**


**That's below the belt! Prankster Harry Styles playfully grabs Niall Horan's crotch as One Direction win big at Billboard Music Awards**
Boys got hands on


**Balmain babes! Kylie Jenner wears a metallic mini dress while Kendall sports a beaded blazer and thigh-high boots by their favorite designer at Billboard Music Awards**


**Mariah Carey performs in a sheer gown at Billboard Music Awards after 17 year break... as it's revealed she has more number one hits than any artist**


**It's all about that dress! Meghan Trainor shows off her curves in a sparkly black gown with a thigh-high split at the Billboard Music Awards**
The 21-year-old stunned

**Troubled star Jonathan Rhys Meyers looks**

**MOST READ NEWS**



| Nine dead in clash between biker | Touching moment a Sikh man breaks | Nigerian restaurant shut down for | Woman makes a show of kindly |

...disorientated as he's pictured drinking from a bottle of vodka on a London street 

▶ Bonding over Taylor? Swift's boyfriend Calvin Harris jokes around with her BFF Ed Sheeran as they cheer on the blonde star at Billboard Music Awards 

▶ Hey sweet thing! Justin Bieber and model Jayde Pierce stroll through a Beverly Hills park while cooling down with snow cones
Writing a breakup album 

## Comments (4)

Share what you think

| Newest | Oldest | Best rated | Worst rated |

The comments below have not been moderated.

The views expressed in the contents above are those of our users and do not necessarily reflect the views of MailOnline.

We are no longer accepting comments on this article.

 Who is this week's top commenter?   [Find out now]

## MORE TOP STORIES

▶ Leggy lady! Celine Dion, 47, oozes sex appeal in revealing green leather dress at Billboard Music Awards
the singer stood out in the skimpy gown 

▶ Tat's interesting! Empire's Taraji P Henson, 44, wears a cut-out dress to Billboard Music Awards so revealing it shows off her very private tattoos 

▶ Spencer Pratt makes bombshell claim that 10 years ago he was aware Bruce Jenner wanted to transition into a woman... and says Brody confirmed it 

▶ Kicking back! LeAnn Rimes and Eddie Cibrian enjoy a picnic with friends after watching the actor's son Jake play soccer
She's pitch perfect 

▶ Pregnant Hilaria Baldwin 'bumps' into new father Josh Charles while strolling with Carmen in NYC
She's expecting her second child 

▶ Staying put! Bruce Jenner denies he plans to recover from gender reassignment surgery at an $8.2m beach-side hideaway in Australia
A peaceful recovery 

▶ Gwyneth Paltrow in Titanic, Sarah Michelle Gellar in Clueless and John Travolta as Forrest Gump... the blockbuster movie roles actors turned DOWN revealed 

▶ 'Laughing is the best calorie burner': Kendra Wilkinson looks glum as she wears a statement T-shirt while joining Hank Baskett and son at