# Exhibit 5

to the

# Declaration of Gregg D. Thomas



# Hulk Hogan fights sex tape leak

**LIFELINE LIVE**   USATODAY   *4:13 p.m. EDT October 5, 2012*

Hulk Hogan has been caught with his pants down. And his doo-rag off!

Yes, the wrestler is the star of a sex tape - in all his naked glory - and Gawker is sharing it with the world.

But Hogan is moving to get the video, which TMZ says was shopped around in April, off the Web.

Gawker says the tape, which runs about a half hour, was sent to them last week. No payment was demanded.

**UPDATE, 4 p.m. ET**: Hulk's lawyer David R. Houston tells Lifeline Live that he sent a cease and desist letter to Gawker today to get the video taken down.

*(Photo: Bryan Bedder, Getty Images)*

**TAGS**

Sports   Hulk Hogan
Houston   Florida

"It is our opinion whoever made this video without the knowledge and/or consent of Hulk Hogan faces potential criminal charges in the state of Florida for doing so. And anyone who publishes with knowledge that it was taken in violation in statute may well find themselves in the very same position."

He added that his team is "doing everything in our power to unearth whomever has done this, and consequently everything in our power to see they are prosecuted to the full extent of the law."

Houston added, "The short version: Whoever did it: Don't sleep too well."

**Automakers duke it out at 2015 New York Auto Show**
Mar 31, 2015