# Exhibit 6

to the

# Declaration of Gregg D. Thomas

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

vs.

Case No. 12012447CI-011

HEATHER CLEM; GAWKER MEDIA, LLC
aka GAWKER MEDIA; GAWKER MEDIA
GROUP, INC. aka GAWKER MEDIA;
GAWKER ENTERTAINMENT, LLC;
GAWKER TECHNOLOGY, LLC; GAWKER
SALES, LLC; NICK DENTON; A.J.
DAULERIO; KATE BENNERT, and
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT aka
GAWKER MEDIA,

        Defendants.

_____/

## AFFIDAVIT OF DAVID R. HOUSTON

STATE OF FLORIDA

COUNTY OF PINELLAS

DAVID HOUSTON, Esq. being duly sworn, deposes and says:

    1.    I am a resident of Reno, Nevada, over the age of 18 years. I am an attorney duly licensed to practice before all courts of the States of Florida and Colorado, among other courts, including the United States Supreme Court and the Ninth Circuit Court of Appeals. I am counsel (admitted *pro hac vice*) for Plaintiff Terry Gene Bollea, professionally known as Hulk Hogan, in the above-captioned matter. I have been Mr. Bollea's personal attorney for approximately six years. The statements made herein are based on my personal knowledge.

1

Generated by CamScanner from intsig.com

2.   On March 5, 2014, I spoke by telephone with an attorney in the United States Attorney's Office for the Middle District of Florida. On this same date, I also spoke by telephone with a representative of the Federal Bureau of Investigation ("FBI"). Both confirmed that the criminal investigation into the source and distribution of the secretly-recorded sex tape that is the subject of this lawsuit remains open.

3.   In addition, during the period in and around the latter part of 2012, when Mr. Bollea and I initiated our contact with the FBI to discuss the commencement of an investigation into the source and distribution of the secretly-recorded sex tape, various FBI representatives repeatedly told Mr. Bollea and me that, under no circumstances, was anyone affiliated with the investigation allowed to disclose anything about the FBI's investigation to anyone.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _____ day of March, 2014.

_____
DAVID R. HOUSTON

Sworn to and subscribed before me this 5th day of March, 2014 by DAVID R Houston who is personally known to me or _____ who has produced Nevada Drivers License (type of I.D.) as identification (check one).

_____
(Signature)
Gina M. Falcone
(Type or Print Name)

Notary Public
My Commission Expires:
Commission No.:

GINA M. FALCONE
NOTARY PUBLIC
STATE OF FLORIDA
Comm# EE114416
Expires 8/13/2015

2

Generated by CamScanner from intsig.com