# Exhibit 9

to the

# Declaration of Gregg D. Thomas

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

    Plaintiff,

vs.              Case No. 12012447CI-011

HEATHER CLEM, et al.,

    Defendants.
_____/

## REPORT & RECOMMENDATION ON THE FIFTH
## MOTION TO COMPEL DISCOVERY FROM PLAINTIFF

This cause came before Special Discovery Magistrate James Case on February 24, 2014, on the Fifth Motion of Gawker Media, LLC ("Gawker') and A.J. Daulerio to Compel Discovery from Plaintiff (the "Motion"). After reviewing the Court file, reviewing and considering the Motion, opposition and reply papers, and hearing the argument of counsel, the Special Discovery Magistrate RECOMMENDS that the Motion be GRANTED, and that, in light of depositions commencing March 3, 2014, plaintiff be required to furnish all of the discovery requested in the Motion to counsel for movants by no later than 4:00 p.m. on Thursday, February 27, 2014, including specifically full and complete responses to Daulerio Interrogatory Nos. 9 and 10 and Gawker Requests for Production Nos. 51, 52 and 54.

The parties shall have 10 days from the date of this Report and Recommendation to file objections with the Circuit Court.

Dated: February 28, 2014

              /s/ JAMES R. CASE
              _____
              James R. Case
              Special Discovery Magistrate

Copies furnished to:
Counsel of Record

1