# Exhibit 10

to the

# Declaration of Gregg D. Thomas

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

vs.                                      Case No. 12012447CI-011

HEATHER CLEM, *et al.*,

        Defendants.
_____/

**ORDER**

This cause came before Special Discovery Magistrate James Case on February 24, 2014, on the Fifth Motion of Gawker Media, LLC ("Gawker") and A.J. Daulerio (together, "Defendants") to Compel Discovery from Plaintiff (the "Motion"). At that hearing, Judge Case concluded that the Motion should be GRANTED and that, in light of depositions commencing March 3, 2014, plaintiff be required to furnish to counsel for movants all discovery requested in the Motion by no later than 4:00 p.m. on Thursday, February 27, 2014, including full and complete responses to Daulerio Interrogatory Nos. 9 and 10 and Gawker Requests for Production Nos. 51, 52 and 54. On February 28, 2014, Judge Case issued a REPORT & RECOMMENDATION memorializing that recommendation. Plaintiff filed Exceptions to Judge Case's REPORT & RECOMMENDATION, to which Defendants have responded.

After reviewing and considering the REPORT & RECOMMENDATION of the Special Discovery Magistrate, the parties' briefs on the Motion and on Plaintiff's Exceptions, and the transcript of the hearing before Judge Case, and being fully advised of the premises, IT IS HEREBY ORDERED AND ADJUDGED that:

1

1. The REPORT & RECOMMENDATION dated February 28, 2014 is AFFIRMED;

2. Defendants' Motion is GRANTED; and

3. Plaintiff shall be required to furnish all of the discovery requested in the Motion to counsel for movants within seven days of the date of this Order, including specifically full and complete responses to Daulerio Interrogatory Nos. 9 and 10 and Gawker Requests for Production Nos. 51, 52 and 54.

DONE AND ORDERED in Chambers at Pinellas County, Florida this ____ day of _____, 2014.

_____
Pamela A.M. Campbell
Circuit Court Judge

*[Stamp: Original Signed Pamela A.M. Campbell Circuit Judge APR 23 2014]*

Copies furnished to:
Counsel of Record