# Exhibit 11

to the

# Declaration of Gregg D. Thomas

1

```
  IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
 OF THE STATE OF FLORIDA, IN AND FOR PINELLAS COUNTY


- - - - - - - - - - - - - - - - - -
TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

        Plaintiff,
                               No. 12-012447-CI-011
vs.

HEATHER CLEM; GAWKER MEDIA, LLC,
aka GAWKER MEDIA, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - -/




              TELEPHONIC HEARING BEFORE
              THE HONORABLE JAMES CASE




   DATE:              January 31, 2104

   TIME:              3:34 p.m. to 4:05 p.m.

   PLACE:             201 East Kennedy Boulevard
                      Suite 712
                      Tampa, Florida

   REPORTED BY:       Susan C. Riesdorph, RPR, CRR
                      Notary Public, State of
                      Florida




                      Pages 1 - 26
```

**Riesdorph Reporting Group, Inc. (813) 222-8963**

```
 1   APPEARANCES:

 2      CHARLES J. HARDER, ESQUIRE
        Harder Mirell & Abrams, LLP
 3      1925 Century Park East
        Suite 800
 4      Los Angeles, California 90067
            - and -
 5      KENNETH G. TURKEL, ESQUIRE
        Bajo Cuva Cohen & Turkel, P.A.
 6      100 North Tampa Street
        Suite 1900
 7      Tampa, Florida 33602
            Attorneys for Plaintiff
 8

 9      SETH D. BERLIN, ESQUIRE
        ALIA L. SMITH, ESQUIRE
10      Levine Sullivan Koch & Schulz, LLP
        1899 L Street, N.W.
11      Suite 200
        Washington, D.C. 20036
12          - and -
        GREGG D. THOMAS, ESQUIRE
13      Thomas & Locicero, PL
        601 South Boulevard
14      Tampa, Florida 33606
            Attorneys for Defendant Gawker Media, LLC
15

16

17

18

19
                     I N D E X
20
     PROCEEDINGS                              Page  3
21
     REPORTER'S CERTIFICATE                   Page 26
22

23

24

25
```

**Riesdorph Reporting Group, Inc. (813) 222-8963**

1      is allowed to get up and say all those things and
2      we can't even get information, some of which may
3      not be the subject of any privilege and would be
4      disclosable if we get a release from him.  I think
5      with that, unless the Court has any questions, I
6      think I'll stop.
7          THE COURT:  I don't think so.  You all have
8      done an excellent job of outlining the issues.  I
9      have, again, reviewed the motion.  And having
10     considered the oral argument that has been
11     presented here today, as the general master that's
12     been appointed in this case, it is my
13     recommendation and my finding that Gawker has made
14     a sufficient basis for the granting of the motion
15     to compel for the authorization.  And it would be
16     my recommendation to the judge in this case that
17     an order be constructed directing Mr. Hogan to
18     provide the authorization.  And I'm -- so that
19     perhaps we can get the information if it's
20     available within the time before these
21     depositions, I'm going to suggest that three days
22     ought to be allowed.
23         THE COURT REPORTER:  I'm sorry, Judge.  Three
24     days?
25         THE COURT:  Three days, yes, ma'am.

26

REPORTER'S CERTIFICATE

STATE OF FLORIDA          :

COUNTY OF HILLSBOROUGH    :


     I, Susan C. Riesdorph, RPR, CRR certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of my stenographic notes.

     I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the outcome of the foregoing action.

     Dated this 12th day of February, 2014, IN THE CITY OF TAMPA, COUNTY OF HILLSBOROUGH, STATE OF FLORIDA.



          Susan C. Riesdorph, RPR, CRR, CLSP