# Exhibit 12

to the

# Declaration of Gregg D. Thomas

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

vs.                                  Case No. 12012447CI-011

HEATHER CLEM, *et al.*,

        Defendants.
_____/

## REPORT & RECOMMENDATION

This cause came before Special Discovery Magistrate James Case on January 31, 2014, on the Motion of Gawker Media, LLC ("Gawker") to Compel FBI Authorization or, in the Alternative, for an Order of Preclusion. After reviewing the Court file, reviewing and considering the Motion and response papers, and hearing the argument of counsel, the Special Discovery Magistrate RECOMMENDS that Gawker's Motion be GRANTED and that Plaintiff (and any counsel acting on his behalf) be compelled to provide the requested release to Gawker within three days.

The parties shall have 10 days from the date of this Report and Recommendation to file objections with the Circuit Court.

Dated: __2-5__, 2014

                                                              /s/ JAMES R. CASE
                                                              James R. Case
                                                              Special Discovery Magistrate

Copies furnished to:
Counsel of Record