# Exhibit 13

to the

# Declaration of Gregg D. Thomas



IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

    Plaintiff,

vs.                              Case No. 12012447CI-011

HEATHER CLEM, *et al.*,

    Defendants.

_____/

## ORDER

This cause came before Special Discovery Magistrate James Case on January 31, 2014, on the Motion of Gawker Media, LLC ("Gawker") to Compel FBI Authorization or, in the Alternative, for an Order of Preclusion. After reviewing and considering the REPORT & RECOMMENDATION of the Special Discovery Magistrate, IT IS HEREBY ORDERED AND ADJUDGED that Gawker's Motion is GRANTED and that Plaintiff (and any counsel acting on his behalf) must provide the requested release to Gawker within three days. *Report and recommendation dated February 5, 2014 is approved.*

DONE AND ORDERED in Chambers at Pinellas County, Florida this 26 day of February, 2014.

                                                     Pamela A.M. Campbell
                                                     Circuit Court Judge

Copies furnished to:
Counsel of Record