# Exhibit 14

to the

# Declaration of Gregg D. Thomas

```
   IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
         IN AND FOR PINELLAS COUNTY, FLORIDA

                CASE NO. 12012447-CI-011


TERRY GENE BOLLEA professionally
known as HULK HOGAN,

        Plaintiff,

vs.

HEATHER CLEM; GAWKER MEDIA,
LLC aka GAWKER MEDIA, et al.,

        Defendants.
_____/




                       HEARING
       BEFORE THE HONORABLE PAMELA A.M. CAMPBELL
                (Pages 1 through 133)

              Friday, January 17, 2014
               9:35 a.m. - 12:09 p.m.

           St. Petersburg Judicial Building
              545 First Avenue North
                   Courtroom E
            St. Petersburg, Florida 33701




              Stenographically Reported By:
                    Lori K. Ash, RPR
              Notary Public, State of Florida
                 U.S. Legal Support, Inc.
                     (813) 876-4722
```

```
 1   APPEARANCES:
 2
         CHARLES J. HARDER, ESQUIRE
 3       Harder Mirell & Abrams LLP
         1925 Century Park East
 4       Suite 800
         Los Angeles, California 90067
 5       (424) 203-1600
         charder@hmafirm.com
 6            and
         KENNETH G. TURKEL, ESQUIRE
 7       Bajo Cuva Cohen & Turkel P.A.
         100 North Tampa Street
 8       Suite 1900
         Tampa, Florida 33602
 9       (813) 443-2199
         kturkel@bajocuva.com
10
              Attorneys for Plaintiff
11
12       SETH D. BERLIN, ESQUIRE
         Levine Sullivan Koch & Schulz, LLP
13       1899 L Street, NW
         Suite 200
14       Washington, DC 20036
         (202) 508-1122
15       sberlin@lskslaw.com
              and
16       GREGG D. THOMAS, ESQUIRE
         SADIE R. CRAIG, ESQUIRE
17       Thomas & Locicero PL
         601 South Boulevard
18       Tampa, Florida 33606
         (813) 984-3060
19       gthomas@tlolawfirm.com
         scraig@tlolawfirm.com
20
              Attorneys for Defendant Gawker Media, LLC
21            and for specially appearing Defendants
              Gawker Media Group, Inc. and Blogwire
22            Hungary Szellemi Alkotast Hasznosito, KFT
              (now known as Kinja, KFT)
23
24
25
```

```
 1        JOSEPH F. DIACO, JR., ESQUIRE
          CHANDLER P. IRVIN, ESQUIRE
 2        Adams & Diaco, P.A.
          101 East Kennedy Boulevard
 3        Suite 2175
          Tampa, Florida 33602
 4        (813) 221-8669
          jdiaco@adamsdiaco.com
 5        cirvin@adamsdiaco.com

 6            Attorneys for Non-Party Bubba Clem
```

INDEX

PAGE

Certificate of Reporter.........................133

EXHIBITS

NO.   DESCRIPTION                                PAGE

(No exhibits marked.)

1  that they were being created.  He wouldn't have
2  consented to any of that.  And the fact that
3  they got published -- a minute and 41 seconds
4  got published, which was the highlight reel, is
5  an absolute outrage, and we have been doing
6  everything we can to contain that situation.
7       What Gawker now wants is if there happens
8  to be more footage than they received -- they
9  received 30 minutes of footage.  They took that
10 30 minutes and edited it and then posted it to
11 the Internet.  It was there for six months, and
12 then pursuant to Your Honor's order it came
13 down.
14      If there happens to be more video than
15 they have, we would strongly urge Your Honor to
16 not allow that video to go anywhere.  Frankly,
17 we want it to be destroyed, but it certainly
18 shouldn't be going into more hands.  Mr. Berlin
19 doesn't have a right to see my client having
20 private relations with somebody in a private
21 place when he didn't consent to it.
22      THE COURT:  Do you disagree with
23 Mr. Berlin's representation as to a ruling that
24 I made back last October?  I don't really
25 recall that.

