# Exhibit 15

to the

# Declaration of Gregg D. Thomas

| | |
|---|---|
| **From:** | Sweeney, Sara (USAFLM) 1 <Sara.Sweeney@usdoj.gov> |
| **Sent:** | Wednesday, March 19, 2014 12:53 PM |
| **To:** | Seth Berlin |
| **Subject:** | RE: Contact information |

Hi Seth,

I confirm everything you wrote below, with one addition: on subpoint (c), it is possible that someone may have said requested that of Mr. Bollea or his counsel in the past.  But that request, if given, is no longer in force.

Thanks,
Sara

**Sara C. Sweeney**
*Assistant United States Attorney*
*Middle District of Florida*
*400 N. Tampa St., Suite 3200*
*Tampa, Florida 33602*
*Tel: (813) 274-6145*
*Fax: (813) 274-6178*

---

**From:** Seth Berlin [mailto:SBerlin@lskslaw.com]
**Sent:** Tuesday, March 18, 2014 4:33 PM
**To:** Sweeney, Sara (USAFLM) 1
**Cc:** Seth Berlin
**Subject:** RE: Contact information

Ms. Sweeney,

Thank you very much for the letter.  Following our conversation last week, I also just wanted to confirm my understanding that (a) the Government is not asserting any privilege with respect to documents that Terry Gene Bollea or his counsel have in their possession, including the documents on the privilege log supplied to you (and so informed Mr. Bollea's counsel), (b) we would not be interfering in any way with any investigation if those documents were disclosed or if we contact witnesses who may have provided information to the Government, and (c) Mr. Bollea and his counsel have not been instructed by the Government not to speak about these subjects or any investigation.  Could you please confirm that I have that correct?  Thank you.

Seth


Seth D. Berlin



1899 L Street, NW
Suite 200

1

Washington, DC 20036
(202) 508-1122 | Phone
(202) 861-9888 | Fax
www.lskslaw.com

---

**From:** Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
**Sent:** Tuesday, March 18, 2014 8:01 AM
**To:** Seth Berlin
**Subject:** RE: Contact information

Hi Seth,
Attached is the letter you requested.

Thanks,
Sara


**Sara C. Sweeney**
*Assistant United States Attorney*
*Middle District of Florida*
*400 N. Tampa St., Suite 3200*
*Tampa, Florida 33602*
*Tel: (813) 274-6145*
*Fax: (813) 274-6178*


---

**From:** Seth Berlin [mailto:SBerlin@lskslaw.com]
**Sent:** Friday, March 14, 2014 10:28 AM
**To:** Sweeney, Sara (USAFLM) 1
**Cc:** Seth Berlin
**Subject:** Contact information

Ms. Sweeney -- As requested, my contact information is below.  Thank you for your assistance.

Seth Berlin


Seth D. Berlin



1899 L Street, NW
Suite 200
Washington, DC 20036
(202) 508-1122 | Phone
(202) 861-9888 | Fax
www.lskslaw.com