# Exhibit 17

to the

# Declaration of Gregg D. Thomas

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL

SCS

March 18, 2014

**VIA EMAIL**
Mr. Seth Berlin, Esq.
Levine Sullivan Koch & Schulz, LLP
sberlin@lskslaw.com

Re: Gawker

Dear Mr. Berlin,

Pursuant to our telephone conversation on March 14, 2014, this is to confirm in writing that your client, Gawker, is neither the target nor the subject of any criminal investigation conducted by the United States Attorney's Office for the Middle District of Florida

Sincerely,

A. LEE BENTLEY, III
United States Attorney

By: Sara C. Sweeney
Assistant United States Attorney