# Exhibit 18

to the

# Declaration of Gregg D. Thomas



**Tampa**

601 South Boulevard, Tampa, FL  33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL  33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL  33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugage
Direct Dial:  (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

VIA foiparequest@ic.fbi.gov.

FBI
Record/Information Dissemination Section
Attn: FOIPA Request
170 Marcel Drive
Winchester, VA 22602-4843

      Re:    Freedom of Information Act Request

Dear FOIA Officer:

This is a formal request for information pursuant to the Freedom of Information Act.  Our firm requests a copy of the following:

ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

The Freedom of Information Act provides that if some parts of a requested document are exempt, "reasonably segregable" portions shall be provided.  See 5 U.S.C. § 552(b). Consequently, if you determine that some or all of the information we have requested is exempt, please specify the exemption you believe applies and provide me a copy of the remainder of the information.  We reserve the right to appeal any such decisions.

Thank you for your assistance.

           Sincerely,

           THOMAS & LOCICERO PL

           Rachel E. Fugate