# Exhibit 21

to the

# Declaration of Gregg D. Thomas



**Tampa**

601 South Boulevard, Tampa, FL  33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL  33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL  33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial:  (813) 984-3066
gthomas@tlolawfirm.com

Reply to: Tampa

November 7, 2014

**VIA ELECTRONIC MAIL**

Susan B. Gerson, Acting Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001
Phone: (202) 252-6020
Fax: (202) 252-6047
USAEO.FOIA.Requests@usdoj.gov

        **Re: Freedom of Information / Privacy Act Request**

Dear Ms. Gerson:

      This is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and the Privacy Act, 5 U.S.C. § 552a.

      I am an attorney who represents Gawker Media, LLC in connection with a lawsuit filed against it by Terry Gene Bollea, known professionally as "Hulk Hogan," in Florida state court. *See Bollea v. Clem, et al.*, No. 12012447-CI-011 (Fla. Cir. Ct.).

      I hereby request disclosure of any and all records in the possession, custody or control of the United States Department of Justice, including without limitation the agencies described below, relating to an investigation, and complaints or requests for investigation, concerning recording(s) of Terry Gene Bollea a/k/a "Hulk Hogan" engaged in sexual relations with Heather Clem.  This request includes, but is not limited to:

- records reflecting any communications with Mr. Bollea or his counsel;

Susan B. Gerson
November 7, 2014
Page 2

- any statements made by Mr. Bollea or his counsel;

- any records relating to video recording(s) of Mr. Bollea engaged in sexual relations with Heather Clem;

- any records concerning such video recording(s), including the recording(s) themselves;

- any records relating to the source and distribution of such video recording(s); and

- records relating to any attempt to disseminate such video recording(s), including any attempt to sell such video recording(s) to Mr. Bollea or his counsel.

To assist you and your components in tailoring your searches, the following keyword search protocol is reasonably likely to return responsive records:

["Terry Bollea" OR "Terry Gene Bollea" OR "Hulk Hogan" OR "Hogan" OR "David Houston" OR "dhouston@houstonatlaw.com" OR "Charles Harder" OR "Charles J. Harder" OR "charder@HMAfirm.com" OR "charder@wrslawyers.com" OR "Ken Turkel" OR "Kenneth Turkel" OR "KTurkel@bajocuva.com"]

-AND-

["Gawker" OR "Sex Tape" OR "Todd Alan Clem" OR "Bubba Clem" OR "Bubba the Love Sponge Clem" OR "Heather Clem" OR "Heather Cole" OR "Keith Davidson" OR "Vilma Duarte" OR "Matt Lloyd" OR "Matt Loyd"]

This request includes, but is not limited to, records maintained by the Office of the United States Attorneys and the Office of the United States Attorney for the Middle District of Florida. For your information, an identical request has been sent to the Criminal Division of the Department of Justice, and a similar request has been sent to the FBI.

I have enclosed Certifications of Identity and Authorization to Release Information (Form DOJ-361) that have been executed by Mr. Bollea and three of his lawyers, David Houston, Charles Harder, and Ken Turkel. *See* Exhibit A (Certifications). Please note, Mr. Bollea believes that records relating to the investigation are not relevant to his litigation against Gawker Media, but he and his counsel have provided the signed Certifications based on a court order in the above referenced action. *See* Exhibit B (Special Discovery Magistrate's Report and Recommendation ordering Certifications to be signed, Order of the Court adopting that Recommendation, and Order of the Second District Court of Appeal dismissing Mr. Bollea's petition for a writ of certiorari appealing from that Order).

Susan B. Gerson
November 7, 2014
Page 3

     I also have enclosed a Certification of Identity and Authorization to Release Information (Form DOJ-361) that has been executed by Heather Dawn Cole f/k/a Heather Clem. *See* Exhibit C (Certification).

     Please produce copies of the records in the original form in which they are maintained. We consent in advance to pay search and duplication charges up to $500. In order to avoid delay, if you have any questions about this request, please contact me by email, telephone or fax, rather than relying upon regular mail. You may reach me by email at gthomas@tlolawfirm.com, by telephone at (813) 984-3060, or by fax at (813) 984-3070.

     Finally, in connection with the ongoing litigation in Florida, Gawker Media and Mr. Bollea have agreed, and the court has ordered, that any DVDs or other video footage that is provided in response to this request should be placed in a sealed envelope addressed to Judge James R. Case (Ret.), the Special Discovery Magistrate who is overseeing all discovery in this case. Consequently, please allow Judge Case to personally pick up the sealed envelope containing any DVDs or other video footage from either the FBI's Tampa field office or the office of the United States Attorney for the Middle District of Florida. All other documents can and should be provided directly to me.

     When you complete your work on this request, please call me so that I can alert Judge Case that he can pick up any DVDs or other video footage and can arrange for a courier to pick up the other documents.

     Thank you for your assistance with this request.

                              THOMAS & LOCICERO PL

                              By: __/s/ Gregg D. Thomas__
                                  Gregg D. Thomas

                              601 South Boulevard
                              P.O. Box 2602 (33601)
                              Tampa, FL 33606
                              Telephone: (813) 984-3060
                              Facsimile: (813) 984-3070
                              gthomas@tlolawfirm.com

Enclosures
cc:    Hon. James R. Case, Special Discovery Magistrate, Circuit Court of the Sixth Judicial
         District, Florida
       Charles J. Harder, Esquire, Counsel for Terry Bollea
       Mr. Robert Mosakowski, Office of the U.S. Attorney for the Middle District of Florida
       Mr. Andrew Sekala, Federal Bureau of Investigation, Tampa Field Office