# Exhibit 22

to the

# Declaration of Gregg D. Thomas



U.S. Department of Justice

Federal Bureau of Investigation
*Washington, D.C. 20535*

January 29, 2015

Mr. Gregg D. Thomas
Thomas & LoCicero PL
601 South Boulevard
Tampa, FL 33606

FOIPA Request No.: 1238212-001
Subject: BOLLEA, TERRY

Dear Mr. Thomas:

This is in reference to your Freedom of Information Act (FOIA) request.

This letter is in response to your letter dated November 7, 2014. The Federal Bureau of Investigation (FBI) has located approximately **1168** pages of records potentially responsive to the subject of your request. Per your request, you have also asked for copies of video material related to your subject. Information in the files reveal that there are 2 Compact Discs (CDs) consisting of video material that is potentially responsive to the subject of your request. By DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00. There is a duplication fee for the release of information in CD format (See 28 C.F.R. §16.11 and 16.49). Per DOJ regulation, the FBI notifies requesters when anticipated fees exceed $25.00.

Releases are made on Compact Disc (CD) unless otherwise requested. Each CD contains approximately 500 reviewed pages per release. The 500 page estimate is based on our business practice of processing medium and large track cases in segments. DOJ regulations provide 100 pages or the cost equivalent ($10.00) free of charge. If all potentially responsive pages are released, you will owe **$50.00** in duplication fees to receive the release on CD (**4** CDs at $15.00 less $10.00 credit). Should you request that the release be made in paper, you will owe **$136.80** in duplication fees.

Please remember this is only an estimate, and some of the information may be withheld in full pursuant to FOIA/Privacy Act exemption(s). Also, some information may not be responsive to your subject. Thus, the actual charges could be less. **No payment is required at this time.** However, you must notify us in writing within thirty (30) days from the date of this letter of your format decision (paper or CD). You must also indicate your preference in the handling of your request in reference to the estimated duplication fees from the following four (4) options:

    ___ I am willing to pay estimated duplication fees up to the amount specified in this letter.
    ___ I am willing to pay duplication fees of a different amount.
        Please specify amount: _____
    ___ Provide me 100 pages or the cost equivalent ($10.00) free of charge.
    ___ Cancel my request.

If we do not receive your duplication format decision and/or estimated duplication fee selection within thirty (30) days of the date of this notification, your request will be closed. Include the FOIPA Request Number listed above in any communication regarding this matter.

You have the opportunity to reduce the scope of your request; this will accelerate the process and could potentially place your request in a smaller processing queue. This may also reduce search and duplication costs and allow for a more timely receipt of your information. The FBI uses a three-queue processing system to fairly assign and process new requests. Requests track into one of the three queues depending on the number of responsive pages - 500 pages or less (small queue), 501 pages to 2500 pages

(medium queue), or more than 2500 pages (large queue). Small queue cases usually require the least time to process.

Please advise in writing if you would like to discuss reducing the scope of your request and your willingness to pay the estimated search and duplication costs indicated above. Provide a telephone number, if one is available, where you can be reached between 8:00 a.m. and 5:00 p.m., Eastern Standard Time. Mail your response to: **Work Process Unit; Record Information/Dissemination Section; Records Management Division; Federal Bureau of Investigation; 170 Marcel Drive; Winchester, VA 22602.** You may also fax your response to: 540-868-4997, Attention: Work Process Unit.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
Dissemination Section
Records Management Division