# Exhibit 23

to the

# Declaration of Gregg D. Thomas



Tampa

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

South Florida

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial: (813) 984-3066
gthomas@tlolawfirm.com

February 3, 2015

**VIA FACSIMILE**

Work Process Unit
Record Information/Dissemination Section
Records Management Division
Federal Bureau of Investigation
170 Marcel Drive
Winchester, VA 22602
*Facsimile*: (540) 868-4997

      Re:    **FOIPA Request No. 1238212-001**
              **Subject: Bollea, Terry**

To Whom It May Concern:

      I write in response to the correspondence sent by David M. Hardy on January 29, 2015 concerning FOIPA Request No. 1238212-001. I would like to receive the records on CD, and I am willing to pay for the complete cost of duplication, estimated to be $50 for four CDs. (As noted in my original request dated November 7, 2014, I am willing to pay estimated duplication fees up to $500.)

      I would greatly appreciate the Bureau expediting my request. As I explained in my November 7 request, I am an attorney who represents Gawker Media, LLC in connection with a lawsuit filed against it by Terry Gene Bollea, known professionally as "Hulk Hogan," in Florida state court. *See Bollea v. Clem, et al.*, No. 12012447-CI-011 (Fla. Cir. Ct.). Since the time that I submitted my request, the court has scheduled the trial in the case to begin on July 6, 2015. And, the requested records are relevant to depositions currently scheduled for early April, in connection with a discovery cut-off of April 10, 2015.

Work Process Unit, FBI
02/3/2015
Page 2 of 2

    Finally, please note that in connection with the ongoing litigation in Florida, Gawker Media and Mr. Bollea have agreed, and the court has ordered, that any video footage that is provided in response to my request should be placed in a sealed envelope addressed to Judge James R. Case (Ret.), the Special Discovery Magistrate who is overseeing all discovery in this case. Judge Case will personally pick up the sealed envelope containing any video footage from either the FBI's Tampa field office or the office of the United States Attorney for the Middle District of Florida. All other documents can and should be provided directly to me.

    When you complete your work on this request, please call me so that I can alert Judge Case that he can pick up the video footage and can arrange for a courier to pick up the other documents.

    In the meantime, to avoid delay, if you have any questions about this request, please contact me by email, telephone or fax, rather than relying upon regular mail. You may reach me by email at gthomas@tlolawfirm.com, by telephone at (813) 984-3060, or by fax at (813) 984-3070.

    Thank you for your assistance with this request.

                                                   Sincerely,

                                                 THOMAS & LOCICERO PL

                                                 Gregg D. Thomas