# Exhibit 25

to the

# Declaration of Gregg D. Thomas



**U.S. Department of Justice**

Office of Information Policy
*Suite 11050*
*1425 New York Avenue, NW*
*Washington, DC  20530-0001*

*Telephone: (202) 514-3642*

Gregg D. Thomas, Esq.
Thomas & LoCicero
601 South Boulevard
Tampa, FL  33606
gthomas@tlolawfirm.com

Re:   Appeal Nos. AP-2015-02411 &
AP-2015-02440
Request No. 1238212-001
CDT:TAZ

**VIA:  E-mail**

Dear Mr. Thomas:

  You appealed on behalf of your client, Gawker Media, LLC, from the action of the Federal Bureau of Investigation on its request for access to certain records concerning Terry Gene Bollea, otherwise known as "Hulk Hogan," and Heather Clem.  I note that your appeal concerns the FBI's withholding of records under Exemption (7)(A).

  After carefully considering your appeal, I am affirming the FBI's action on your client's request.  The Freedom of Information Act provides for disclosure of many agency records.  At the same time, Congress included in the FOIA nine exemptions from disclosure that provide protection for important interests such as personal privacy, privileged communications, and certain law enforcement activities.  The FBI properly withheld certain information in full because it is protected from disclosure under the FOIA pursuant to 5 U.S.C. § 552(b)(7)(A).  This provision concerns records or information compiled for law enforcement purposes the release of which could reasonably be expected to interfere with enforcement proceedings.

  Furthermore, I am denying your client's request that we itemize and justify each item of the information withheld.  You are not entitled to such a listing at the administrative stage of processing FOIA requests and appeals.  See Bangoura v. U.S. Dep't of the Army, 607 F. Supp. 2d 134, 143 n.8 (D.D.C. 2009).

  Finally, I note that by letter dated March 23, 2015, this Office informed you that your additional administrative appeal from Request No. 1238212-001 had been received by this Office and would be assigned for adjudication under Appeal No. AP-2015-02440.  However, this Office subsequently learned that your appeal file was a duplicate of Appeal No. AP-2015-02411.  In light of these circumstances, I am administratively closing Appeal No. AP-2015-02440 in this Office.  This Office inadvertently opened two appeal files for the faxed and mailed copies of your appeal letter.

  Please be advised that this Office's decision was made only after a full review of this matter.  Your appeal was assigned to an attorney with this Office who thoroughly reviewed and

- 2 -

analyzed your appeal, your client's underlying request, and the action of the FBI in response to your client's request.

If your client is dissatisfied with my action on your appeal, the FOIA permits it to file a lawsuit in federal district court in accordance with 5 U.S.C. § 552(a)(4)(B).

For your information, the Office of Government Information Services (OGIS) offers mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your client's right to pursue litigation. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, Room 2510, 8601 Adelphi Road, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Sincerely,

5/6/2015

X _____

Sean R. O'Neill
Chief, Administrative Appeals Staff
Signed by: Sean O'Neill