UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

vs.

        Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

## NOTICE OF FILING OMITTED EXHIBIT

Plaintiffs give notice of filing Exhibit 1 to the Motion to File the Confidential Declaration of Gregg D. Thomas, and the Exhibits Attached Thereto, Under Seal, and Request for Expedited Consideration, which was inadvertently omitted from the May 20, 2015 filing of the above-titled Motion.

Dated: May 21, 2015

Respectfully submitted,

THOMAS & LOCICERO PL

By:   *Gregg D. Thomas*
    Gregg D. Thomas
    Florida Bar No.: 223913
    Rachel E. Fugate
    Florida Bar No.: 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel: (813) 984-3060; Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Counsel for Plaintiffs*

*Of counsel:*
Seth D. Berlin
Pro hac vice application forthcoming
Alia L. Smith
Pro hac vice application forthcoming
Patrick Kabat
Pro hac vice application forthcoming
LEVINE SULLIVAN KOCH
  & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1122; Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of May 2015 a true and correct copy of the foregoing is being electronically filed via CM/ECF.  It is also being served, by certified mail, on the following:

Loretta Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Federal Bureau of Investigation
933 Pennsylvania Ave., NW
Washington, DC 20530

The Executive Office of United States Attorneys
950 Pennsylvania Ave., NW, Room 2242
Washington, DC 20530.

Office of the United States Attorney for the Middle District of Florida
Attention:  Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

                                                                      */s Gregg D. Thomas*
                                                                           Attorney