UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

      Plaintiffs,                            CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

      Defendant.
_____/

## ORDER

      This matter comes before the Court on Plaintiffs' Motion to File the Confidential Declaration of Gregg D. Thomas and the Exhibits Attached Thereto Under Seal. (Dkt. 6). Plaintiffs submit that the confidential declaration contains information and documents that have been designated as "CONFIDENTIAL" and "CONFIDENTIAL—Attorneys' Eyes Only" by Terry Gene Bollea in a pending state court proceeding, which is related to the instant case. Such documents marked as confidential in the state court case are subject to a protective order. *See* order filed at Dkt. 7. Under the state court protective order, documents marked confidential may not be publicly filed.

      Pursuant to Local Rule 1.09, Plaintiffs seek to file the declaration and exhibits under seal. Plaintiffs assert that without the information contained in the declaration and exhibits, the Court will not have the information it needs to decide Plaintiffs' Motion for Summary Judgment.

      On May 22, 2015, the Court entered an order directing Plaintiffs to submit the confidential declaration and exhibits attached thereto to the Court for an *in camera* review. (Dkt. 8). The Court

has reviewed the documents. The Court finds that there is good cause to seal the confidential declaration and exhibits attached thereto, which are submitted in support of Plaintiff's motion for summary judgment, and **GRANTS** Plaintiffs' motion to seal.

The Clerk is directed to file the confidential declaration of Gregg D. Thomas and the exhibits attached thereto under seal. Pursuant to Local Rule 1.09(c), the documents shall remain sealed for no longer than one year.

**DONE AND ORDERED** at Tampa, Florida, this 27th day of May, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record