UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

                                Case No.:  8:15-cv-01202-SCB-EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

**MOTION FOR SPECIAL ADMISSION TO APPEAR
PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules Middle District of Florida, this motion is being

presented on behalf of Patrick Kabat, Esquire, who moves for special admission pro hac vice to

appear in this case as counsel for Plaintiffs Gawker Media, LLC and Gregg D. Thomas.  In

support of this motion, Mr. Kabat states the following:

    1.    Mr. Kabat resides in New York City, practices in New York and New Jersey, and is a

member in good standing of the State Bars of New York (Bar No. 5280730) and New Jersey

(Bar No. 040732012).  Mr. Kabat is also a member in good standing and admitted to practice in

the U.S. District Court for the District of New Jersey.

    2.    Gregg D. Thomas and Rachel Fugate of Thomas & LoCicero PL are members in

good standing and admitted to practice in this court.

1

3.      Mr. Thomas and Ms. Fugate consent to act and accept designation as local counsel for

Plaintiffs.

4.      Accordingly, service of all required notices and papers may be provided to and served

upon Plaintiffs at the following address:

Gregg D. Thomas
Rachel Fugate
Thomas & LoCicero PL
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
(813) 984-3060 Business Phone
(813) 984-3070 Business Fax
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

5.      Mr. Kabat has not previously requested special admission before this court, and

therefore has not abused this privilege under the rules.

6.      Mr. Kabat will comply with the email registration requirements of this Court.

7.      Mr. Kabat will comply with the fee requirements of Rule 2.01(d) when applicable.

8.      Plaintiffs have not obtained the consent of counsel for Defendants because defense

counsel have not yet appeared in this case.

9.      Mr. Kabat has submitted the Special Admission Attorney Certification to the Clerk of

this Court along with the required $10.00 fee to the clerk and has paid the fee for special

admission.

2

WHEREFORE, Patrick Kabat respectfully requests entry of an order granting his request to appear pro hac vice on behalf of Plaintiffs Gawker Media, LLC and Gregg D. Thomas in this case, and all other relief the Court finds is just and proper.

May 27, 2015

Respectfully submitted,

THOMAS & LOCICERO PL

/s/ Gregg D. Thomas
Gregg D. Thomas
  Florida Bar No. 223913
Rachel Fugate
  Florida Bar No. 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel: (813) 984-3060
Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

and

Seth D. Berlin (pending admission pro hac vice)
Alia L. Smith (pending admission pro hac vice)
Patrick Kabat (pending admission pro hac vice)
LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW
Suite 200
Washington, DC 20036
Tel: (202) 508-1100
Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

*Attorneys for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of May, 2015, a true and correct copy of the

foregoing is being electronically filed.  It is also being served, by certified mail, on the

following:

> Loretta Lynch
> Attorney General of the United States
> U.S. Department of Justice
> 950 Pennsylvania Ave., NW
> Washington, DC 20530
>
> The Federal Bureau of Investigation
> 933 Pennsylvania Ave., NW
> Washington, DC 20530
>
> The Executive Office of United States Attorneys
> 950 Pennsylvania Ave., NW, Room 2242
> Washington, DC 20530.
>
> Office of the United States Attorney for the Middle District of Florida
> Attention:  Civil Process Clerk
> 400 North Tampa Street, Suite 3200
> Tampa, FL 33602

/s/ Gregg D. Thomas
Attorney