UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

vs.

        Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

**MOTION FOR SPECIAL ADMISSION TO APPEAR
PRO HAC VICE AND WRITTEN DESIGNATION AND CONSENT TO ACT**

    Pursuant to Rule 2.02, Local Rules Middle District of Florida, this motion is being presented on behalf of Seth D. Berlin, Esquire, who moves for special admission pro hac vice to appear in this case as counsel for Plaintiffs Gawker Media, LLC and Gregg D. Thomas.  In support of this motion, Mr. Berlin states the following:

    1.    Mr. Berlin resides in Chevy Chase, Maryland, practices in Washington, DC, and is a member in good standing of the State Bars of Maryland, District of Columbia (Bar No. 433611) and New York (Bar No. 3987062).

    2.    Mr. Berlin is also a member in good standing and admitted to practice in the Supreme Court of the United States, the United States Courts of Appeals for the Second, Fourth, Ninth, and District of Columbia Circuits, the United States Court of Appeals for the Armed Forces, and the United States District Courts for the District of Columbia, the District of Maryland, and the Eastern and Southern District of New York.

1

3. Gregg D. Thomas and Rachel Fugate of Thomas & LoCicero PL are members in good standing and admitted to practice in this court.

4. Mr. Thomas and Ms. Fugate consent to act and accept designation as local counsel for Plaintiffs.

5. Accordingly, service of all required notices and papers may be provided to and served upon Plaintiffs at the following address:

> Gregg D. Thomas
> Rachel Fugate
> Thomas & LoCicero PL
> 601 South Boulevard
> P.O. Box 2602 (33601)
> Tampa, FL 33606
> (813) 984-3060 Business Phone
> (813) 984-3070 Business Fax
> gthomas@tlolawfirm.com
> rfugate@tlolawfirm.com

6. Mr. Berlin believes that he once previously requested special admission before this court in 2002. He also requested and was granted special admission before this Court in 2012 and 2013, in connection with his representation of Gawker Media, LLC and related defendants in the litigation that gives rise to the instant FOIA lawsuit (Case No.: 8:12-cv-02348-JDW-TBM and Case No.: 8:13-cv-00001-JDW-AEP). Those are the only instances in which he has previously requested special admission before this court, and he has not abused this privilege under the rules.

7. Mr. Berlin will has complied with the email registration requirements of this Court.

8. Mr. Berlin will comply with the fee requirements of Rule 2.01(d) when applicable.

9. Plaintiffs have not obtained the consent of counsel for Defendants because defense counsel have not yet appeared in this case.

10.  Mr. Berlin has submitted the Special Admission Attorney Certification to the Clerk of this Court along with the required $10.00 fee to the clerk and has paid the fee for special admission.

WHEREFORE, Seth D. Berlin respectfully requests entry of an order granting his request to appear pro hac vice on behalf of Plaintiffs Gawker Media, LLC and Gregg D. Thomas in this case, and all other relief the Court finds is just and proper.

Dated:  May 27, 2015    Respectfully submitted,

THOMAS & LOCICERO PL

/s/ Gregg D. Thomas
Gregg D. Thomas
 Florida Bar No. 223913
Rachel Fugate
 Florida Bar No. 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel: (813) 984-3060
Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 27th day of May, 2015, a true and correct copy of the foregoing is being electronically filed.  It is also being served, by certified mail, on the following:

Loretta Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Federal Bureau of Investigation
933 Pennsylvania Ave., NW
Washington, DC 20530

The Executive Office of United States Attorneys
950 Pennsylvania Ave., NW, Room 2242
Washington, DC 20530.

Office of the United States Attorney for the Middle District of Florida
Attention:  Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

/s/ Gregg D. Thomas
Attorney