UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

    Plaintiffs,

v.                                                       Case No: 8:15-cv-1202-T-24EAJ

FBI and EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.

_____

## NOTICE TO COUNSEL

### Seth D. Berlin, Patrick Kabat and Alia L. Smith

Please review Local Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida for non-resident attorneys.  Note the fourteen (14) day deadline.

Please go to www.flmd.uscourts.gov under the Attorney Resources section for further information or call the Clerk's Office for the division in which you will be filing.

**Other:**

Please register for a login and password for CMECF as we are mandatory electronic filing.  Go to the above website to register.

                                                              SHERYL L. LOESCH, CLERK

                                                              s/B.Napier, Deputy Clerk