UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

      Plaintiffs,

vs.

Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

      Defendants.

_____/

**NOTICE OF COMPLIANCE WITH**
**ORDERS REGARDING CM/ECF REGISTRATION**

Pursuant to this Court's Orders dated June 1, 2015 (Dkt. Nos. 15, 16, and 17) admitting, respectively, Patrick Kabat, Alia L. Smith, and Seth D. Berlin *pro hac vice*, they respectfully file this Notice of Compliance and state as follows:

Alia L. Smith and Patrick Kabat registered for a CM/ECF account with this Court on June 2, 2015, and thereafter were each issued CM/ECF usernames and passwords by the Clerk's Office.

Seth D. Berlin registered for a CM/ECF account with this Court in connection with prior proceedings in the Florida litigation underlying this FOIA lawsuit, and was issued a CM/ECF username and password by the Clerk's Office on November 8, 2012.  The Clerk's Office has confirmed that Mr. Berlin's account has been reactivated and has been linked to this case. Mr. Berlin has successfully updated his password on June 3, 2015.

June 5, 2015                              Respectfully submitted,

                                        LEVINE SULLIVAN KOCH & SCHULZ, LLP

                                        By: <u>/s/ Patrick Kabat</u>
                                            Seth D. Berlin (admitted *pro hac vice*)
                                            Alia L. Smith (admitted *pro hac vice*)
                                            Patrick Kabat (admitted *pro hac vice*)
                                        1899 L Street, NW, Suite 200
                                        Washington, DC 20036
                                        Tel: (202) 508-1100
                                        Fax: (202) 861-9888
                                        sberlin@lskslaw.com
                                        asmith@lskslaw.com
                                        pkabat@lskslaw.com

                                        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June 2015, a true and correct copy of the foregoing is being electronically filed via CM/ECF.  It is also being served, by certified mail, on the following:

Loretta Lynch
Attorney General of the United Stats
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Federal Bureau of Investigation
933 Pennsylvania Ave., NW
Washington, DC 20530

The Executive Office of United States Attorneys
950 Pennsylvania Ave., NW, Room 2242
Washington, DC 20530.

It is being served by hand on the following:

Office of the United States Attorney for the Middle District of Florida
Attention:  Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

/s/ Patrick Kabat
Attorney