UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

        Plaintiffs,

vs.

Case No.: 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

        Defendants.

_____/

## SUPPLEMENTAL DECLARATION OF GREGG D. THOMAS (IN SUPPORT OF MOTION FOR EXPEDITED CONSIDERATION AND *VAUGHN* INDEXES)

I, Gregg D. Thomas, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. The statements made in this Declaration are based on my personal knowledge.

2. I am a partner at Thomas & LoCicero PL, counsel for plaintiffs in the above-captioned matter. I submit this Supplemental Declaration in support of plaintiffs' motion, filed herewith, for expedited consideration of their summary judgment motion and to require defendants to file *Vaughn* indexes. I submit it simply for the purpose of putting three additional documents before the Court.

3. Attached hereto as Exhibit 1 is a true and correct copy of the response of the Executive Office of the United States Attorney ("EOUSA"), dated May 27, 2015, to plaintiffs' FOIA request. This response, which denied plaintiffs' request almost in in entirety, did not come

1

until more than six months after plaintiffs made their FOIA request (on November 7, 2014) and a week after plaintiffs filed the instant litigation.

4. Attached hereto as Exhibit 2 is a true and correct copy of a May 7, 2015, order issued by the Florida Second District Court of Appeal in *Gawker Media, LLC v. Bollea*, Nos. 2D14-5591 and 2D15-1259, quashing the state trial court's orders severing a Hungarian co-defendant and setting a July 6 trial date.

5. Attached hereto as Exhibit 3 is a true and correct copy excerpts from the transcript of a May 29, 2015 hearing in the Florida state court litigation.

Date of Execution: June 8, 2015
Place of Execution: Tampa, Florida

_____
GREGG D. THOMAS