# Exhibit 2
# to the
# Supplemental Declaration of
# Gregg D. Thomas

## IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

May 7, 2015

**CASE NO.: 2D14-5591**
**CASE NO.: 2D15-1259**
L.T. No. : 12012447-CI-011

Gawker Media, L L C, Nick Denton, Et Al., v.  Terry Gene Bollea

Appellant / Petitioner(s),          Appellee / Respondent(s).

## BY ORDER OF THE COURT:

We grant the petitions for writs of certiorari and we quash the circuit court's order severing Bollea's claims against Blogwire Hungary Szellemi Alkotást Hasznosító, KFT for trial and its order setting a trial date for Bollea's claims against the Gawker defendants. An opinion will follow.

NORTHCUTT, CASANUEVA, and CRENSHAW, JJ., Concur.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

Rachel E. Fugate, Esq.
Alia L. Smith, Esq.
Christina K. Ramirez, Esq.
Sarah E. Luppen, Esq.
Shane B. Vogt, Esq.

Gregg D. Thomas, Esq.
Kenneth G. Turkel, Esq.
Charles J. Harder, Esq.
Barry A. Cohen, Esq.
Ken Burke, Clerk

Seth D. Berlin, Esq.
David Houston, Esq.
Douglas E. Mirell, Esq.
Michael W. Gaines, Esq.

ec

James Birkhold
Clerk

