# Exhibit 3
# to the
# Supplemental Declaration of
# Gregg D. Thomas

1

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
OF THE STATE OF FLORIDA, IN AND FOR PINELLAS COUNTY

TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

    Plaintiff,

vs.                                Case No. 12-012447-CI-011

HEATHER CLEM; GAWKER MEDIA, LLC,
aka GAWKER MEDIA, et al.,

    Defendants.
_____/


HEARING BEFORE THE HONORABLE PAMELA A.M. CAMPBELL


DATE:           May 29, 2015

TIME:           1:30 p.m. to 4:27 p.m.

PLACE:          Pinellas County Courthouse
                   545 First Avenue North
                   Courtroom C
                   St. Petersburg, Florida

BEFORE:         Valerie A. Hance, RPR
                   Notary Public, State of
                   Florida at Large


                   Pages 1 to 131

Riesdorph Reporting Group, Inc. (813) 222-8963

2

```
 1   APPEARANCES:

 2      CHARLES J. HARDER, ESQUIRE
        Harder Mirell & Abrams, LLP
 3      1925 Century Park East
        Suite 800
 4      Los Angeles, California 90067

 5          - and -

 6      KENNETH G. TURKEL, ESQUIRE
        SHANE B. VOGT, ESQUIRE
 7      Bajo Cuva Cohen & Turkel, P.A.
        100 North Tampa Street
 8      Suite 1900
        Tampa, Florida 33602
 9
            - and -
10
        DAVID R. HOUSTON, ESQUIRE
11      Law Office of David R. Houston
        432 Court Street
12      Reno, Nevada 89501
             Attorneys for Plaintiff
13

14

15   CONTINUED:

16

17

18

19

20

21

22

23

24

25
```

3

```
 1   APPEARANCES CONTINUED:

 2      SETH D. BERLIN, ESQUIRE
        PAUL J. SAFIER, ESQUIRE
 3      ALIA L. SMITH, ESQUIRE
        Levine Sullivan Koch & Schulz, LLP
 4      1899 L Street, N.W.
        Suite 200
 5      Washington, D.C. 20036

 6           - and -

 7      KIRK DAVIS, ESQUIRE
        Akerman, LLP
 8      401 East Jackson Street
        Suite 1700
 9      Tampa, Florida  33602

10           - and -

11      HEATHER DIETRICK, ESQUIRE
        General Counsel
12      Gawker Media
        210 Elizabeth Street
13      Third Floor
        New York, New York 10012
14           Attorneys for Defendant
             Gawker Media, LLC
15

16   ALSO PRESENT:

17      Terry Gene Bollea

18


19                    I N D E X

20    PLAINTIFF'S MOTION FOR LEAVE TO ADD A CLAIM
      FOR PUNITIVE DAMAGES
21
         Argument for the Plaintiff (By Mr. Turkel)   Page 5
22
         Argument for the Defendants (By Mr. Berlin)  Page 36
23
         Argument for the Defendants (By Mr. Davis)   Page 60
24
         Argument for the Plaintiff (By Mr. Turkel)   Page 63
25
```

```
 1    we grant the writ petition, they've basically taken
 2    jurisdiction over not the whole case, but the issue
 3    that is before them, which is the setting of a trial
 4    order.
 5         THE COURT:  Well, here's what I'm going to do.
 6         MR. BERLIN:  And that's why Mr. Davis's person
 7    is telling us that.
 8         THE COURT:  Here's what I'm doing.  I'm going
 9    to give you some rulings.  You all are then going to
10    do some orders on those.  And then we are going to
11    deal with the remaining motions that I think that we
12    have.  You all will each have an opportunity to go
13    back to your appellate folks and decide what you
14    want to decide, and then we'll move forward from
15    there.  And maybe Monday the appellate court will --
16         MR. TURKEL:  Hold our spot on the calendar,
17    Judge.  We'll figure something out.  That's all we
18    could ask for.
19         THE COURT:  I'm not changing my trial orders at
20    this point for July, so it's good.
21         All right.  So defendant Gawker's motion for
22    summary judgment is going to be denied.
23         And plaintiff's motion for leave to add a claim
24    for punitives, Court finds there's a reasonable
25    basis to present to a jury, so that would be
```

REPORTER'S CERTIFICATE

STATE OF FLORIDA

COUNTY OF HILLSBOROUGH

    I, Valerie A. Hance, Registered Professional Reporter, certify that I was authorized to and did stenographically report the foregoing proceedings and that the transcript is a true and complete record of my stenographic notes.

    I further certify that I am not a relative, employee, attorney, or counsel of any of the parties, nor am I a relative or employee of any of the parties' attorney or counsel connected with the action, nor am I financially interested in the outcome of the foregoing action.

    Dated this 1st day of June, 2015, IN THE CITY OF TAMPA, COUNTY OF HILLSBOROUGH, STATE OF FLORIDA.

_____
Valerie A. Hance, RPR

**Riesdorph Reporting Group, Inc. (813) 222-8963**