UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

    Plaintiffs,

vs.

    Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

    Defendants.

_____/

## NOTICE OF FILING OMITTED EXHIBIT

Plaintiffs' give notice of filing Exhibit 1 to the Supplemental Declaration of Gregg D. Thomas (In Support of Motion for Expedited Consideration and Vaughn Indexes), which was inadvertently omitted from the June 8, 2015 filing of the above titled Motion.

June 8, 2015

    Respectfully submitted,

    THOMAS & LOCICERO PL

    By: */s/ Gregg D. Thomas*
    Gregg D. Thomas
    Florida Bar No.: 223913
    Rachel E. Fugate
    Florida Bar No.: 0144029
    601 South Boulevard
    P.O. Box 2602 (33601)
    Tampa, FL 33606
    Tel.: (813) 984-3060; Fax: (813) 984-3070
    gthomas@tlolawfirm.com
    rfugate@tlolawfirm.com
    -and-
    Seth D. Berlin (pro hac vice)
    Alia L. Smith (pro hac vice)
    Patrick Kabat (pro hac vice)

LEVINE SULLIVAN KOCH & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel.: (202) 508-1100; Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 8th day of June 2015 a true and correct copy of the foregoing is being electronically filed via CM/ECF. It is also being served, by certified mail, on the following:

Loretta Lynch
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

The Federal Bureau of Investigation
933 Pennsylvania Ave., NW
Washington, DC 20530

The Executive Office of United States Attorneys
950 Pennsylvania Ave., NW, Room 2242
Washington, DC 20530

Office of the United States Attorney for the Middle District of Florida
Attention: Civil Process Clerk
400 North Tampa Street, Suite 3200
Tampa, FL 33602

and by electronic mail on:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

/s Gregg D. Thomas
Attorney