# Exhibit 1
# to the
# Supplemental Declaration of
# Gregg D. Thomas



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020   FAX: 252-6047   (www.usdoj.gov/usao)*

May 27, 2015

Gregg Thomas
Thomas & LoCicero PL
601 South Boulevard
Tampa, Florida 33606

      Re: Request Number: FOIA-2015-00350
      Date of Receipt: November 10, 2014
      Subject of Request: Terry Bollea (aka Hulk Hogan) investigation /FLM

Dear Mr. Thomas:

      Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a reply from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.

      To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

      The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ] partial [  ] full denial.

      Enclosed please find:

  __1__  page(s) are being released in full (RIF);
  __3__  page(s) are being released in part (RIP);
  __59__ page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

      The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(B)(5)
(B)(6)
(B)(7)(c)

[ X ]   A review of the material revealed:

[ X ]   Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you: Federal Bureau of Investigation (FBI).

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure(s)

Form No. 021nofee – 6/12

## EXPLANATION OF EXEMPTIONS

### FOIA: TITLE 5, UNITED STATES CODE, SECTION 552

(b)(1)     (A) specifically authorized under criteria established by and Executive order to be kept secret in the in the interest of national defense or foreign policy and (B) are in fact properly classified pursuant to such Executive order;

(b)(2)     related solely to the internal personnel rules and practices of an agency;

(b)(3)     specifically exempted from disclosure by statute (other than section 552b of this title), provided that such statute (A) requires that the matters be withheld from the public in such a manner as to leave no discretion on the issue, or (B) establishes particular criteria for withholding or refers to particular types of matters to be withheld;

(b)(4)     trade secrets and commercial or financial information obtained from a person and privileged or confidential;

(b)(5)     inter-agency or intra-agency memorandums or letters which would not be available by law to a party other than an agency in litigation with the agency;

(b)(6)     personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy;

(b)(7)     records or information compiled for law enforcement purposes, but only the extent that the production of such law enforcement records or information (A) could reasonably be expected to interfere with enforcement proceedings, (B) would deprive a person of a right to a fair trial or an impartial adjudication, (C) could reasonably be expected to constitute an unwarranted invasion of personal privacy, (D) could reasonably be expected to disclose the identity of a confidential source, (E) would disclose techniques and procedures for law enforcement investigations or prosecutions, or would disclose guidelines for law enforcement investigations or prosecutions if such disclosure could reasonably be expected to risk circumvention of the law, or (F) could reasonably be expected to endanger the life or physical safety of any individual.

(b)(8)     contained in or related to examination, operating, or condition reports prepared by, on behalf of, or for the use of an agency responsible for the regulation or supervision of financial institutions; or

(b)(9)     geological and geophysical information and data, including maps, concerning wells.

### PRIVACY ACT: TITLE 5, UNITED STATES CODE, SECTION 552a

(d)(5)     information complied in reasonable anticipation of a civil action proceeding;

(j)(2)     material reporting investigative efforts pertaining to the enforcement of criminal law including efforts to prevent, control, or reduce crime or apprehend criminals;

(k)(1)     information which is currently and properly classified pursuant to Executive Order 12356 in the interest of the national defense or foreign policy, for example, information involving intelligence sources or methods;

(k)(2)     investigatory material complied for law enforcement purposes, other than criminal, which did not result in loss of a right, benefit or privilege under Federal programs, or which would identify a source who furnished information pursuant to a promise that his/her identity would be held in confidence;

(k)(3)     material maintained in connection with providing protective services to the President of the United States or any other individual pursuant to the authority of Title 18, United States Code, Section 3056;

(k)(4)     required by statute to be maintained and used solely as statistical records;

(k)(5)     investigatory material compiled solely for the purpose of determining suitability eligibility, or qualification for Federal civilian employment or for access to classified information, the disclosure of which would reveal the identity of the person who furnished information pursuant to a promise that his identity would be held in confidence;

(k)(6)     testing or examination material used to determine individual qualifications for appointment or promotion in Federal Government service the release of which would compromise the testing or examination process;

(k)(7)     material used to determine potential for promotion in the armed services, the disclosure of which would reveal the identity of the person who furnished the material pursuant to a promise that his identity would be held in confidence.

