UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

      Plaintiffs,

v.                                                     Case No. 8:15-cv-1202-T-24-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF THE UNITED STATES
ATTORNEYS,

      Defendants.
_____/

## NOTICE OF HEARING

      Currently pending before this Court are two motions: (1) Plaintiffs' Motion for Summary Judgment (Doc. No. 5) and (2) Plaintiffs' Motion for Expedited Consideration and *Vaughn* Indexes (Doc. No. 20). A hearing on these motions is set for ***Wednesday, June 24, 2015 at 11:00 a.m.*** before the Honorable Susan C. Bucklew in Courtroom 15B of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida 33602. The Court has set aside one hour for this hearing.

      **DONE AND ORDERED** at Tampa, Florida, this 17th day of June, 2015.

*[signature]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
All parties and Counsel of Record