**EXHIBIT 1 to Plaintiff's Reply**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

        Plaintiffs,

vs.

Case No.: 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

        Defendants.

_____/

**REPLY DECLARATION OF GREGG D. THOMAS**

I, Gregg D. Thomas, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. The statements made in this Declaration are based on my personal knowledge.

2. I am a partner at Thomas & LoCicero PL, counsel for plaintiffs in the above-captioned matter. I submit this Reply Declaration in connection with plaintiff's Reply Memorandum of Law, which was authorized by this Court.

3. Attached hereto as Exhibit A are true and correct copies of a public records request issued to, and the response issued by, the Belleair Police Department.

4. Attached hereto as Exhibit B are true and correct copies of a public records request issued to, and the response issued by, the Clearwater Police Department.

5. Attached hereto as Exhibit C are true and correct copies of a public records request issued to, and the response issued by, the Florida Attorney General's Office. No documents were produced relating to any investigation. The only records produced by the

Florida Attorney General's Office were court filings it was served with in the underlying litigation when it was in federal court. See Bollea v. Clem et al., No. 8:13-cv-0001-T-26A-EP, Dkt. No. 11 (M.D. Fla. Jan. 4, 2013) (Notice of Constitutional Challenge); id. Dkt. No. 10 (M.D. Fla. Jan. 4, 2013) (Defendant Gawker Media, LLC's Motion to Dismiss). I have omitted them here because they do not bear on the issue before the Court, but would be pleased to supply them if requested.

6. Attached hereto as Exhibit D are true and correct copies of a public records request issued to, and the response issued by, the Florida Department of Law Enforcement.

7. Attached hereto as Exhibit E are true and correct copies of a public records request issued to, and the response issued by, the Hillsborough County Sheriff's Office.

8. Attached hereto as Exhibit F are true and correct copies of a public records request issued to, and the response issued by, the Pinellas County Sheriff's Office.

9. Attached hereto as Exhibit G are true and correct copies of a public records request issued to, and the response issued by, the Pinellas County State Attorney.

10. Attached hereto as Exhibit H are true and correct copies of a public records request issued to, and the response issued by, the St. Petersburg Police Department.

11. Attached hereto as Exhibit I are true and correct copies of a public records request issued to, and the response issued by, the Tampa Police Department.

Date of Execution: June 18, 2015
Place of Execution: Tampa, Florida

_____
GREGG D. THOMAS