EXHIBIT A



**Tampa**

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial:  (813) 984-3066
gthomas@tlolawfirm.com

Reply to: Tampa

November 18, 2013

Belleair Police Department
904 Ponce de Leon Boulevard
Belleair, FL  33756

    Re:    PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

    This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

    ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

    Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

    We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Belleair Police Department
November 18, 2013
Page 2

    Thank you for your assistance.

                Sincerely,

                THOMAS & LOCICERO PL

                *[signature]*

                Gregg D. Thomas

## Cherie Pacheco

**From:** Tom Edwards <tedwards@townofbelleair.net>
**Sent:** Tuesday, November 26, 2013 12:46 PM
**To:** Cherie Pacheco
**Cc:** Tom Edwards
**Subject:** Re: Public Records Request

Ms. Pacheco,

The Belleair Police Department did not conduct an investigation, nor do we have any record for October 2012 or for any other time regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

On Tue, Nov 26, 2013 at 12:29 PM, Cherie Pacheco <cpacheco@tlolawfirm.com> wrote:

Mr. Edwards:

Thank you for talking with me this afternoon. Attached is a copy of the Public Record Request we discussed.

Please let me know if you have any questions. I look forward to hearing from you.

**Cherie L. Pacheco**

**Paralegal**

Thomas & LoCicero PL

*Focused on Business Litigation, Media and IP Law*

cpacheco@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3074

fax: 813.984.3070 | toll-free: 866.395.7100

601 S. Boulevard, Tampa, FL 33606

Tampa | South Florida

1

2

**CONFIDENTIALITY NOTICE:** The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution or reproduction of this message, or any of the information contained in it, is strictly prohibited.