# EXHIBIT C



Tampa

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

South Florida

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial: (813) 984-3066
gthomas@tlolawfirm.com

Reply to: Tampa

November 25, 2013

Attorney General Pam Bondi
Office of Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Re:   PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Attorney General Pam Bondi
Office of Attorney General
November 25, 2013
Page 2

Thank you for your assistance.

Sincerely,

THOMAS & LOCICERO PL

Gregg D. Thomas



**PAM BONDI**
**ATTORNEY GENERAL**
**STATE OF FLORIDA**

OFFICE OF THE ATTORNEY GENERAL
Executive Staff

PL-01 The Capitol
Tallahassee, FL 32399-1050
Phone (850) 414-3990    Fax (850) 487-2564
http://www.myfloridalegal.com

December 17, 2013

Gregg D. Thomas, Esq.
Thomas & Locicero
601 South Boulevard
Tampa, FL 33606

Dear Mr. Thomas:

This will respond to your November 25 letter in which, pursuant to Ch. 119, F.S., you make the following request for public records:

> "all documents relating to an investigation, or a request for investigation, in October, 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations."

The General Civil Division of the Office of the Attorney General was notified of a constitutional challenge regarding Mr. Bollea. Please find records regarding that notification enclosed. Should you have any questions or concerns, please do not hesitate to contact our office at 850-245-0140.

Sincerely,

Leslie Jacobs
Public Records Coordinator