# EXHIBIT D



Tampa

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

South Florida

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial: (813) 984-3066
gthomas@tlolawfirm.com

Reply to: Tampa

November 25, 2013

VIA EMAIL: publicrecords@fdle.state.fl.us

Florida Department of Law Enforcement
Attention: Debora Hartman
P.O. Box 1489
Tallahassee, FL 32302

    Re:    PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

    This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

    ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

    Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

    We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Florida Department of Law Enforcement
November 25, 2013
Page 2

Thank you for your assistance.

Sincerely,

THOMAS & LOCICERO PL

*[signature]*

Gregg D. Thomas

## Cherie Pacheco

| | |
|---|---|
| **From:** | PublicRecords <PublicRecords@fdle.state.fl.us> |
| **Sent:** | Monday, December 02, 2013 10:06 AM |
| **To:** | Gregg D. Thomas |
| **Subject:** | Public Records Request Response, FDLE Docket No. PRR 2013-2287: Investigation of October 2012 Possible Illegal Recordings of Terry Bollea aka Hulk Hogan |

Dear Mr. Thomas:

RE:   Public Records Request Response, FDLE Docket No. PRR 2013-2287
       Investigation of October 2012 Possible Illegal Recordings of Terry Bollea aka Hulk Hogan

Searches were conducted through FDLE's files for records based on the information you provided. After conducting searches, we were unable to find records related to your request.

If you have any questions concerning your request, please contact us at (850) 410-7676.

Sincerely,

Office of General Counsel
2331 Phillips Road
Tallahassee, FL 32308
(850) 410-7676
PublicRecords@fdle.state.fl.us

**CONFIDENTIALITY NOTICE** - The information contained in this e-mail transmission from the Florida Department of Law Enforcement is PRIVILEGED and CONFIDENTIAL. It is intended for the sole use of the person (s) or entity named. If you are not the intended recipient of this transmission, the dissemination, distribution, copying, or other use of this information may constitute a violation of §119, F. S. and is strictly prohibited. If you have received this email in error, please contact the sender immediately.