EXHIBIT E



**Tampa**

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugage
Direct Dial: (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 7, 2013

Hillsborough County Sheriff's Office
P.O. Box 3371
Tampa, Florida 33601

    Re:    PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

    This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

    ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

    Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

    We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. As you require, a stamped, self-addressed envelope is enclosed. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Hillsborough County Sheriff's Office
November 8, 2013
Page 2

Thank you for your assistance.

                                                    Sincerely,

                                                    THOMAS & LOCICERO PL

                                                    Rachel E. Fugate

Enclosure



P.O. Box 3371
Phone (813)247-8000
www.hcso.tampa.fl.us

# David Gee, Sheriff
## Jose Docobo, Chief Deputy

Hillsborough County
Tampa, Florida 33601

December 04, 2013

Rachel E. Fugate
Thomas & Locicero
601 South Blvd.
Tampa, Florida 33606

Re: Public Records Request -
**TERRY BOLLEA / HULK HOGAN**

The Records Section acknowledges receipt of your inquiry. A diligent search has been conducted for the requested record(s).

1. { }   Enclosed is the information you requested.

2. { }   The record you requested is exempt from disclosure per Florida Statute 119.071.

3. { }   Pursuant to Florida Statute 119.07(4) there is a service charge of $.15 per single sided copies and a $.20 per double sided copies; extensive labor cost may also apply.

    { } Upon receipt of payment in the amount of $0.00, we will forward a copy of the requested record(s). Please make check payable to Hillsborough County Sheriff's Office.

    { } Upon receipt of deposit in the amount of $0.00, we will begin your public records request. When completed, we will notify you of additional charges, if any.

    { } The enclosed check is being returned for one of the following reasons:
    a. Please re-submit a check payable to Hillsborough County Sheriff's Office in the amount of $0.00.
    b. Check exceeds the amount due.

4. { }   Enclosed is a reimbursement check in the amount of $0.00, HCSO check #00000. This is an overage from your deposit.

5. { }   Pursuant to Florida Statute 119.07(3)(c) there is a service charge of $1.00 for each certified document.

6. { }   In accordance with Florida Statute 316.066, accident reports are no longer public record, under the provisions of Florida Statute Section 119.07 for a period of 60 days after the date the report is filed unless the request meets one of the following criteria:

    a. The parties involved;
    b. Their legal representatives;
    c. Their licensed insurance agents (must be listed on the report); Their insurers (must be listed on the report);



      d. Persons under contract with such insurer to provide claims or underwriting information:
      e. Prosecutorial authorities;
      f. Radio and television stations licensed by the FCC;
      g. Newspapers qualified to publish legal notices and free newspapers of general circulation, published once a week or more often, available and of interest to the public generally for the dissemination of news.
      h. State and Federal Agencies authorized to have access to such reports by any provision of the law.
      i. The documentation provided does not match any of the above requirements.

7. {X} A diligent search was made with the information provided. There are no records responsive to your request.

8. {X} It is possible that this incident was investigated by another agency. Unless you have additional information regarding this incident, we suggest you contact one of the agencies listed below that may have jurisdiction.

    { } Tampa Police Department, One Police Center, 411 Franklin Street,
        Tampa, FL 33602   (813) 276-3235

    { } Florida Highway Patrol, 11305 North McKinley Drive,
        Tampa, FL 33612   (813) 632-6859

    { } Plant City Police Department, 611 South Collins Street,
        Plant City, FL 33566   (813) 757-9200

    { } Tampa International Airport Police, Post Office Box 22287,
        Tampa, FL 33622   (813) 870-8760

    { } Temple Terrace Police Department, 11250 North 56th Street,
        Tampa, FL 33617   (813) 989-7117

    { } University South Florida Police Department, 4202 East Fowler Avenue,
        Tampa, FL 33620   (813) 947-2628

    { } Clerk of the Circuit Court, 419 East Pierce Street,
        Tampa, FL 33602   (813) 276-8100

Should you have any question concerning this matter, please contact Patricia M. Lawrence, Records Section, at (813) 247-8217.

Sincerely,

*Michele Hamilton*

Michele Hamilton, Director
Human Resources Bureau

MAH/ena

Zimbra	Page 1 of 1

**Zimbra**	eadler@hcso.tampa.fl.us

**ATTY. R. FUGATE / T. BOLLEA**

**From:** EDWINIA ADLER <eadler@hcso.tampa.fl.us>	Mon, Dec 02, 2013 07:11 AM
**Subject:** ATTY. R. FUGATE / T. BOLLEA
**To:** EDWINIA ADLER <eadler@hcso.tampa.fl.us>

**From:** "KYLE ROBINSON" <krobinso@hcso.tampa.fl.us>
**To:** "ROBERT N URA" <rura@hcso.tampa.fl.us>
**Cc:** "EDWINIA ADLER" <eadler@hcso.tampa.fl.us>
**Sent:** Monday, November 25, 2013 3:31:31 PM
**Subject:** Re: PRR - ATTY. R. FUGATE / T. BOLLEA

I researched Versadex and could not locate any reports/investigations conducted by the Hillsborough County Sheriff's Office regarding this matter.

Captain Kyle N. Robinson
Hillsborough County Sheriff's Office
Criminal Investigations Division
Office: 813-247-0500
Mobile: 813-763-5432