EXHIBIT F



**Tampa**

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugate
Direct Dial: (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

Pinellas County Sheriff's Office
Post Office Drawer 2500
Largo, FL 33779-2500

    Re:    PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

    This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

> ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

    Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

    We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Pinellas County Sheriff's Office
November 8, 2013
Page 2

Thank you for your assistance.

Sincerely,

THOMAS & LOCICERO PL

Rachel E. Fugate



## Sheriff Bob Gualtieri

### Pinellas County Sheriff's Office
*"Leading The Way For A Safer Pinellas"*

November 13, 2013

Rachel E. Fugate
601 South Boulevard
Tampa, FL 33606

RE: Public Records Request- Terry Bollea

Dear Ms. Fugate:

In response to your public record request dated November 8, 2013, there were no records found. You may want to try to contact the Clearwater Police Department and the Belleair Police Department to see if they may have records responsive to your request. If you have any questions or concerns please do not hesitate to contact our Public Records Processing Unit at (727) 582-5865.

Sincerely,

Sheriff Bob Gualtieri
Pinellas County, Florida

BY _____
Mollie K. Taaffe, Supervisor
Public Records Processing Unit