EXHIBIT G

# Thank you for contacting Pinellas County Government

Below is what you submitted to Pinellas County email account webadmin@pinellascounty.org on Mon Dec 9 11:02:47 2013

- This: information is the result of a Pinellas County Public Records Request form submission from the Pinellas County web site.
- My_Name--: Cherie Pacheco, Paralegal
- phone--: 813-984-3074
- email: cpacheco@tlolawfirm.com
- Request--: Bernie McCabe, State Attorney Re: PUBLIC RECORDS REQUEST Dear Public Records Custodian: This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records: ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations. Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f). We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment. Thank you for your assistance. Sincerely, Thomas & LoCicero PL Gregg D. Thomas
- Comments--: email to cpacheco@tlolawfirm.com

- Back to Pinellas County Home Page

Created with Form2Mail v1.4 by Liquid Silver

http://www.co.pinellas.fl.us/cgi-bin/FORM2MAI-receipt.pl

**Cherie Pacheco**

| | |
|---|---|
| From: | cpacheco@tlolawfirm.com |
| Sent: | Monday, December 09, 2013 11:17 AM |
| To: | 'Loveland, Jean' |
| Subject: | RE: Pinellas County Public Records Request Form submission |

Thank you !

Cherie L. Pacheco
Paralegal
Thomas & LoCicero PL
Focused on Business Litigation, Media and IP Law


-----Original Message-----
From: Loveland, Jean [mailto:jloveland@co.pinellas.fl.us]
Sent: Monday, December 09, 2013 11:16 AM
To: Cherie Pacheco
Subject: RE: Pinellas County Public Records Request Form submission

Ms. Pacheco:

The State Attorney has directed all such public records be requested to him in writing via US Mail at the following:

Bernie McCabe, State Attorney - Post Office Box 5028 - Clearwater FL 33758.

Jean Loveland
Administrative Secretary
Pinellas County Communications
333 Chestnut Street, Clearwater FL 33756 Phone (727) 464-3985 Fax (727) 453-3139 jloveland@pinellascounty.org

Follow Pinellas County:

www.pinellascounty.org
Subscribe to county updates and news

All government correspondence is subject to the public records law.



-----Original Message-----
From: cpacheco@tlolawfirm.com [mailto:cpacheco@tlolawfirm.com]
Sent: Monday, December 09, 2013 11:03 AM
To: Webadmin; communications
Subject: Pinellas County Public Records Request Form submission

This information is the result of a Pinellas County Public Records Request form submission from the Pinellas County web site.

1

My_Name-- Cherie Pacheco, Paralegal

phone-- 813-984-3074

email cpacheco@tlolawfirm.com

Request-- Bernie McCabe, State Attorney

      Re:    PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

      ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Thank you for your assistance.

Sincerely,
Thomas & LoCicero PL
Gregg D. Thomas

Comments-- email to cpacheco@tlolawfirm.com



**Tampa**

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060 fax 813-984-3070 toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416 fax 954-400-5415

6461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433 fax 561-340-1432

www.tlolawfirm.com

Gregg D. Thomas
Direct Dial: (813) 984-3066
gthomas@tlolawfirm.com

Reply to: Tampa

December 9, 2013

Bernie McCabe, State Attorney
Post Office Box 5028
Clearwater, FL 33758

  Re: PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

  This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

> ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

  Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

  We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Bernie McCabe, State Attorney
December 9, 2013
Page 2

    Thank you for your assistance.

        Sincerely,

        THOMAS & LOCICERO PL

        *[signature]*

        Gregg D. Thomas



OFFICE OF THE STATE ATTORNEY
SIXTH JUDICIAL CIRCUIT OF FLORIDA
PASCO AND PINELLAS COUNTIES

**BERNIE MCCABE**
*State Attorney*

January 3, 2014

Gregg D. Thomas, Esq.
Thomas & LoCicero
601 South Boulevard
Tampa, FL 33606

Re: PUBLIC RECORDS REQUEST – TERRY BOLLEA a/k/a HULK HOGAN

Dear Mr. Thomas:

State Attorney Bernie McCabe, as custodian of the records, has asked me to respond to your public record request dated December 9, 2013, and received by our office on December 13, 2013, for all documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a/ Hulk Hogan engaged in sexual relations. We have no records meeting the description of your request.

Sincerely yours,
BERNIE McCABE, State Attorney

Damien Kraebel,
Assistant State Attorney

DK/jbi

Post Office Box 5028, Clearwater, Florida 33758   Telephone (727) 464-6221