EXHIBIT H



Tampa

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

South Florida

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugage
Direct Dial: (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

St. Petersburg Police Department
1300 First Avenue North
St. Petersburg, FL 33705

Attention:   Records and Identification Department

Re:   PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been

St. Petersburg Police Department
November 8, 2013
Page 2

identified so that we can arrange to make the proper payment.

    Thank you for your assistance.

                      Sincerely,

                      THOMAS & LOCICERO PL

                      Rachel E. Fugate



# THOMAS & LOCICERO

**Tampa**
601 South Boulevard, Tampa, FL 33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

**South Florida**
401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416  fax 954-400-5415

6461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugate
Direct Dial: (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

ST. PETERSBURG POLICE DEPARTMENT
DATE: 11/12/13
NO INFORMATION IN OUR FILES ☒
NOT IN THE CITY LIMITS ☐
NEED LOCATION ☐

St. Petersburg Police Department
1300 First Avenue North
St. Petersburg, FL 33705

Attention:   Records and Identification Department

Re:   PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

> ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been

St. Petersburg Police Department
November 8, 2013
Page 2

identified so that we can arrange to make the proper payment.

    Thank you for your assistance.

                Sincerely,

                THOMAS & LOCICERO PL

                Rachel E. Fugate

## Cherie Pacheco

**From:** Gregg D. Thomas
**Sent:** Thursday, December 05, 2013 11:47 AM
**To:** William Proffitt
**Subject:** RE: Public Records Request regarding complaint by Terry Bollea aka Hulk Hogan

Thanks Bill.

**Gregg D. Thomas**
Thomas & LoCicero PL
*Focused on Business Litigation, Media and IP Law*

gthomas@tlolawfirm.com | tlolawfirm.com

**From:** William Proffitt [mailto:William.Proffitt@stpete.org]
**Sent:** Thursday, December 05, 2013 11:10 AM
**To:** Gregg D. Thomas
**Subject:** Re: Public Records Request regarding complaint by Terry Bollea aka Hulk Hogan

Gregg,

We do not have any public records regarding the complaint by Mr. Bollea.

I spoke with Major Michael Kovacsev, Crimes Against Persons Division, who handled this issue for our Department and spoke with Mr. Bollea's attorney, who may have been Mr. Houston.

To the best of our recollection, Mr. Bollea's attorney had contacted our Department in September/October, 2012, regarding a complaint and requested to set up a date and time for one of our investigators to complete an interview of Mr. Bollea.

After their initial conversation, Major Kovacsev and Mr. Bollea's attorney established a date and time to interview Mr. Bollea.

Prior to any interview taking place, Mr. Bollea told news media outlets that we were indeed conducting an investigation, which was erroneous and premature since no interview had taken place.

This prompted a number of inquiries about the status of our "investigation" from several national news media outlets.

Major Kovacsev researched the nature of Mr. Bollea's complaint and consulted with the Pinellas Pasco State Attorney's Office.

It was determined the statute of limitations regarding the nature of the complaint had passed and that Mr. Bollea's only recourse at that point was to pursue a civil complaint.

This information was communicated to Mr. Bollea's attorney and the interview with him was cancelled.

We did not take any further action in this matter.

Bill Proffitt

1

William Proffitt, Division Manager
Community Awareness Division
St. Petersburg Police Department
1300 First Avenue North
St. Petersburg, Florida 33705
727-893-7711
william.proffitt@stpete.org>>> "Gregg D. Thomas" <gthomas@tlolawfirm.com> 12/5/2013 9:44 AM >>>

Mr. Proffitt: I am following up on a telephone conference we had a few minutes ago. I was wondering whether the St. Petersburg Police Department ever received a complaint by Mr. Bollea or his lawyer regarding the recording of Mr. Bollea engaged in sex. While the recording was a substantial time ago either 2006 or 2008, the complaint was probably made in October 2012.

Basically, I am requesting any public records regarding the complaint or any follow-up action by the State Attorney.

Thank you for your assistance.

Gregg Thomas

**Gregg D. Thomas**
Thomas & LoCicero **PL**
*Focused on Business Litigation, Media and IP Law*

gthomas@tlolawfirm.com | tlolawfirm.com

ph: 813.984.3060 | direct: 813.984.3066
fax: 813.984.3070 | toll-free: 866.395.7100
601 South Boulevard, Tampa, FL 33606

Tampa | South Florida

**CONFIDENTIALITY NOTICE:** The information contained in this email message is intended for the personal and confidential use of the recipient(s) designated above. This message may contain information that is privileged, confidential and exempt from disclosure under applicable law and any unauthorized or inadvertent use, receipt, disclosure, dissemination or distribution of such information shall not waive any such privilege. If you are not an intended recipient of this message, and/or you have received this message in error, then please notify the sender at (813) 984-3060. Any unauthorized and/or unintended review, use, dissemination, distribution or reproduction of this message, or any of the information contained in it, is strictly prohibited.