EXHIBIT I



**Tampa**

601 South Boulevard, Tampa, FL 33606
ph 813-984-3060 fax 813-984-3070 toll free 866-395-7100

**South Florida**

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL 33316
ph 954-703-3416 fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL 33467
ph 561-340-1433 fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugate
Direct Dial: (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

Tampa Police Department
Records Section
411 N Franklin Street
Tampa, Florida 33602

     Re:   PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

     This is a public records request pursuant to Article I, Section 24, of the Florida Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records Act. We request a copy of the following public records:

     ALL documents relating to an investigation, or a request for investigation, in October 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan engaged in sexual relations.

     Public records are defined broadly and encompass "all documents, papers, letters, maps, books, tapes, photographs, films, sound recordings, data processing software, or other material, regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. § 119.011(12). If you claim that any of the requested records are exempt from disclosure, please identify by citation the statutory exemption you contend is applicable and provide a written statement of the particular reasons for your conclusion that the record is exempt. Id. § 119.07(1)(e), (f).

     We have no preference as to whether the records are provided in electronic or paper format. Of course, we are happy to pay the statutory amounts for copies of the requested records. As you require, a stamped, self-addressed envelope is enclosed. Please contact my paralegal, Cherie Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can arrange to make the proper payment.

Tampa Police Department
November 8, 2013
Page 2


Thank you for your assistance.

Sincerely,

THOMAS & LOCICERO PL

Rachel E. Fugate

Enclosure



Tampa

601 South Boulevard, Tampa, FL  33606
ph 813-984-3060  fax 813-984-3070  toll free 866-395-7100

South Florida

401 SE 12th Street, Ste. 300, Fort Lauderdale, FL  33316
ph 954-703-3416  fax 954-400-5415

8461 Lake Worth Road, Ste. 114, Lake Worth, FL  33467
ph 561-340-1433  fax 561-340-1432

www.tlolawfirm.com

Rachel E. Fugage
Direct Dial:  (813) 984-3065
rfugate@tlolawfirm.com

Reply to: Tampa

November 8, 2013

Tampa Police Department
Records Section
411 N Franklin Street
Tampa, Florida 33602

> TAMPA POLICE DEPARTMENT
> NO RECORD
> Checked by: _____
> Date: 11-12-13
> This search does not include juvenile
> or traffic violation/accident records.
>
> Jane Castor
> Chief of Police

     Re:   PUBLIC RECORDS REQUEST

Dear Public Records Custodian:

     This is a public records request pursuant to Article I, Section 24, of the Florida
Constitution and Chapter 119 of the Florida Statutes, which is also known as the Public Records
Act.  We request a copy of the following public records:

> ALL documents relating to an investigation, or a request for investigation, in October
> 2012 regarding allegations of illegal recording(s) of Terry Bollea a/k/a Hulk Hogan
> engaged in sexual relations.

     Public records are defined broadly and encompass "all documents, papers, letters, maps,
books, tapes, photographs, films, sound recordings, data processing software, or other material,
regardless of the physical form, characteristics, or means of transmission . . ." Fla. Stat. §
119.011(12).  If you claim that any of the requested records are exempt from disclosure, please
identify by citation the statutory exemption you contend is applicable and provide a written
statement of the particular reasons for your conclusion that the record is exempt. Id. §
119.07(1)(e), (f).

     We have no preference as to whether the records are provided in electronic or paper format.
Of course, we are happy to pay the statutory amounts for copies of the requested records.  As you
require, a stamped, self-addressed envelope is enclosed.  Please contact my paralegal, Cherie
Pacheco, directly at 813-984-3074 as soon as the records have been identified so that we can
arrange to make the proper payment.

Tampa Police Department
November 8, 2013
Page 2


Thank you for your assistance.

Sincerely,

THOMAS & LOCICERO PL

Rachel E. Fugate

Enclosure