UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERKS MINUTES - GENERAL

| | |
|---|---|
| CASE NO. 8:15-cv-1202-T-24EAJ | DATE: June 24, 2015 |
| TITLE: Gawker Media, LLC, et al., v. FBI, et al., | |
| Time: 11:00 - 12:20 | Total: 1.20 |

| | |
|---|---|
| JUDGE: **SUSAN C. BUCKLEW** | COURTROOM DEPUTY: Susan Saylor |
| COURT REPORTER: Melissa Pierson | COURTROOM: 15B |

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Seth Berlin<br>Rachel Fugate | AUSA Erik Stegeby |

PROCEEDINGS: **MOTION HEARING re: Pltf's Motion [Dkt 5] for summary judgment**

Court inquired as to status case,

Pltfs response that the state case is set to go to trial on July 6th

Court held in-camera with govt out side of the presence of anyone else in the courtroom

Pltfs oral argument as to his motion for summary judgment and request that DVD/CD's be produced immediately, and the things that are not exempt by the law enforcement by next week to be able to prepare for trial

Govts response

Court: to enter an Order this afternoon directing the govt to turn over documents, CD/DVD and a hearing to be set next Thursday, July 2, at 9:00 a.m., to be held in another courtroom.