UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

               Plaintiffs,                       CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

               Defendant.

_____/

## ORDER

    This matter comes before the Court on Defendants' Emergency Motion for Reconsideration, or, in the Alternative, for an Extension of Time, which was filed at 7:08 p.m. on Friday, June 26, 2015. (Dkt. 35). Plaintiffs oppose the motion. By way of background, on June 24, 2015, the Court held a hearing on (1) Plaintiffs' Motion for Summary Judgment (Doc. 5) and (2) Plaintiff's Motion for Expedited Consideration and Vaughn Indexes (Doc. 20). Following that hearing, the Court entered an order setting the following deadlines in this case (Dkt. 31):

    (1)    **By Friday, June 26, 2015**, the Federal Bureau of Investigation (FBI) was to turn over to the state court Special Discovery Magistrate Hon. James R. Case the two CDs it deemed to be responsive to Plaintiffs' November 7, 2014 Freedom of Information Act (FOIA) request.

    (2)    **By Friday, June 26, 2015**, the FBI was to turn over to Plaintiffs all non-exempt documents. These documents were to include those documents that the United States Attorneys' Office and/or the FBI have knowingly authorized to be given to Plaintiffs by Mr. Terry Bollea and his attorneys.

    (3)    By Friday, June 26, 2015, the Executive Office of the United States Attorney (EOUSA) was to turn over to Plaintiffs all non-exempt documents **by Friday, June 26,**

**2015**.  In addition, the EOUSA was to turn over any documents they have deemed could be segregated for release.

(4)      **By Tuesday, June 30, 2015 at 12:00 p.m.**, the FBI is to file with the Court a categorical index of the 1,168 documents that are responsive to Plaintiffs' FOIA request. Also **by Tuesday, June 30, 2015 at 12:00 p.m.**, the FBI is to submit a declaration in support of the categorical index.

(5)      **By Tuesday, June 30, 2015 at 12:00 p.m.**, the EOUSA is to file with the Court a categorical index of the 59 documents that it withheld and which are responsive to Plaintiffs' FOIA request.  Also **by Tuesday, June 30, 2015 at 12:00 p.m.**, the EOUSA is to submit a declaration in support of the categorical index.

It is unclear the "reconsideration" that Defendants are seeking in their motion.  Thus, the Court DENIES any such reconsideration of its June 24, 2015 order and addresses Defendants' request for certain extensions of time.

The FBI states that although they are no longer withholding documents under the FOIA law enforcement exemption 7(A), they are reviewing the CDs and documents for privacy under FOIA exemptions (b)(6) and (7)(C).  Dkt. 35 at 4-6.  The Court notes that previously the FBI did not claim (b)(6) and (7)(C) exemptions, only a (7)(A) exemption.  The FBI also states that there are actually three CDs containing video recordings instead of two as previously represented.  The video recordings have been redacted for privacy concerns as each contains the voice and or image of a third party who has not provided a privacy waiver to Defendants.  On Friday, June 26, 2015, the FBI sent the three redacted video recordings to the US Attorney's Office via next day delivery and anticipates that the videos will arrive today, Monday, June 29, 2015.  Dkt. 35 at 9.  As to the three CDs (DVDs) containing video recordings, the Court GRANTS the FBI's motion for extension of time and orders that the redacted CDs[1] be delivered to the state court Special Discovery Magistrate's office **as promptly as possible**, but at the latest, by **5:00pm today, June 29, 2015**.

---

[1] The CDs are redacted as to the third party who has not provided a privacy waiver.

The FBI also seeks an extension of time to produce non-exempt documents from June 26, 2015 to Wednesday, July 1, 2015.  In doing so, the FBI asserts that although they are no longer withholding documents under FOIA exemption 7(A), they are reviewing the documents for privacy under exemptions (b)(6) and (7)(C).  Dkt. 35 at 10-11.  The FBI contends that the documents contain grand jury information, personal privacy information, and other information that may be exempt from release, all of which will need to be redacted before disclosure to Plaintiffs.  *Id.*  The FBI asserts that review of the documents should be complete by Tuesday, June 30, 2015 and that the non-exempt and redacted documents can be delivered to Plaintiffs on Wednesday, July 1, 2015.  The Court GRANTS the requested extension and orders that the non-exempt documents be delivered to Plaintiffs by **Wednesday, July 1, 2015 at 12:00 p.m.**  The Court also orders that the FBI shall electronically send copies of the documents they are producing to Plaintiffs to the Court at Chambers_flmd_bucklew@flmd.uscourts.gov by **12:00 p.m. on Wednesday, July 1, 2015.**

The declaration of David Hardy describes two additional CDs that are responsive to Plaintiffs' FOIA request.  Dkt. 35-1 at 6-7.  The CDs contain (1) an audio recording of a third party speaking about the case and (2) an audio recording of FBI Special Agency David Houston and a third party.  *Id.*  In the declaration of David Hardy, the FBI appears to ask for a 30 day extension of time to produce the redacted CDs, but makes no such request in the motion itself.  The Court orders that the FBI produce the two redacted CDs to Plaintiffs by **Wednesday, July 1, 2015 at 12:00 p.m.**

The Court reminds the FBI and the EOUSA that the categorical indexes and supporting declarations described in the Court's June 24, 2015 order must be filed with the Court by **Tuesday, June 30, 2015 at 12:00 p.m.**  The parties are also reminded that the Court will hold a hearing on

this matter on **Thursday, July 2, 2015 at 9:00 a.m.**  The Court will not entertain any further requests for extensions of time before the July 2, 2015 hearing.

      **DONE AND ORDERED** at Tampa, Florida, this 29th day of June, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record