IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                    Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

## NOTICE OF FILING OF VAUGHN DECLARATIONS AND INDICES

Defendants, the Federal Bureau of Investigation ("FBI") and the Executive Office of United States Attorneys ("EOUSA"), hereby file Vaughn Declarations and Indices related to the records potentially responsive to plaintiffs' FOIA request.

                                            Respectfully submitted,

                                            **A. LEE BENTLEY, III**
                                            United States Attorney

                                    By:  *s/ E. Kenneth Stegeby*
                                            **E. KENNETH STEGEBY**
                                            Assistant U.S. Attorney
                                            USAO No. 112
                                            400 North Tampa Street, Ste. 3200
                                            Tampa, Florida 33602
                                            Telephone:  (813) 274-6087
                                            Facsimile:  (813) 274-6198
                                            Email: kenneth.stegeby@usdoj.gov
                                            *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

 Alia L. Smith
 Gregg Darrow Thomas
 Patrick Kabat
 Rachel E. Fugate
 Seth D. Berlin
 *Plaintiffs' Counsel*

             *s/E. Kenneth Stegeby*
             E. Kenneth Stegeby