**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

      Plaintiffs,

v.                                                                          Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

      Defendants.
_____/

## NOTICE OF FILING OF VAUGHN INDEX OF THE FBI

Defendants, the Federal Bureau of Investigation ("FBI") and the Executive

Office of United States Attorneys ("EOUSA"), hereby file an amended Vaughn Index

related to the records potentially responsive to plaintiffs' FOIA request.

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

By:  *s/ E. Kenneth Stegeby*
**E. KENNETH STEGEBY**
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6087
Facsimile:  (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Attorney for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on June 30, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

   Alia L. Smith
   Gregg Darrow Thomas
   Patrick Kabat
   Rachel E. Fugate
   Seth D. Berlin
   *Plaintiffs' Counsel*

                                          *s/E. Kenneth Stegeby*
                                          E. Kenneth Stegeby