Gawker Media, LLC. vs. FBI, et al.
Civil Action No. 8:15-cv-1202
Untied States District Court
Middle District of Florida
Tampa Division

Categorical Vaughn Index

This index contains a description of records categorically denied to plaintiff.  The documents contained within this index have been categorized by the type or function of the documents within the investigative file.   Categories 1-8 provide the document type,  the Bates location of the document, a brief description of the withheld information, the exemptions and use of each exemption by Bates page number, and the total number of pages for each document.  For those pages withheld in full as duplicates of another processed page, a separate category listing at the end of the index is provided referencing the location of the original processed page .

| Category Number 1 | Bates Pages | Date of Document | Document Category 1 Electronic Communication (Non-Internal, Non-FBI) | | Exemptions | Total Number of Pages Reviewed |
|---|---|---|---|---|---|---|
| | 1174 | Redacted | Private Twitter Account Screenshots | | 1174-b6/7C-2,4 | 1 |
| | 1176 | Redacted | Private Twitter Account Screenshots | | 1176-b6/7C-2,4 | 1 |
| | 1178 | Redacted | Private Twitter Account Screenshots | | 1178-b6/7C-2,4 | 1 |
| Category Number 2 | Bates Pages | Date of Document | Document Category 2: Legal Memorandum | | Exemptions | Total Number of Pages Reviewed |
| | 430-445 | 2/28/2013 | Investigation overview and legal analysis | | 430-445- b5-1,2, b6/7C-2,3,4 | 16 |
| Category Number 3 | Bates Pages | Date of Document | Document Category 3: Photographs/Images | | Exemptions | Total Number of Pages Reviewed |

1

| | Bates Pages | Date of Document | Description | | Exemptions | Total Number of Pages Reviewed |
|---|---|---|---|---|---|---|
| | 350 | Undated | Photographic Image | | 350: b6/7C-2 | 1 |
| | 354 | Undated | Photographic Image | | 354: b6/7C-2 | 1 |
| | 563 | 11/1/12 | Image of CD containing apology – referenced at Gawker-562. | | 363: b6/7C-1,2 | 1 |
| Category Number 4 | Bates Pages | Date of Document | **Document Category 4:** <br> **Correspondence** | | Exemptions | Total Number of Pages Reviewed |
| | 122-123 | 11/5/2012 | Correspondence | | 122: b6/7C-1,2, b7E-1 <br> 123: b6/7C-1,2, b7E-1 | 2 |
| Category Number 5 | Bates Pages | Date of Document | **Document Category 5:** <br> **Database Report/Results/Printout** | | Exemptions | Total Number of Pages Reviewed |
| | 221-222 | 12/4/2012 | "eAgent" Report (law enforcement database results) | | 221-222: b6/7C-4, b7E-4 | 2 |
| | 359-362 | 12/14/2012 | "eAgent" Report (law enforcement database results) | | 359-362: b6/7C-4, b7E-4 | 4 |
| Category Number 6 | Bates Pages | Date of Document | **Document Category 6:** <br> **Received Property/Documents** | | Exemptions | Total Number of Pages Reviewed |
| | 591-592 | | Check related information/copies | | 591-592: b6/7C-2 | 2 |
| Category Number 7 | Bates Pages | Date of Document | **Document Category 7:** <br> **Forms re Consentual Monitoring** | | Exemptions | Total Number of Pages Reviewed |
| | 951-954 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 951-b6/7C-1,2 b7E-1 <br> 952-b6/7C-2, b7E-1 <br> 953-b6/7C-1,2,3, b7E-1 <br> 954-b7E-1 | 4 |
| | 955-958 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 955-b6/7C-1,2, b7E-1 <br> 956-b6/7C-1,2, b7E-1 <br> 957-b6/7C-1,2,3, b7E-1 | 4 |

