UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

           Plaintiffs,

vs.                                   Case No. 8:15-cv-1202-T-24EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

           Defendants.

_____/

**MOTION FOR CHARLES J. HARDER
TO APPEAR _PRO HAC VICE_**

      Intervenor, Terry Gene Bollea, by his undersigned counsel and pursuant to Local Rule

2.02, moves the Court to specially admit Charles J. Harder to appear and be heard in this case,

and says:

      1.      Mr. Harder is a member in good standing of the State Bars of California (Bar No.

286356), New York (Bar No. 5282371) and the District of Columbia (Bar No. 1017933).

      2.      Mr. Harder is also a member in good standing and admitted to practice in the

United States Court of Appeals for the Ninth and Eleventh Circuits, the United States District

Courts for the Central, Eastern and Southern Districts of California, and United States District

Court for the Central District of Illinois.

      2.      Mr. Harder has not made frequent or regular appearances in separate cases such as

to constitute the maintenance of the regular practice of law in the State of Florida.

      3.      Mr. Harder is familiar with, and recognizes that he shall be governed by, among

other things, all Local Rules of the United States District Court, Middle District of Florida,

including Rule 2.04 thereof in particular, and is also familiar with and governed by the Code of

Professional Responsibility and other ethical limitations or requirements governing the

professional behavior of members of the Florida Bar.

4.     Mr. Harder has entered an appearance of non-resident attorney and designated

Kenneth G. Turkel and Shane B. Vogt of Bajo Cuva Cohen & Turkel, P.A., Tampa, Florida, as

Local Counsel.

5.     Kenneth G. Turkel and Shane B. Vogt of Bajo Cuva Cohen & Turkel, P.A. are

members in good standing and admitted to practice in this court.

6.     Mr. Turkel and Mr. Vogt consent to act and accept designation as local counsel.

7.     Accordingly, service of all required notices and papers may be provided to and

served upon Defendant at the following address:

Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Shane B. Vogt
Florida Bar No. 0257620
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
Email:  kturkel@bajocuva.com
Email:  svogt@bajocuva.com


8.     Mr. Harder previously requested special admission before this court in November

2012 in the case styled *Terry Gene Bollea v. Gawker Media, LLC et al*, Case No. 8:12-cv-02348

and has not abused this privilege under the rules.

9.     Mr. Harder will comply with the email registration requirements of this Court.

10.    Mr. Harder will comply with the fee requirements of Rule 2.01(d) when

applicable.

2

11.     Undersigned counsel has submitted Mr. Harder's original, signed Special Admission Attorney Certification form directly to the Clerk, along with the prescribed fee.

WHEREFORE, Intervenor, Terry Gene Bollea, requests that Charles J. Harder be permitted to specially appear and be heard in this case.

Dated:  June 30, 2015

Respectfully submitted,


/s/ Kenneth G. Turkel
Kenneth G. Turkel, Esq.
Florida Bar No. 867233
Shane B. Vogt
Florida Bar No. 0257620
Christina Ramirez
Florida Bar No. 0954497
BAJO | CUVA | COHEN | TURKEL
100 North Tampa Street, Suite 1900
Tampa, Florida 33602
Tel:  (813) 443-2199
Fax: (813) 443-2193
Email:  kturkel@bajocuva.com
Email:  svogt@bajocuva.com
Email:  ramirez.nina@gmail.com

-and-

Charles J. Harder, Esq.
PHV No. 102333
HARDER MIRELL & ABRAMS LLP
1925 Century Park East, Suite 800
Los Angeles, CA  90067
Tel: (424) 203-1600
Fax: (424) 203-1601
Email:  charder@hmafirm.com
Email:  dmirell@hmafirm.com
Email:  sluppen@hmafirm.com

{BC00070455:1}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of June, 2015, a true and correct copy of the

foregoing is being electronically filed and will be furnished via CM/ECF to:

Gregg D. Thomas, Esquire
Rachel E. Fugate, Esquire
Thomas & LoCicero PL
601 S. Boulevard
Tampa, Florida 33606
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

Alia L. Smith, Esquire
Seth Berlin, Esquire
Levine Sullivan Koch & Schulz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036
sberlin@lskslaw.com
asmith@lskslaw.com

Erik Kenneth Stegeby, Esquire
United States Attorney's Office – FLM
400 N. Tampa Street, Suite 3200
Tampa, FL  33602
Kenneth.Stegeby@usdoj.gov

/s/ *Kenneth G. Turkel*
Attorney

4

{BC00070455:1}