UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

vs.

        Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

## DECLARATION OF ALIA L. SMITH

I, Alia L. Smith, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct:

1. The statements made in this Declaration are based on my personal knowledge.

2. I am a partner at Levine Sullivan Koch & Schulz, LLP, counsel for Plaintiffs Gawker Media, LLC and Gregg Thomas (collectively "Gawker") in the above-captioned matter. I have been admitted *pro hac vice* in this action. I submit this Declaration in connection with Gawker's Statement Regarding the Agencies' Newly-Claimed Exemptions.

3. Attached hereto as Exhibit A are true and correct excerpts of the transcript of oral argument held before the Court on June 24, 2015 on Plaintiffs' Motion for Summary Judgment and for a *Vaughn* index.

4. Attached hereto as Exhibit B are true and correct copies (1) certain records produced in redacted form by the Executive Office of U.S. Attorneys ("EOUSA") in response to

this Court's Order, and (2) those same records, in unredacted form, which were previously produced by the Agencies as exhibits to the first Declaration of David Hardy (Dkt. 23-1).

     5.     Attached hereto as Exhibit C is a true and correct copy of a letter sent by counsel for Gawker to counsel for the Agencies on June 25, 2015, requesting that the Agencies bring two copies of all documents not produced in full to the hearing on July 2, 2015.

     6.     Attached hereto as Exhibit D is a true and correct copy of an email sent by counsel for Gawker to counsel for the Agencies on June 26, 2015, requesting that the Agencies also bring unredacted copies of the DVDs at issue in this case to court on July 2, 2015.

     7.     To date, counsel for the Agencies has not responded to the requests made in Exhibit C or Exhibit D.

     I, ALIA L. SMITH, declare under penalty of perjury under the laws of the State of Florida that the foregoing is true and correct.

Date of Execution: July 1, 2015
Place of Execution: St. Petersburg, Florida

_____
Alia L. Smith