# Exhibit B

to the

# Declaration of Alia L. Smith

**Kristy Rosser**

| | |
|---|---|
| **From:** | Shearn, Jason R. <Jason.Shearn@ic.fbi.gov> |
| **Sent:** | Tuesday, September 03, 2013 8:28 AM |
| **To:** | David Houston |
| **Cc:** | Sweeney, Sara (USAFLM) 1 |
| **Subject:** | FW: Davidson investigation |
| **Attachments:** | l_evidence_Houston 8 28 2013.pdf |

Dave-

Please see the attached e-mail from AUSA Sara Sweeney. She attempted to send to your but it was returned undeliverable.

Regards,

SA Jason R. Shearn
Tampa Division, Pinellas RA
Office 727-796-7055


-----Original Message-----
From: Sweeney, Sara (USAFLM) 1 [mailto:Sara.Sweeney@usdoj.gov]
Sent: Tuesday, September 03, 2013 10:58 AM
To: dhouston@houstonatlaw.com
Subject: Davidson Investigation

Mr. Houston,
Attached please find a letter regarding the property in the above investigation. You will also receive a copy via U.S. mail.

Thanks,
Sara

Sara C. Sweeney
Assistant United States Attorney
Middle District of Florida
400 N. Tampa St., Suite 3200
Tampa, Florida 33602
Tel: (813) 274-6145
Fax: (813) 274-6178

1

CONFIDENTIAL-ATTORNEY'S EYES ONLY

BOLLEA001350

FBI062



2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)

**U.S. Department of Justice**
**United States Attorney**
**Middle District of Florida**

*Main Office*
*400 North Tampa Street, Suite 3200*
*Tampa, Florida 33602*
*813/274-6000*
*813/274-6358 (Fax)*

300 N. Hogan Street, Room 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL

SCS

September 3, 2013

**VIA EMAIL AND U.S. MAIL**
Mr. David R. Houston, Esq.
432 Court Street
Reno, Nevada 89501

Re: Keith M. Davidson, USAO No. 2012R02418

Dear Mr. Houston:

I am writing regarding the disposition of the following pieces of evidence from the above-stated investigation:

- The following documents: an assignment and transfer of copyright; a Settlement agreement and mutual release; Exhibit B to settlement agreement; and a side letter agreement to the settlement agreement;

- Check #1127 in the amount of $150,000.00 made out to Keith Davidson from David R. Houston, LTD, a professional corporation; and

- A silver/black case with key containing 3 DVD recordings labeled as follows: (1) DVD-R - Hogan 7-13-07; (2) DVD-R - Hootie 7-13-07; (3) DVD-R - Hootie.

As to the documents and the check (items # 1 & 2 above), possession of these items will be turned over to you, with a copy provided to Mr. Davidson.

As to the case and the DVDs within (item # 3 above), the government intends to retain possession of this evidence pending the outcome in *Terry Gene Bollea v. Heather Clem et al*, case no. 12-012447-CI, currently pending in the Sixth Judicial Circuit Court of Florida, in and for Pinellas County, Florida. The evidence will be provided to whichever party is found to be the rightful possessor of the recordings in that suit.

Mr. David R. Houston, Esq.
September 3, 2013
Page 2

    Please let me know by September 13, 2013, if you object to the above resolution. If you have any questions, please contact me at (813) 274-6000.

                                    Sincerely,

                                    A. LEE BENTLEY, III
                                    Acting United States Attorney

                    By:    */s/ Sara C.*
                            Sara C. Sweeney
                            Assistant United States Attorney

|  |  | (B)(6) |
|---|---|---|
|  |  | (B)(7)(c) |

▮▮▮(USAFLM) 1

| | | (B)(6) |
|---|---|---|
| **From:** | ▮▮▮(USAFLM) 1 | (B)(7)(c) |
| **Sent:** | Tuesday, September 03, 2013 10:58 AM | |
| **To:** | 'dhouston@houstonatlaw.com' | |
| **Subject:** | ▮▮▮ investigation | (B)(6) |
| **Attachments:** | i_evidence_Houston 8 28 2013.pdf | (B)(7)(c) |

Mr. Houston,

Attached please find a letter regarding the property in the above investigation. You will also receive a copy via U.S. mail.

