# Exhibit C

to the

# Declaration of Alia L. Smith



1899 L Street, NW
Suite 200
Washington, DC 20036
(202) 508-1100 | Phone
(202) 861-9888 | Fax

Seth D. Berlin
(202) 508-1122
sberlin@lskslaw.com

June 25, 2015

**VIA EMAIL**

E. Kenneth Stegeby, Esq.
United States Attorney's Office for the
Middle District of Florida
400 North Tampa Street
Suite 3200
Tampa, Florida 33602

**Re:** ***Gawker Media, LLC v. FBI, et al.***
**No. 8:15-cv-01202-SDB-EAJ (M.D. Fla.)**

Dear Mr. Stegeby:

Before turning to the substance of my letter, I wanted to say that it was a pleasure meeting you in person at the hearing yesterday. I have very much appreciated your professional courtesy throughout this matter.

I write to follow up about two items. First, there appears to be a discrepancy over the number of CDs/DVDs. *Compare* Declaration of David M. Hardy (Dkt. 23-1) ¶ 27 (two) *with id.* Ex. H (Ltr. From S. Sweeney to D. Houston) (three). Although the former is incorporated in Judge Bucklew's order based on the argument at yesterday's hearing, I would appreciate it if you would confirm that you will be producing all such discs tomorrow, whether there are two or three (or a different number). I am working on providing additional information about the mechanics of the production and will circle back to you later today or tomorrow morning.

Second, given the time constraints recognized by Judge Bucklew at the hearing and in her order, I would request that you bring two copies of all documents not already produced in full by that time to next Thursday's hearing. This will allow the Court to review *in camera* any documents about which there may be a question, and will also allow, from the second set, the immediate production of any documents ordered produced. I would also ask that you confirm that you have no objection to proceeding in this manner.

E. Kenneth Stegeby, Esq.
June 25, 2015
Page 2

Should you have any questions or wish to discuss, please do not hesitate to give me a call. Thank you.

Sincerely,

LEVINE SULLIVAN KOCH & SCHULZ, LLP

By: ______________________________
Seth D. Berlin

cc: Other counsel of record