# Exhibit D

to the

# Declaration of Alia L. Smith

**From:** Seth Berlin
**To:** kenneth.stegeby@usdoj.gov
**Cc:** Seth Berlin
**Subject:** Gawker v. FBI -- DVDs
**Date:** Friday, June 26, 2015 7:18:53 PM
**Attachments:** image001.jpg

Kenneth,

Yesterday, I wrote to you to request that you bring two complete set of the documents to court on July 2, so that Judge Bucklew could review and so that any documents ordered produced could be made available at that time.  I also request that you bring two copies of the unredacted DVDs for the same purposes.  I had not addressed the DVDs in my letter from yesterday because, at the time I wrote to you, I had not yet been advised that the Government planned to produce DVDs other than in full.  It remains our view that all documents and full DVDs need to be produced.  Thank you.

Seth

Seth D. Berlin



1899 L Street, NW
Suite 200
Washington, DC 20036
(202) 508-1122 | Phone
(202) 861-9888 | Fax
www.lskslaw.com