UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES - GENERAL**

CASE NO.  8:15-cv-1202-T-24EAJ              DATE: July 2, 2015

TITLE:  Gawker Media, LLC, et al.,   v.  FBI, et al.,

Time: 9:00 a.m. -  10:20 a.m.              Total:   2 hours
      10:30 a.m. - 11:10 a.m.

JUDGE: **SUSAN C. BUCKLEW**              COURTROOM DEPUTY:   Ariana Romero

COURT REPORTER: Lynann Nicely            COURTROOM:  10B

Attorneys for Plaintiffs                 Attorneys for Defendants

Seth Berlin                              AUSA Erik Stegeby
Rachel Fugate

**Attorneys for Intervenor Defendant - Terry Bolea**
Charles Harder
Christina Ramirez

PROCEEDINGS:  **MOTION HEARING re:  Pltf's Motion [Dkt 5] for summary judgment**

Court in session.

Defendant's counsel advises the Court that he has the documents that were not produced, but does not have the DVDs yet.

The Court addresses the Vaughn index and the FBI index with Defendant's counsel.

Plaintiff responds.

The Court takes a 10 minute recess.

The Court reconvenes.

Mr. Berlin advises the Court that during the break he was advised that the trial that was to commence on July 6, 2015, has been postponed.

The Court questions Defendant's counsel regarding Plaintiff's response as to the DVDs.

Plaintiff responds.

CASE NO. 8:15-cv-1202-T-24EAJ
Gawker Media, LLC, et al., v. FBI, et al.
Clerk's Minutes - July 2, 2015
Page 2 of 2

The Court advises parties to provide copies of documents to the Court for an in camera review. The Court advises Defendant's counsel to review the DVDs and CDs mentioned by Plaintiff's counsel. Counsels are to provide the Court a proposed schedule to allow the Court to schedule any objections or other information they may have for hearing.

Mr. Harder, counsel for Mr. Bolea, responds. Mr. Harder requests that the Court order that documents produced from the FBI to Plaintiff's counsel be also produced to him. The Court advises counsel to take that issue to State Court.

The Court advises parties an order will be entered .

Court adjourned.