UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

       Plaintiffs,                          CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

       Defendants,

vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

       Intervenor Defendant.
_____/

## ORDER

By way of background, on May 19, 2015, Gawker Media, LLC and Gregg D. Thomas filed a Complaint for Declaratory and Injunctive Relief brought under the Freedom of Information Act ("FOIA), 5 U.S.C. §§ 552, *et seq*., seeking the release of agency records from the Federal Bureau of Investigation ("FBI") and the Executive Office of the United States Attorneys ("EOUSA"). (Dkt. 1). Plaintiffs seek records from the FBI and EOUSA relating to an FBI investigation, conducted in 2012, into the source and distribution of video footage depicting Terry Gene Bollea engaged in a sexual affair with Heather Clem. Dkt. 1 at 1. Plaintiffs have filed a motion for summary judgment and Defendants have filed a response. The Court held a hearing on June 24, 2015 after which the Court ordered the FBI and EOUSA to turn over non-exempt documents by

June 26, 2015[1], to submit categorical indexes of the documents for which they claimed a FOIA exemption and declarations in support of the indexes, and to produce two videos[2]. Dkt. 31. The Court also ordered the FBI and EOUSA to produce two audio recordings. Dkt. 36.

On July 2, 2015, the Court held a second hearing regarding the FOIA exemptions claimed by the FBI and the EOUSA in the categorical indexes and declarations filed by both the FBI (Dkts. 37, 38) and the EOUSA (Dkt. 37). At the hearing, Plaintiffs notified the Court that the three videos produced to Plaintiffs by the FBI appear to be incomplete. Counsel for the FBI has agreed to review the three videos and to work with the FBI in ensuring that production was accurate and complete. **By July 10, 2015**, the videos shall be reviewed by counsel for the FBI and a determination made as to whether a second, more accurate and complete production is required.

The Court ordered the FBI and EOUSA to turn over the withheld documents to the Court for an *in camera* review. The Court will review the withheld documents and make a determination as to whether the documents are in fact subject to a FOIA exemption. If any of the withheld documents are not subject to an exemption, the Court will order that the FBI and/or EOUSA produce those documents to Plaintiffs.

The Court also orders Plaintiffs, the FBI, and the EOUSA to submit to the Court **by July 10, 2015** a Notice containing agreed to dates for subsequent filings in the case, *i.e.,* Plaintiffs' objections regarding the claimed FOIA exemptions. The Notice shall also indicate whether the parties request a hearing on those filings.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of July, 2015.

---

[1] The Court granted Defendants' request for an extension of time to turn over non-exempt documents and ordered that they be produced by July 1, 2015 at 12:00 p.m. Dkt. 36.

[2] The Court subsequently ordered Defendants to turn over three videos.

3

*signature*
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record