UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

        Plaintiffs,

vs.                              Case No.: 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

## JOINT NOTICE REGARDING SCHEDULING

        Pursuant to this Court's July 2, 2015 Order (the "July 2 Order"), Plaintiffs Gawker Media, LLC and Gregg D. Thomas (collectively, "Plaintiffs"), Defendant Federal Bureau of Investigation ("FBI"), and Defendant Executive Office of the United States Attorneys ("EOUSA") hereby notify the Court of the following agreed schedule for subsequent filings in this case related to Plaintiffs' motion for summary judgment and Defendants' forthcoming motion for summary judgment, including so that the Court can time any review of documents provided by the Defendants after receiving further papers from the parties:

        1.     Under the July 2 Order, counsel for the FBI is to review the three videos at issue and make a determination "as to whether a second, more accurate and complete production is required." July 2 Order at 2. The FBI shall produce any additional DVDs by July 17, 2015, in the same manner as the previously-produced DVDs were produced.

        2.     Plaintiffs shall file their objections to the FOIA exemptions claimed by Defendants by July 24, 2015.

1

3.	Defendants shall file their response to Plaintiffs' objections and any motion for summary judgment by July 31, 2015.

4.	Plaintiffs shall file their opposition to Defendants' motion for summary judgment by August 14, 2015.

5.	Plaintiffs and Defendants think it is likely that a hearing on Plaintiffs' objections and the parties' motions for summary judgment will assist the Court in adjudicating this matter. Counsel respectfully request that the hearing not be scheduled between August 18 and September 8 if doing so does not inconvenience the Court.

July 10, 2015

Respectfully submitted,

| THOMAS & LOCICERO PL | A. LEE BENTLEY, III |
| --- | --- |
|  | United States Attorney |
| By: __/s/ Gregg D. Thomas__ | By: __/s/ E. Kenneth Stegeby (by permission)__ |
|     Gregg D. Thomas |     E. Kenneth Stegeby |
|     Florida Bar No.: 223913 |     Assistant U.S. Attorney |
|     Rachel E. Fugate |     USAO No. 112 |
|     Florida Bar No.: 0144029 | 400 North Tampa Street |
| 601 South Boulevard | Suite 3200 |
| P.O. Box 2602 (33601) | Tampa, Florida 33602 |
| Tampa, FL 33606 | Telephone: (813) 274-6087 |
| Tel.: (813) 984-3060; Fax: (813) 984-3070 | Facsimile: (813) 274-6198 |
| gthomas@tlolawfirm.com | kenneth.stegeby@usdoj.gov |
| rfugate@tlolawfirm.com |  |
|  | *Counsel for Defendants* |

Seth D. Berlin (pro hac vice)
Alia L. Smith (pro hac vice)
Patrick Kabat (pro hac vice)
LEVINE SULLIVAN KOCH
 & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel.: (202) 508-1122; Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2015 a true and correct copy of the foregoing is being electronically filed and served via CM/ECF on the following:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

                                               */s Gregg D. Thomas*
                                                  Attorney