IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                               Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF PRODUCTION
OF ADDITIONAL VIDEO FOOTAGE**

Defendants, the Federal Bureau of Investigation ("FBI") and the Executive Office of United States Attorneys ("EOUSA"), hereby respectfully file this notice pursuant to the Court's July 2, 2015 Order [Doc. No. 46].

The FBI provides notice that it will produce re-processed video footage to the Honorable Pamela A.M. Campbell of the Sixth Judicial Circuit Court in Pinellas County. As noted in Court, one of the FBI's DVDs was corrupt and contained video footage that was a little over one minute. In addition, another video appeared to have audio that, in part, was not synchronized with the video footage. The FBI is re-processing these videos, which will be produced to the state court in the same manner as the initial production, as ordered by the Court on July 2, 2015 [Doc. No.

46].

The EOUSA also hereby gives notice that it has complied with the Court's July 2, 2015 Order by producing to the Court unredacted versions of the pages that are withheld in full for the Court's *in camera* review.

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

By: *s/ E. Kenneth Stegeby*
**E. KENNETH STEGEBY** Esquire
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6087
Facsimile: (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Attorney for Defendants*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 19, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

      Alia L. Smith
      Gregg Darrow Thomas
      Patrick Kabat
      Rachel E. Fugate
      Seth D. Berlin
      *Plaintiffs' Counsel*

                               *s/E. Kenneth Stegeby*
                               E. Kenneth Stegeby
                               Assistant U.S. Attorney