UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

               Plaintiffs,                         Case No. 8:15-cv-01202-SCB-EAJ

v.

THE FEDERAL BUREAU OF INVESTIGATION
and THE EXECUTIVE OFFICE OF UNITED
STATES ATTORNEYS,

               Defendants,

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

               Intervening Defendant.

_____/

**NOTICE OF COMPLIANCE WITH JULY 2, 2015 ENDORSED
ORDER REGARDING CM/ECF REGISTRATION**

      Pursuant to this Court's Order dated July 2, 2015 (Dk. #47 ) admitting Charles J.

Harder pro hac vice, he respectfully files this Notice of Compliance and state as follows: he

is registered for a CM/ECF account with this Court and has updated his information to receive

notices of all filings in this case.

                                     Respectfully submitted,

                                     */s/ Charles J. Harder*
                                     Charles J. Harder, Esq.
                                     *Admitted Pro Hac Vice*
                                     HARDER MIRELL & ABRAMS LLP
                                     1925 Century Park East, Suite 800
                                     Los Angeles, CA  90067
                                     Tel: (424) 203-1600
                                     Fax: (424) 203-1601
                                     Email:  charder@hmafirm.com

1