UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,                    Case No. 8:15-cv-01202-SCB-EAJ

v.

THE FEDERAL BUREAU OF INVESTIGATION
and THE EXECUTIVE OFFICE OF UNITED
STATES ATTORNEYS,

        Defendants,

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

        Intervening Defendant.
_____/

## NOTICE OF INTENT TO REQUEST REDACTION

Intervening Defendant Terry Bollea hereby gives notice pursuant to the July 6, 2015 Notice to Counsel (Dkt. 49), that he intends to file a request for redaction for the July 2, 2015 hearing transcript (Dkt. 48).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Respectfully submitted this 13th day of July 2015.

        */s/ Charles J. Harder*
        Charles J. Harder, Esq.
        *Admitted Pro Hac Vice*
        HARDER MIRELL & ABRAMS LLP
        1925 Century Park East, Suite 800
        Los Angeles, CA  90067
        Tel: (424) 203-1600
        Fax: (424) 203-1601
        Email: charder@hmafirm.com

        Kenneth G. Turkel, Esq.
        Florida Bar No. 867233
        BAJO CUVA COHEN & TURKEL, P.A.
        100 North Tampa Street, Suite 1900
        Tampa, Florida 33602
        Tel: (813) 443-2199
        Fax: (813) 443-2193
        Email: kturkel@bajocuva.com
        Email: cramirez@bajocuva.com