# EXHIBIT 1

to the

# DECLARATION OF GREGG D. THOMAS IN SUPPORT OF PLAINTIFFS' OBJECTIONS



July 15, 2015

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Seth D. Berlin, Esquire
Paul J. Safier, Esquire
Alia L. Smith, Esquire
Michael D. Sullivan, Esquire
Levine Sullivan Koch & Schulz, LLP
1899 L. Street, NW, Suite 200
Washington, DC 20036

Michael Berry, Esquire
Levine Sullivan Koch & Schultz, LLP
1760 Market Street, Suite 1001
Philadelphia, PA 19103

Gregg D. Thomas, Esquire
Rachel E. Fugate, Esquire
Thomas & LoCicero PL
601 S. Boulevard
Tampa, FL 33606

>   Re:   *Designation of All Documents and Records Produced Under FOIA as "Highly Confidential—Attorneys Eyes Only" and Subject to Protective Order*

Counsel:

This letter shall confirm that Mr. Bollea has designated **ALL** documents, records, recordings, footage, and similar materials (the "Records") which have been and/or are being produced by the United States Government, including the FBI and/or EOUSA (the "United States Government"), pursuant to any FOIA requests and/or Orders entered by Judge Bucklew in the case styled *Gawker Media, LLC & Gregg Thomas v. FBI, et. al*, Case No 8:15-cv-01202-SCB-EAJ, as **CONFIDENTIAL—ATTORNEYS EYES ONLY**, pursuant to Judge Campbell's July 25, 2013 Agreed Protective Order Governing Confidentiality (attached as Exhibit A). Accordingly, none of these Records nor their contents can be disclosed to anyone other than counsel of record.

Moreover, **ALL** Records that have been and/or are being produced to you by the United States Government pursuant to any FOIA requests and/or Orders entered by Judge Bucklew, are subject to the limited Certifications of Identity executed by Mr. Bollea and his counsel pursuant to Judge Campbell's February 26, 2014 Order (attached as Exhibit B) affirming Judge Case's February 5, 2014 Report & Recommendation (attached as Exhibit C), under the protocol established in the Stipulated Report and Recommendation dated October 20, 2014 (attached as Exhibit D). Again, Mr. Bollea designates all such Records **CONFIDENTIAL—ATTORNEYS EYES ONLY**.

100 North Tampa Street, Suite 1900, Tampa Florida 33602
Telephone: (813) 443-2199 / Facsimile: (813) 443-2193
www.BajoCuva.com

{BC00071150:1}

Levine Sullivan
July 14, 2015
Page 2

      Please confirm your receipt of this letter immediately and confirm that the Records have been maintained "**CONFIDENTIAL—ATTORNEYS EYES ONLY**."

      Sincerely,

      BAJO | CUVA | COHEN | TURKEL

      Kenneth G. Turkel

Enclosures
cc:    Counsel of record via email

100 North Tampa Street, Suite 1900, Tampa Florida 33602
Telephone: (813) 443-2199 / Facsimile: (813) 443-2193
www.BajoCuva.com

{BC00071150:1}