# EXHIBIT 2

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**



July 14, 2015

**VIA CERTIFIED MAIL/RETURN RECEIPT REQUESTED**

Erik Kenneth Stegeby
U.S. Attorney's Office – FLM
400 North Tampa Street, Suite 3200
Tampa, FL 33602

David M. Hardy, Chief
Record/Information Dissemination Section
Records Management Division
Federal Bureau of Investigation
Department of Justice
170 Marcel Drive
Winchester, VA 22602-4843

Susan B. Gerson, Acting Assistant Director
FOIA/Privacy Unit
Executive Office for United States Attorneys
Department of Justice
Room 7300, 600 E Street, N.W.
Washington, DC 20530-0001

*Re:*   *Terry Bollea;*
*Gawker Media, LLC v. FBI & EOUSA (Case No. 8:15-cv-1202-SCB-EAJ)*
*Notice of Privacy Rights and Designation of All Documents and Records Produced Under FOIA as "Highly Confidential—Attorneys Eyes Only" and Subject to Protective Order*

Counsel:

      This letter concerns the Freedom of Information Act ("FOIA") and Privacy Act requests, as well as the above-referenced lawsuit initiated by Gregg Thomas, Esq. and Gawker Media, LLC against the FBI and EOUSA, arising out of an investigation involving the attempted extortion of Terry Gene Bollea, professionally known as Hulk Hogan, with certain video footage of Mr. Bollea and Heather Clem. I represent Mr. Bollea in the underlying Florida State Court lawsuit against Gawker Media, LLC, Nick Denton, and A.J. Daulerio, pending in Circuit Court in Pinellas County, Florida (Case No. 12012447CI-011) (the "State Court Litigation"), which gave rise to the FOIA requests at issue.

      We understand that Judge Susan Bucklew recently ordered the FBI and EOUSA to provide copies of certain DVDs directly to the Court in the State Court Litigation. We further understand that Judge Bucklew ordered the FBI and EOUSA to provide certain records and recordings directly to Gregg Thomas, Esq.

100 North Tampa Street, Suite 1900, Tampa Florida 33602
Telephone: (813) 443-2199 / Facsimile: (813) 443-2193
www.BajoCuva.com

{BC00071151:1}

Erik Kenneth Stegeby
Susan B. Gerson
David M. Hardy
July 14, 2015
Page 2

  This letter is being sent to confirm several important requirements concerning the records at issue:

1. Any DVD's can **_ONLY_** be provided directly to the Honorable Pamela Campbell in the State Court Litigation. They must not be provided to any other person or entity.

2. Mr. Bollea has designated **ALL** documents, records, recordings, footage, and other materials (the "Records") that have been and/or are being produced by the FBI and/or EOUSA pursuant to any FOIA requests and/or Orders entered by Judge Bucklew in the case styled *Gawker Media, LLC & Gregg Thomas v. FBI, et. al*, Case No 8:15-cv-01202-SCB-EAJ, to be **CONFIDENTIAL—ATTORNEYS EYES ONLY**. This designation is made pursuant to Judge Campbell's July 25, 2013 Agreed Protective Order Governing Confidentiality (attached as Exhibit A). Accordingly, none of these Records can be disclosed to anyone other than Gregg Thomas, Esq.

3. **ALL** Records that have been and/or are being produced by the FBI and/or EOUSA pursuant to any FOIA requests and/or Orders entered by Judge Bucklew are subject to a **LIMITED** Certification of Identity and Authorization to Release Information to Another Person (the "Authorization") executed by Mr. Bollea and his counsel pursuant to Judge Campbell's February 26, 2014 Order (attached as Exhibit B) affirming Judge Case's February 5, 2014 Report & Recommendation (attached as Exhibit C), under the protocol established in the Stipulated Report and Recommendation dated October 20, 2014 (attached as Exhibit D). Again, Mr. Bollea designates all such Records as **CONFIDENTIAL—ATTORNEYS EYES ONLY.**

4. The Authorizations that allowed the aforementioned Records to be produced to Gregg Thomas were provided solely and exclusively pursuant to Judge Campbell's February 26, 2014 Order (Ex. B) for the limited and exclusive purpose of confidential discovery in the State Court Litigation.

5. The Authorizations (copies attached as Exhibit E) do **not** authorize any Records or information to be released to any person or entity other than Mr. Thomas.

100 North Tampa Street, Suite 1900, Tampa Florida 33602
Telephone: (813) 443-2199 / Facsimile: (813) 443-2193
www.BajoCuva.com

{BC00071151:1}

Erik Kenneth Stegeby
Susan B. Gerson
David M. Hardy
July 14, 2015
Page 3

    6.    Mr. Bollea fully maintains and asserts his privacy rights as to all Records in the FBI's and EOUSA's possession concerning the investigation. Accordingly, no Records, including recordings, DVDs, documents, or other materials should be provided to anyone else, at any time.

**PLEASE CONFIRM IN WRITING IMMEDIATELY YOUR RECEIPT AND ACKNOWLEDGEMENT OF THIS LETTER AND THAT NO RECORDS HAVE BEEN OR WILL BE PROVIDED TO ANY OTHER PERSON OR ENTITY.**

Finally, we are requesting, under the Freedom of Information Act, 5 U.S.C. § 552, that your offices provide us with the following:

    a.    Copies of every FOIA or Privacy Act Request made by any person or entity for any records relating to the above-referenced Investigation;

    b.    Copies of all responses sent to any such requests; and

    c.    Copies of any and all documents or records provided to any person or entity in response to any such request.

Your attention to these matters is greatly appreciated.

                        Sincerely,

                        BAJO | CUVA | COHEN | TURKEL

                        Kenneth G. Turkel

Enclosures
cc:    Counsel of record via email

100 North Tampa Street, Suite 1900, Tampa Florida 33602
Telephone: (813) 443-2199 / Facsimile: (813) 443-2193
www.BajoCuva.com

{BC00071151:1}