# EXHIBIT 3

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**



**U.S. Department of Justice**

*Executive Office for United States Attorneys*
*Freedom of Information & Privacy Staff*
*600 E Street, N.W., Suite 7300, Bicentennial Building*
*Washington, DC 20530-0001*
*(202) 252-6020    FAX: 252-6047    (www.usdoj.gov/usao)*

June 26, 2015

Gregg Thomas
Thomas & LoCicero PL
601 South Boulevard
Tampa, Florida 33606

      Re: Request Number: FOIA-2015-00350
      Date of Receipt: November 10, 2014
      Subject of Request: Terry Bollea (aka Hulk Hogan) investigation /FLM

Dear Mr. Thomas:

      Your request for records under the Freedom of Information Act/Privacy Act has been processed. This letter constitutes a supplemental response from the Executive Office for United States Attorneys, the official record-keeper for all records located in this office and the various United States Attorneys' Office.

      To provide you with the greatest degree of access authorized by the Freedom of Information Act and the Privacy Act, we have considered your request in light of the provisions of both statutes.

      The records you seek are located in a Privacy Act system of records that, in accordance with regulations promulgated by the Attorney General, is exempt from the access provisions of the Privacy Act. 28 CFR § 16.81. We have also processed your request under the Freedom of Information Act and are making all records required to be released, or considered appropriate for release as a matter of discretion, available to you. This letter is a [ X ] partial [  ] full denial.

      Enclosed please find:

  10   page(s) are being released in full (RIF);
  12   page(s) are being released in part (RIP);
  32   page(s) are withheld in full (WIF). **The redacted/withheld documents were reviewed to determine if any information could be segregated for release.**

      The exemption(s) cited for withholding records or portions of records are marked below. An enclosure to this letter explains the exemptions in more detail.

(B)(5)
(B)(6)
(B)(7)(c)

EOUSA 001

[ X ]   As was previously reported to you in our letter dated May 22, 2015, a review of the material revealed:

[ X ]   Our office located records that originated with another government component. **These records were found in the U.S. Attorney's Office files and may or may not be responsive to your request.** These records will be referred to the following component(s) listed for review and direct response to you: Federal Bureau of Investigation (FBI).

This is the final action on this above-numbered request. If you are not satisfied with my response to this request, you may administratively appeal by writing to the Director, Office of Information Policy, United States Department of Justice, Suite 11050, 1425 New York Avenue, Washington, DC 20530-0001, or you may submit an appeal through this Office's eFOIA portal at http://www.justice.gov/oip/efoia-portal.html. Your appeal must be received within sixty days from the date of this letter. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

Sincerely,

Susan B. Gerson
Assistant Director

Enclosure(s)

Form No. 021nofee – 6/12

EOUSA 002