# EXHIBIT 9

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

« BACK TO TMZ

# TMZ SPORTS

**GOT A TIP?**
Call TMZ at (888) 847-9869 or Click Here

SEARCH TMZ

| CELEBS | VIDEOS | PHOTOS | TMZ SPORTS | TMZ TV | STORE | TMZ TOURS |

SIGN IN  REGISTER


**New Lakers -- Kobe Who??**


**Raymond Felton -- I'm No Lindsay Lohan ... Clears Up Gun Case**


**Serge Ibaka -- Matt Barnes Is Just a Clown ... But I'll Still Kick His Ass**


**Chad Johnson MIA from Court ... Wanted by Cops**


**DeAndre Jordan -- I've Got the Cure ... For Bitter Mavericks Fans**

Home ➤ Hulk Hogan -- Yes, I Banged Bubba's Wife Heather Clem

## HULK HOGAN
# Yes, I Banged Bubba's Wife

10/9/2012 6:08 AM PDT BY TMZ STAFF

**BREAKING NEWS**

**Hulk Hogan** just appeared on the Howard Stern show ... and admitted **the woman in his sex tape** is the estranged wife of his best friend, **Bubba the Love Sponge** ... who gave Hulk his blessing to nail her.

Hulk spilled his guts to Stern ... saying Bubba -- a nationally syndicated radio DJ -- allowed Hogan to have sex with **Heather Clem** six years ago.

During the interview, Hogan says he was still married to Linda at the time of the sex tape ... but says she drove him to have sex outside the marriage because she was so verbally and emotionally abusive to him.

Hulk also admitted his performance wasn't exactly tip top.

Hogan says he's working with officials to find out who released the tape ... because he swears he didn't know he was being recorded ... and vows to press charges against the perpetrator.



See also
Arnold Schwarzenegger -- Yes, I Had An Affair With Brigitte Nielsen
Lauryn Hill's Ex BF Rohan Marley -- Wyclef Jean is LYING, He Knew I Was the Daddy
Liberty Ross -- Cheating Does a Body Good

Get **TMZ Breaking News** alerts to your inbox

your@email.com   SUBMIT

☐ Yes! Also send me "In Case You Missed It..."

BY CLICKING "SUBMIT," YOU AGREE TO THE PRIVACY POLICY and TERMS OF USE ›

See More:  Howard Stern , Hulk Hogan , TMZ Sports , 6 More   3   💬 74 Comments



---

**PHOTO GALLERY**
**Andre Berto's Fighting Photos**





📷 VIEW GALLERY »

MORE TRENDING NEWS »




**Getting Things Done: Learn the art of getting things done with productivity expert David Allen.**
lynda.com


**Common Dishes About His Ex Serena Williams!**


**Blake Shelton – Believes Miranda Lambert Was a Cheater!**

**Scott Disick -- Orgy At My House!**

**25 Celebs You Forgot Committed Horrible Crimes: #19 is Shocking**
LifeDaily

**20 Popular White Celebrities Who Have Black Spouses**
POPHitz

Promoted Links by Taboola

### From Around The Web

- **Common Behaviors Adults with ADD and ADHD Exhibit** (HealthCentral)
- **'Boulevard' filmmaker, colleagues remember Robin Williams in his last starring role.** (ArcaMax)
- **Here's Why You Should Stop 'Googling' Names** (BeenVerified.com)
- **Which NFL Star Has The Biggest House? The Answer Might Surprise You…** (Wizzed)
- **Layered bob haircut with wispy bangs: why try it** (Hair Style)
- **Surfers Find Themselves Stranded On Remote Beach** (YouTube)

### Also On TMZ

- **Lil Wayne -- Birdman & Young Thug Tied to Bus Shooting Plot**
- **Bobby Brown -- I'm Gonna Nail Whoever Took Deathbed Pic of My Daughter**
- **Khloe Kardashian & James Harden -- Getting Handsy In Sin City (PHOTO)**
- **Kendall Jenner -- I Got a New Accessory … Nipple Ring!!! (PHOTO)**
- **Blake Shelton -- He Believed Miranda Was Unfaithful and Filed for Divorce**
- **Blake Shelton -- Toasts to Divorce -- Sings About Sleeping in the Hay (VIDEO)**

[what's this]

Sponsored Links                          Buy Link Here


**Age 50+ And Overweight?**
5 foods to never eat if you're over 50…
www.CruiseControlDiet.com


**New Rule in New Jersey**
If you drive in New Jersey, this hidden rule can s…
www.SmartWaysToLive.com


**How To: Smart Drug Works?**
Dramatically Increase Focus, Memory & Ener…
www.SecretBrainMagazine.com



### TMZ SPORTS


NEW ENGLAND PATRIOTS
**CHEERLEADER BIKINI DANCE PARTY … To 'Cheerleader' Song**

The New England Patriots cheerleaders took a break from shooting their 2016 swimsuit calendar in the Dominican Republic to dance around to that new "Cheerleader" song … in their…

**CLICK TO VIEW »**

