# EXHIBIT 10

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

Watch the Show | News | Pop Culture | Food | Health | Money | Pets | Parents | Style | KLG & Hoda | Orange Room | More

 

SHOW ME: all   celebs   tv   movies   toyota concert series   nostalgia

Hulk-Hogan

# Hulk Hogan 'devastated' by release of sex tape; vows to find out who's behind it

 Randee Dawn
TODAY contributor

Oct. 9, 2012 at 11:04 AM ET

Hulk Hogan may be on to another major phase of his life -- with new wife Jennifer McDaniel, new wrestling ventures and even as a small business owner. But his previous life has a way of intruding, and while talking with TODAY's Hoda Kotb and Kathie Lee Gifford Tuesday, he opened up about the sex tape made of him six years ago, which suddenly surfaced in March.





Hulk Hogan: My new wife is 'rattled' over sex tape

advertisement

"It's just something that has devastated me and totally ... I've never been on something on this level," he told them.

**Gawker 23975**

http://www.today.com/popculture/hulk-hogan-devastated-release-sex-tape-vows-find-out-whos-1C6360386

According to Hogan (actual name: Terry Bollea), he was at a "friend's house" when the incident occurred, and "I had no idea there was a camera in the room."

Things weren't going so great for the mustachioed wrestler back then; he admitted he was at a "very low point" when he was filmed without his knowledge, but added, "I'm not making excuses, I'm accountable, I was the guy, I was there, I made the choice."

Hogan appeared on "The Howard Stern Show" on Sirius/XM earlier on Tuesday and, TMZ reported, confirmed that the woman in the tape with him was Heather Clem, the former wife of fellow wrestler Bubba the Love Sponge. At the time, Hogan was still married to Linda Hogan. The tape, he says, "rattled" his new wife.

Added Hogan, he's not taking this lying down: "I'm going full-blown to try to find out who did this to me and why and what's the motivation," he said.

That said, he's in a better frame of mind than he was six years ago -- currently in "transition from the world's greatest wrestler to maybe the world's greatest beach bum a la surfer."

And, possibly, world's greatest investigator -- as he looks for who made and distributed that tape.

**Also in TODAY Entertainment:**

- 'Young Mona Lisa' mystery may be solved by lost diaries
- Jennifer Aniston shows off massive ring from Justin Theroux
- Jay-Z mixes with the masses, takes subway to Brooklyn concert
- Danny DeVito and Rhea Pearlman separating after 30 years

Tags: TODAY Entertainment, hulk-hogan

share    tweet    email    comment (0)

## From the Web

14 Benefits Most Seniors Didn't Know They Had (Newsmax)

87 Year Old Personal Trainer Shares Her Secret To Losing Weight in 2014 (Athletic Greens)

3 Exercises You Are Doing at the Gym That Are Actually Kind of Useless (ThePostGame)

You Should Do This If You Have A Credit Card Balance You Are Unable To Pay Off (Next Advisor)

14 Magnificent Uninhabited Places Around

## More from TODAY.com

Why girls who get their periods at a younger age are basically doomed

Video: Kim Kardashian's risque magazine cover goes viral 

Comedian Phyllis Diller dies at 95

Video: Aw! Crawling baby gets sweet kiss from pet dog

Robert Wagner, Natalie Wood's daughter arrested in L.A.

**Gawker 23976**