# EXHIBIT 11

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

# Hulk Hogan Interview - Sex Tape Release, Aces & 8s Reveal, Bound For Glory, Austin Aries And More

Email    Add To Favorites    Print    Like 10    Tweet 4    

By Daniel Pena (/index.cfm?page=misc.contact_us&staffid=529) | October 10, 2012 | 48 (http://www.WrestlingInc.com/wi/news/2012/1010/557044/hulk-hogan/#disqus_thread)



Hulk Hogan (/wi/profiles/24/hulk-hogan/) appeared on Busted Open, which airs every Monday and Wednesday on Sirius 92 and XM 207 from 2:00 to 4:00 p.m. Highlights from the interview are as follows:

**Sex Tape:** "I actually came to New York City on a trip that was already booked and planned to promote our new timeslot, 8pm on Spike for our show on Impact, and also pump our Super Bowl of wrestling, Bound for Glory. All of sudden, out of nowhere, this tape gets released and it was game changer. I had options, stay home, tail between my legs, not come up here, but that's not me. It's not my deal. If I did something, I'm accountable, and if I didn't do it I'll tell you the truth. That's who I am, good or bad. So I'm here brother."

**Reaction to timing being conspicuous:** "Timing is conspicuous? How about destroying my kid's lives? And ruining my new marriage? I'd rather promote a pay per view then protect my new family and my children? Bro come on; let's get real about it if you want to talk."

**How his kids are handling the video situation:** "I don't want to say good, but okay. They have been through a lot. They were in a household where there was a lot of crazy stuff going on, and when I went through the divorce and I tapped out, and I don't do crazy anymore, they still love their mother; they still have to deal with a lot of crazy stuff sometimes. They are used to stuff being pretty intense. With the accident my son had and everything like that, there has been a lot of stuff that has made them grow up real fast. Thank God Brooke is 24 and Nick is 22 because something like this, some people can just listen to one side of the story. Like when they were 10 and 12 they may have only listened to one side of the story, so thank God, they know who I am and what I am about. And my new wife doesn't have anything to do with media or the entertainment business. All this ridiculous sex stuff happened before I even met her. Because if it happened last week or last year, I would tell her. That's what I do, I step up. If I did something, I did it. If I didn't, it's not true. I'm not releasing a tape for timing reasons to promote a pay per view bro."

**Hogan on the release of the sex tape:** "About 7 months ago some pictures leaked out, so right away I figured out there was a camera in there. No one cares about the "woe is me" story that's all so what. Everyone in here has a woe is me story, whether its parents, problems, girlfriend, money, woe is me, no one cares. That's so what. What matters is, what now? But what now is, I'm accountable, I'm the guy there. But there is a woe is me story, which nobody cares about. The woe is me story is, Bubba and Heather they were married, were my friends. Heather was always a great mother, always kind. Bubba was always my best friend. And they liked to party, which had nothing to do with me. But all of a sudden, about two years before the incident, Heather started saying, "Hey, I want to have sex with you" "I want to party." I was just like "yeah right, whatever." Nice compliment for an old guy like me. But Bubba was cool too, "Hey man it's okay, it's okay!" and he admits it wide open. And so this went on for a couple years. And the woe is me story is, all time low, when I was living at the big "Hogan Knows Best" house with my sons precision driving team, and my wife was really unhappy with the marriage and pretty much told me she didn't want to be married to me and whatever goes along with that. So I was at an all time low, and I was with Bubba when we went back to his house and this offer was thrown at me, and I just said to hell with it. And that's the "woe is me" story, which doesn't really matter because I made a bad choice. And the thing that is so disturbing to me is that I have been defending Bubba across the board. Because I asked him, "Where did the camera come from?" "I even asked you because I know you have security cameras in your house; you're not filming this are you?" He was like "No, I would never do that to you, how dare you insult me." When the pictures came out, I said "What's up! This was on your watch?" and he said "Oh, it must have been Heather that did it." It's crazy dude. You got to stop this. Up until the day before yesterday, when I was coming up here and they released part of the video, I told Bubba, they showed part of the tape and if they show it all, this has totally destroyed my life again, flipped it upside down. I need to know. I don't want to insult you, but I need to know if you had anything to do with this. Because it's not just you, me, and Heather, but your son Tyler is on the altar too, he is on the chopping block. I don't want his dad to go to prison or his dad to lose everything. And I said, "Did you have anything to do with this?" and he flat out denied it and said he wasn't going to lawyer up. So I just got some disturbing news, and I haven't seen the tape yet, but I got people like TMZ saying Bubba was in front of the camera saying he can use this for a retirement if he ever needed to. That's why I am rattled, but bro; I am not releasing a tape or doing anything. I did not know the cameras were there. I just told my attorneys do whatever you have to do criminally, civilly; I still won't believe Bubba is not my friend until I see the tape. I haven't seen it yet, but I've had people tell me they have seen it. Probably one of the worst days of my life yesterday. It's been a tough ride, but I'm here to promote the pay per view. If you were going to bring that up and say anything about a tape you had to let me talk."