1   MR. HARDER: Your ruling was as it
2   pertained to documentation and testimony. We
3   made a protective order motion that
4   Hulk Hogan's general sex life was not allowed;
5   but just words, testimony, documentation that
6   would pertain to the relationship between
7   Hulk Hogan and Heather Clem, you allowed that
8   discovery, but in order to contain what was a
9   much broader request for discovery. But
10  Your Honor never said that all video would have
11  to be produced.
12      THE COURT: Do you --
13      MR. BERLIN: I have a transcript,
14  Your Honor.
15      MR. HARDER: Your Honor, that motion was
16  between Hulk Hogan and Gawker. We don't have
17  anything at all except what they have given us
18  in terms of video. So they received a
19  30-minute video. We never had it until they
20  gave it to us. And there was 1 minute and 41
21  seconds that was on the Internet that obviously
22  we looked at, but if there happens to be more
23  video, that issue was never litigated, because
24  we don't have it and apparently they are
25  telling us they don't have it.

```
 1          THE COURT:  I guess so the credibility of
 2    Mr. Bollea as far as his knowledge of the
 3    Clems -- Mr. and Mrs. Clem's practices as far
 4    as taping or any other -- the credibility of
 5    Mr. Bollea, he's actually the one in question,
 6    his knowledge, his sense of taping, those kinds
 7    of things, I think that they are at least
 8    appropriate for deposition and some discovery.
 9          Am I asking at this point in time for any
10    other tapes to be turned over to the defense?
11    No.  But I think that the topic is certainly
12    one that is appropriate.
13          MR. HARDER:  I understand, Your Honor.  I
14    would propose a compromise.  If there happens
15    to be more footage, I would -- rather than
16    having Gawker or counsel get that footage,
17    perhaps Judge Case could get that footage and
18    look to see if it speaks to the issues that
19    they are saying, because I am very, very
20    confident that there is nothing on any videos
21    that would show that Hulk Hogan knew about
22    this, consented to this, any of that.
23          Now, I think what Mr. Berlin is saying, if
24    I understand him -- and I don't even -- I'm
25    operating in the dark here, because he's
```

1  talking about certain things that happened on
2  the video and yet they've never produced any
3  evidence of that to me and this is the first
4  time I've ever heard of it, that apparently
5  maybe the Clems were having a discussion that
6  they were going to get rich from this video,
7  then that's an issue that would pertain to the
8  Clems.  It wouldn't pertain to Hulk Hogan
9  knowing about or consenting to, but it would
10 pertain to the Clems.
11        THE COURT:  Mrs. Clem is still a defendant
12 in this case.
13        MR. HARDER:  She is.
14        THE COURT:  So it certainly would be
15 something that even your client would want to
16 know.
17        MR. HARDER:  Probably, yes.
18        MR. THOMAS:  Your Honor, what I would ask
19 as to that is today you ask Mr. Diaco if he
20 will agree to preserve all tapes that relate to
21 Ms. Clem and Mr. Hogan.
22        THE COURT:  Yes.  I think that's
23 appropriate.
24        So, Mr. Diaco, we don't want to later on
25 have any spoliation of evidence issues coming

1  up or anything for purposes of jury trial later
2  on and any issue of Valcin presumption.
3       So if you would please ask Mr. -- and I
4  would like to enter an order that requires
5  anybody that has any possession of anything --
6  and I'm going to say anything really broadly --
7  so anything, any written material, any audio,
8  any video, any text messages, anything that
9  pertains to the video that is the subject
10 matter of this lawsuit to be preserved.
11      Anybody have a problem with that?
12      MR. BERLIN:  I would just add it may be
13 one longer tape or two shorter tapes.  It could
14 be --
15      THE COURT:  I said anything.  Anything
16 means anything.
17      MR. BERLIN:  I don't want --
18      THE COURT:  If one tape is a minute and
19 one is 10 minutes, all of it gets preserved.
20      MR. BERLIN:  I don't want anybody to come
21 back later and say, well, this isn't the tape
22 that Gawker had broadcast, it was a different
23 tape, so we didn't preserve it.  That's all.
24      THE COURT:  If you've got ten tapes,
25 preserve all ten tapes.

1           Mr. Diaco, do you have a problem with any
2  of that?
3           MR. DIACO:  No, Your Honor.  I just want
4  to make sure it's clear again, because of these
5  undertones that there is some kind of agenda to
6  hide things, nothing will be destroyed.  I'm
7  not aware of any video other than what is at
8  issue in this case.  I didn't even know how
9  long Gawker's video was until I heard it today.
10  So I assure you that everything will be
11  preserved as it relates to your ruling.
12           THE COURT:  Thank you.
13           Mr. Harder, do you have any concerns with
14  that?
15           MR. HARDER:  No, Your Honor.
16           THE COURT:  Great.  Thank you.
17           So who can prepare that order?
18           MR. BERLIN:  I'll be happy to, Your Honor.
19           THE COURT:  Thank you, Mr. Berlin.
20           MR. HARDER:  Your Honor, without waiver of
21  my right to act at the end of all this for all
22  these sex tapes to be destroyed, because that's
23  part of what we're seeking, but for purposes of
24  litigation I understand the preservation order.
25           THE COURT:  I totally agree.

```
1                CERTIFICATE OF REPORTER
2

3    STATE OF FLORIDA      )
4    COUNTY OF HILLSBOROUGH )
5

6         I, Lori K. Ash, RPR-CP, certify that I was
7    authorized to and did stenographically report the
8    foregoing proceedings and that the foregoing pages,
9    numbered 1 through 132, are a true and complete
10   record of my stenographic notes taken during said
11   proceedings.
12        I further certify that I am not a relative,
13   employee, attorney or counsel of any of the parties,
14   nor am I a relative or employee of any of the
15   parties' attorneys or counsel connected with the
16   action, nor am I financially interested in the
17   action.
18             Dated this 20th of January, 2014.
19
20
21
22             _____
               LORI K. ASH, RPR-CP
23
24
25
```