TOP STORIES

THURSDAY, DEC 13, 2012



**HULK HOGAN SEX TAPE**

# Here Is a List of People Bubba The Love Sponge's Ex-Wife Is Also Rumored To Have Had Sex With On Camera

NOV 2, 2012 5:41 PM     89,547 · 8

Share    Like   4

■ A.J. Daulerio

Like   225,161 people like this. Be the first of your friends.

After we posted a brief clip of Hulk Hogan's sex tape last month, TMZ reported that there were three other tapes made. We actually heard there were more than that. Soon after the initial Hulk Hogan not-so-sex-filled "sex tape" was published on Gawker, a man who called himself "Jim Janerro" wrote to us. He claimed he had more footage of Bubba's wife getting it on in the same bedroom with numerous other partners, including other scenes with her and Hogan. He said there were "lots of black guys" involved, too. "Jim" claimed he found the tapes in a box of promotional DVDs he purchased at the annual Bubba Army Garage Sale last year.

We offered to fly down to Florida and have a viewing party with Jim, but he said he had to check with another site that was interested in purchasing his footage. The next day, Jim contacted us on Twitter and said his wife was nervous about all of it and he would have to take some time to think about it. He vanished, TMZ ran their story, and that was that.

However, two other sources claimed that Hogan wasn't the only celebrity caught on camera with Bubba's ex and that it could potentially cause major embarrassment for a few other minor celebrities. Here are a few names rumored to also be taking a ride on Mrs. Love Sponge:

- Deion Sanders, former NFL player, terrible hip-hop impresario
- Tony Stewart, NASCAR driver
- Aubrey Huff, former MLB player
- Warren Sapp, former NFL player
- "Some major broadcasting guy"
- "One of Bubba's lawyers"
- Oh and then there's this.

But, hey, glad Bubba and Hogan settled their dispute.

**TOMORROW'S NEWS**

 **HOLIDAYS**
Muslim 4th-Grader Sends Cutest-Ever Letter to Santa

 **PRANKS**
Adorable Mistletoe Prank Is Perfect for Holiday Cheer

 **GANGNAM STYLE**
Man Dies Attempting 'Gangnam Style' Dance

 **SPONSORED**   DEC 13, 2012
How the BMW i8 Concept Makes Green Look Gorgeous

 **TELEVISION WITHOUT...**
Barbara Walters Is the Most Fascinating Person of *The 10 Most Fascinating People of 2012*, Especially When She Says "Pahts"

 **TRUE STORIES**
Hubris, High Socks, and other Habits of the Most Powerful People in the World

 **SPONSORED**   DEC 12, 2012
How BMW's LifeDrive Is Like the World's Most Advanced Electric Skateboard

 **YEAR IN REVIEW**
2012's Definitive List Of Unusual Baby Names Will Destroy Your Soul

 **EXIT MUSINGS FOR A F...**
*Amour* Is the Most Brutal Movie of the Year, Maybe Ever

 **MEN'S FASHION**
Kanye West Wore a Skirt Last Night and Everybody Freaked Out

 **SPONSORED**   DEC 12, 2012
Deliver a Sandwich to the Pregnant Princess, All for a Noble Cause (i.e., Saving the World)

 **YEAR IN REVIEW**
22 Terrible Things That Must End in 2013

(USAFLM)  (B)(6)
(B)(7)(c)

From: (USAFLM) 1  (B)(6)
Sent: Monday, February 23, 2015 11:01 AM  (B)(7)(c)
To: (USAFLM)
Subject: FW: 3 of 9  (B)(6)
Attachments:  (B)(7)(c)



FBI

1



From: ▮▮▮ (USAFLM) 1 · (B)(6) (B)(7)(c)
Sent: Monday, February 23, 2015 11:01 AM
To: ▮▮▮ (USAFLM)
Subject: FW: 6 of 9
Attachments: ▮▮▮ (B)(6) (B)(7)(c)



FBI

1

|  | (B)(6) |  |
| --- | --- | --- |
| [redacted] (USAFLM) | (B)(7)(c) | |

From: [redacted] USAFLM) 1  (B)(6)
Sent: Monday, February 23, 2015 11:01 AM  (B)(7)(c)
To: [redacted] USAFLM)
Subject: FW: 9 of 9

FBI

1