| Category Number | Bates Pages | Date of Document | Description | | Exemptions | Total Number of Pages Reviewed |
|---|---|---|---|---|---|---|
| | | | | | 958-b6/7C-1, b7E-1 | |
| | 959-962 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 959-b6/7C-1,2, b7E-1<br>960-b6/7C-1,2,3, b7E-1<br>961-b6/7C-1, b7E-1<br>962-b6/7C-1, b7E-1 | 4 |
| | 963-966 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 963-b6/7C-1,2, b7E-1<br>964-b6/7C-1,2, b7E-1<br>965-b6/7C-1,2,3, b7E-1<br>966-b6/7C-1, b7E-1 | 4 |
| | 967-970 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order | | 967-b6/7C-1,2, b7E-1<br>968-b6/7C-1,2,4, b7E-1<br>969-b6/7C-1,2,3, b7E-1<br>970-b7E-1 | 4 |
| | 971-974 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order | | 971-b6/7C-1,2, b7E-1<br>972-b6/7C-1, 2, b7E-1<br>973-b6/7C-1,2,3, b7E-1<br>974-b7E-1 | 4 |
| Category Number 8 | Bates Pages | Date of Document | **Document Category 8:**<br>**Federal Grand Jury Information** | | Exemptions | Total Number of Pages Reviewed |
| | 977-978 | Redacted | Cover letter in response to Federal Grand Jury Subpoena (response provided on CD). | | 977-b3-1, b6/7C-1,4<br>978-b3-1, b6/7C-1 | 2 (and withheld CD) |
| | 981 | Redacted | Response to Federal Grand Jury Subpoena (response provided on CD). | | 981-b3-1, b6/7C-2 | 1 (CD withheld) |
| | 986 | Redacted | Response to Federal Grand Jury Subpoena (response provided on CD). | | 986-b3-1, b6/7C-4 | 1 (CD withheld) |
| | 990-992 | Redacted | Letter and records in response to Federal Grand Jury Subpoena. | | 990-b3-1, b6/7C-1<br>991-b3-1, b6/7C-4<br>992-b3-1, b6/7C-4 | 3 |
| | 996-998 | Redacted | Cover letter and records in response to Federal Grand Jury | | 996-b3-1, b6/7C-1,4 | 3 |

| | | Subpoena (response provided on CD). | | 997-b3-1<br>998-b3-1, b6/7C-1,4 | |
|---|---|---|---|---|---|
| | 1001-1003 | Redacted | Sealed Court Record | | 1001-b3-1<br>1002-b3-1<br>1003-b3-1 | 3 |
| | 1008<br>1010-<br>1011-<br>1015 | Redacted | Response (letter and records) to Federal Grand Jury Subpoena | | 1008-b3-1, b6/7C-1,4<br>1010-b3-1, b6/7C-2,4<br>1011-b3-1<br>1012-1015b3-1, b6/7C-2 | 7 |
| | 1019 | Redacted | CD response to Federal Grand Jury Subpoena | | 1019-b3-1 | 1 (CD withheld) |
| | 1022 | Redacted | CD response to Federal Grand Jury Subpoena | | 1022-b3-1, b6/7C-2 | 1 (CD withheld) |
| | 1024 | Redacted | CD response to Federal Grand Jury Subpoena | | 1024-b3-1, b6/7C-2 | 1 (CD withheld) |
| | 1026-1028 | Redacted | Responses to Federal Grand Jury Subpoenas | | 1026-b3-1, b6/7C-1<br>1027-b3-1, b6/7C-1,2<br>1028-b3-1, b6/7C-1,2 | 3 |
| | 1030-1034 | Redacted | Response to Federal Grand Jury Subpoena | | 1030-b3-1, b6/7C-4<br>1031-b3-1, b6/7C-2<br>1032-b3-1<br>1033-b3-1,b6/7C-4<br>1034-b3-1, b6/7C-4 | 5 |
| | 1037 | Redacted | CD Response to Federal Grand Jury Subpoena | | 1037-b3-1, b6/7C-2 | 1 (CD withheld) |
| | | | **TOTAL PAGES WITHHELD PER EXEMPTIONS:** | | | 88 |

## 285 DUPLICATE PAGES

| | | | **Description of Original Document** | **Bates Location** | **Bates Number Location of Original Document** | **Pages** |
|---|---|---|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| | EC | 3-4 | 1-2 | 2 |
| | E-Mail | 146 | 145 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 151-165 | 126-140 | 15 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 196-207 | 228-239 | 12 |
| | Evidence Log – Computer Disk /ELSUR-Consensual Monitoring, Telephonic | 210 | 209 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 250-261 | 228-239 | 12 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 266-279 | 299-312 | 14 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 283-296 | 299-312 | 14 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 331-343 | 299-311 | 13 |
| | E-mail chains | 486-489 | 8-11 | 4 |
| | Handwritten notes | 491-493 | 12-14 | 3 |
| | E-mail chains | 495-508 | 72-85 | 14 |
| | Handwritten notes | 510-512 | 21-23 | 3 |
| | Text messages | 514-561 | 24-71 | 48 |
| | Handwritten notes dated 12/17/12 | 565 | 386 | 1 |
| | Handwritten notes undated | 568 | 392 | 1 |
| | Handwritten notes dated 12/14/12 | 575-581 | 394-400 | 7 |
| | Side Letter Agreement undated (2012) | 585-586 | 329-330 | 2 |
| | Handwritten notes re "video 1" | 594 | 404 | 1 |
| | Handwritten notes re "video 2" | 596-597 | 405-406 | 2 |
| | Handwritten note "Pre-call Notes" Nov. 12 | 598 | 408 | 1 |
| | Handwritten note "Attny Call" | 600 | 407 | 1 |
| | Letter 12/13/12 | 603 | 723 | 1 |
| | Handwritten note dated 1/8/13 | 789-792 | 416-419 | 4 |
| | Handwritten notes re "video 1" | 794 | 404 | 1 |
| | Handwritten notes re "video 2" | 795 | 405 | 1 |
| | Handwritten notes dated 12/20/12 | 796 | 406 | 1 |
| | Handwritten note "Attny Call" | 797 | 407 | 1 |