Thanks,

▮▮▮

(B)(6)
(B)(7)(c)

1

<table>
<tr><td>

2110 First Street, Suite J-137<br>
Fort Myers, Florida 33901<br>
239/461-2200<br>
239/461-2219 (Fax)<br>
<br>
35 SE 1st Avenue, Suite 300<br>
Ocala, Florida 34471<br>
352/547-3600<br>
352/547-3623 (Fax)

</td><td align="center">



**U.S. Department of Justice**<br>
*United States Attorney*<br>
*Middle District of Florida*<br>
<br>
*Main Office*<br>
400 North Tampa Street, Suite 3200<br>
Tampa, Florida 33602<br>
813/274-6000<br>
813/274-6358 (Fax)

</td><td>

300 N. Hogan Street, Room 700<br>
Jacksonville, Florida 32202<br>
904/301-6300<br>
904/301-6310 (Fax)<br>
<br>
400 West Washington Street, Suite 3100<br>
Orlando, Florida 32801<br>
407/648-7500<br>
407/648-7643 (Fax)

</td></tr>
</table>

Reply to: Tampa, FL.  SCS

September 3, 2013

**VIA EMAIL AND U.S. MAIL**
Mr. David R. Houston, Esq.
432 Court Street
Reno, Nevada 89501                                                                                          (B)(6)
                                                                                                            (B)(7)(c)

Re: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Dear Mr. Houston:

    I am writing regarding the disposition of the following pieces of evidence from the above-stated investigation:

- The following documents: an assignment and transfer of copyright; a Settlement agreement and mutual release; Exhibit B to settlement agreement; and a side letter agreement to the settlement agreement;

- Check #1127 in the amount of $150,000.00 made out to  from David R. Houston, LTD, a professional corporation; and          (B)(6) (B)(7)(c)

- A silver/black case with key containing 3 DVD recordings labeled as follows: (1) DVD-R – Hogan 7-13-07; (2) DVD-R – Hootie 7-13-07; (3) DVD-R – Hootie.

    As to the documents and the check (items # 1 & 2 above), possession of these items will be turned over to you, with a copy provided to ▓▓▓▓▓▓▓▓         (B)(6) (B)(7)(c)

    As to the case and the DVDs within (item # 3 above), the government intends to retain possession of this evidence pending the outcome in *Terry Gene Bollea v. Heather Clem et al*, case no. 12-012447-CI, currently pending in the Sixth Judicial Circuit Court of Florida, in and for Pinellas County, Florida. The evidence will be provided to whichever party is found to be the rightful possessor of the recordings in that suit.

EOUSA 016

Mr. David R. Houston, Esq.
September 3, 2013
Page 2

    Please let me know by September 13, 2013, if you object to the above resolution. If you have any questions, please contact me at (813) 274-6000.

Sincerely,

A. LEE BENTLEY, III
Acting United States Attorney

By: ███████████  (B)(6) (B)(7)(c)

\\USAFLMSFS.E21\Users\_Criminal Cases\███████evidence_Houston 8 28 2013.wpd    (B)(6) (B)(7)(c)

EOUSA 017    000000

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL

SCS

March 18, 2014

**VIA EMAIL**
Mr. Seth Berlin, Esq.
Levine Sullivan Koch & Schulz, LLP
sberlin@lskslaw.com

Re: Gawker

Dear Mr. Berlin,

Pursuant to our telephone conversation on March 14, 2014, this is to confirm in writing that your client, Gawker, is neither the target nor the subject of any criminal investigation conducted by the United States Attorney's Office for the Middle District of Florida

Sincerely,

A. LEE BENTLEY, III
United States Attorney

By: Sara C. Sweeney
Assistant United States Attorney

FBI055

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

Main Office
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL

SCS

March 18, 2014

**VIA EMAIL**
Mr. Seth Berlin, Esq.
Levine Sullivan Koch & Schulz, LLP
sberlin@lskslaw.com

    Re: Gawker

Dear Mr. Berlin,

    Pursuant to our telephone conversation on March 14, 2014, this is to confirm in writing that your client, Gawker, is neither the target nor the subject of any criminal investigation conducted by the United States Attorney's Office for the Middle District of Florida

    Sincerely,

    A. LEE BENTLEY, III
    United States Attorney

By: ███████████████  (B)(6)
                                   (B)(7)(c)