PAGE: [ 1 ] 2 (/WI/NEWS/2012/1010/557044/HULK-HOGAN/INDEX-2.SHTML) 3 (/WI/NEWS/2012/1010/557044/HULK-HOGAN/INDEX-3.SHTML) 4 (/WI/NEWS/2012/1010/557044/HULK-HOGAN/INDEX-4.SHTML) » (/WI/NEWS/2012/1010/557044/HULK-HOGAN/INDEX-2.SHTML)

*Got a news tip or correction? Send it to us by clicking here (/wi/news/send-news.shtml).*

| Like | 10 | Tweet | 4 |  | 0 | | 13 |
|---|---|---|---|---|---|---|---|
| | | | | | | • Stun | |

**Author's link:**

See Huge Close-up Pic Of Cm Punk Hitting Fan On Raw ->
(http://www.pwpix.net/superstars/c/cmpunk/hit)

*WrestlingInc.com is the largest independently owned wrestling website in the world (Source: Alexa (http://www.alexa.com/siteinfo/wrestlinginc.com)). Become a fan on Facebook (http://www.facebook.com/WrestlingINC), follow us (@WrestlingInc) (https://twitter.com/@WrestlingInc) on Twitter:*

Follow @WrestlingInc  44.5K followers

« PREVIOUS HEADLINE (HTTP://WWW.WRESTLINGINC.COM/WI/NEWS/2012/1010/557043/THE-UNDERTAKER/) | COMMENT | MAIN (/WI/NEWS/) | NEXT HEADLINE (HTTP://WWW.WRESTLINGINC.COM/WI/NEWS/2012/1010/557045/CM-PUNK/) »

---

AROUND THE WEB

Comments for this thread are now closed.                                                                              ✕

**48 Comments**                                                                         

 1                                                        Sort by Newest ▾

**grilledcheesus73** · 3 years ago

Your son had a precision driving team? I hope you didn't pay them.
▲ | ▼ • Share ›

**Shane McMahon** · 3 years ago

Aces and Eight's has to be behind the video....
3 ▲ | ▼ • Share ›

**tnanjgirl** · 3 years ago

Is Hogan forgetting he is the one who crushed Bobby Roode's momentum this time last year when the fan base was solidly behind him?  Is Hogan forgetting he is the one who squashed Roode's babyface victory at Bound For Glory and set in motion his heel turn when he was the most over face in the company?  At the time, Roode's popularity was at the same level if not surpassing Hardy's. Who knows how far Roode could have gone if not for Hogan.  Is Hogan so unwilling to admit he made a mistake that he has to look for scapegoats without coming out and outright calling out names?
2 ▲ | ▼ • Share ›

**TheGrandZodiac** · 3 years ago

TNA is the greatest wrestling promotion on the planet with the greatest man in the world as there champ AA, BFG is the biggest wrestling PPV of the year and TNA has the highest rated wrestling show on TV along with the best storyline in wrestling. Oh it's great