| | Description | Bates | Pages | Count |
|---|---|---|---|---|
| | Handwritten note "Pre-call Notes" Nov. 12 | 798 | 408 | 1 |
| | Handwritten note "Terry Bollea" 2/4/13 | 801 | 427 | 1 |
| | One Time Non-Confidential Human Source Payment Receipt | 924 | 466 | 1 |
| | Recipt of Funds 8/13/2013 | 926 | 467 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 1043, 1045-1056 | 299, 301-312 | 13 |
| | Exhibit B to Settlement Agreement | 1057-1061 | 175-179 | 5 |
| | Side Letter Agreement undated (2012) | 1062-1063 | 329-330 | 2 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 1064-1077 | 299-312 | 14 |
| | E-mail Chain 12/11/12[1] | 1078 | 281-282 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 1082-1096 | 126-140 | 15 |
| | Settlement Agreement with Exhibits A and B | 1102-1107 | 87-92 | 6 |
| | E-mail chain | 1110 | 149 | 1 |
| | E-mail chains October 2012 | 1112-1118 | 72-78 | 7 |
| | E-mail chain October 2012 | 1131-1132 | 10-11 | 2 |
| | E-mail chain October 2012 | 1133 | 74 | 1 |
| | E-mail chain October 2012 | 1134 | 8 | 1 |
| | FD-302 Interview Form of David Houston 10/24/2012 | 1137 | 86 | 1 |
| | FD-302 Interview Form of Terry Bollea 10/24/2012 | 1138 | 19 | 1 |
| | FD-302 Interview Form of David Houston 10/22/12 | 1139 | 17 | 1 |
| | FD-302 Interview Form of Terry Bollea (page 1) 10/16/2012 | 1140 | 15 | 1 |
| | FD-302 Interview Form of David Houston (page 1) 10/16/2012 | 1141 | 6 | 1 |
| | Handwritten note "Attny Call" | 1147 | 407 | 1 |
| | Handwritten note "Pre-call Notes" Nov. 12 | 1148 | 408 | 1 |
| | Handwritten notes dated 12/20/12 | 1149 | 406 | 1 |
| | Handwritten notes re "video 2" | 1150, 1153 | 405 | 2 |
| | Handwritten notes re "video 1" | 1151, 1154 | 404 | 2 |

---

[1] The information contained in this e-mail chain is duplicative of the text in another e-mail chain. In this version at 1078, the information contained is duplicative of portions of the same e-mail chain located at 281-282.

| | | | | |
|---|---|---|---|---|
| | Letter 12/13/2012 | 1155 | 112 | 1 |
| | FD-302 Interview Form of David Houston 12/4/2012 | 1156 | 212 | 1 |
| | FD-302 Interview Form of David Houston 12/03/2012 | 1157 | 208 | 1 |
| | FD-302 Interview Form of David Houston 11/28/2012 | 1158 | 195 | 1 |
| | FD-302 Interview Form of David Houston 11/28/2012 | 1159 | 167 | 1 |
| | FD-302 Interview Form of business manager for attorney David Houston documenting the forwarding of an e-mail containing a draft settlement agreement. | 1160 | 166 | 1 |
| | FD-302 Interview Form of David Houston, 11/16/2012 | 1161 | 143 | 1 |
| | FD-302 Interview Form of David Houston, 11/14/2012 | 1162 | 147 | 1 |
| | FD-302 Interview Form of David Houston, 11/06/2012 | 1163 | 142 | 1 |
| | FD-302 Interview Form of David Houston, 10/26/2012 | 1164 | 93 | 1 |
| | FD-302 Interview Form of David Houston, 10/24/2012 | 1165 | 86 | 1 |
| | FD-302 Interview Form of Terry Bollea, 10/24/2012 | 1167-1168 | 19-20 | 2 |
| | FD-302 Interview Form of David Houston, 10/22/2012 | 1168 | 17 | 1 |
| | FD-302 Interview Form of Terry Bollea, 10/15/2012 | 1169-1170 | 15-16 | 2 |
| | FD-302 Interview Form of David Houston, 10/16/2012 | 1171-1172 | 6-7 | 2 |
| | E-mail chain dated 11/13/2012[2] | 1175 | 1041 | 1 |
| | E-mail chain dated 11/13/2012 | 1177 | 1042 | 1 |
| | **Total Pages Withheld in Full as Duplicates:** | | | 285 |

---

[2] This e-mail is duplicative to a portion of the chain located at Gawker-1041.

7