# EXHIBIT 12

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

« BACK TO TMZ

**GOT A TIP?**
Call TMZ at (888) 847-9869 or Click Here

SEARCH TMZ

CELEBS | VIDEOS | PHOTOS | SPORTS | TMZ TV | STORE | TMZ TOURS

SIGN IN   REGISTER


New Lakers -- Kobe Who??


Raymond Felton -- I'm No Lindsay Lohan ... Clears Up Gun Case


Serge Ibaka -- Matt Barnes Is Just a Clown ... But I'll Still Kick His Ass


Chad Johnson MIA from Court ... Wanted by Cops


DeAndre Jordan -- I've Got the Cure ... For Bitter Mavericks Fans

Home ▸ Bubba the Love Sponge Knew Hulk Hogan Sex Tape Could Be Worth A Fortune

# BUBBA THE LOVE SPONGE
## He Knew Hulk Sex Tape Could Be Worth A Fortune

10/9/2012 2:00 PM PDT BY TMZ STAFF


EXCLUSIVE
TMZ.com / Getty

**Hulk Hogan**'s best friend, **Bubba the Love Sponge,** not only secretly videotaped Hulk having sex -- he bragged afterwards that the tape was a goldmine that could be the key to Bubba's retirement.

TMZ has seen the last few minutes of Hulk's leaked sex tape -- in which he bangs Bubba's wife **Heather Clem**. It's very clear -- **Bubba was in on it**. Moments after the deed is done and Hulk leaves, Bubba says to his wife ... "If we ever did want to retire, all we'd have to do is use this footage."

His wife shoots back, "You'd never do that." Bubba then tries to recover, saying, "I wouldn't do that, you'd be the biggest rat, you'd be dead."

The revelation is interesting ... considering Hulk went on the **Howard Stern show** TODAY and said he and Bubba are still good friends -- and sounded confident Bubba was NOT the culprit.

There's more, TMZ just broke the story ... Hulk is **filing a criminal police report** in FL and trying to HUNT DOWN whoever leaked the tape -- claiming he was filmed illegally.



**See also**
Hulk Hogan to Cops -- Help Me Find the Bastard Who Leaked My Sex Tape
Hulk Hogan -- HUGE Offer for Sex Tape
Hulk Hogan -- Threatening LAWSUIT Over Leaked Sex Tape Footage

Get **TMZ Breaking News** alerts to your inbox
your@email.com   SUBMIT
☐ Yes! Also send me "In Case You Missed It..."
BY CLICKING "SUBMIT," YOU AGREE TO THE PRIVACY POLICY and TERMS OF USE. ›



**PHOTO GALLERY**
Andre Berto's Fighting Photos



📷 VIEW GALLERY »

MORE TRENDING NEWS »



Hulk Hogan Sex Tape, 6 More  52 Comments


**Installing Apache, MySQL & PHP:** Master the AMP stack with tips about common tasks &…
lynda.com


**Common Dishes About His Ex Serena Williams!**


**Blake Shelton – Believes Miranda Lambert Was a Cheater!**


**Scott Disick -- Orgy At My House!**


**July's Sizzling Credit Card Promos: Cash, Miles and More**
LendingTree


**25 Celebs You Forgot Committed Horrible Crimes: #19 is Shocking**
LifeDaily

Promoted Links by Taboola

### From Around The Web

- **Common Behaviors Adults with ADD and ADHD Exhibit** (HealthCentral)
- **Here's Why You Should Stop 'Googling' Names** (BeenVerified.com)
- **7 Signs Blake And Miranda's Divorce Was Coming** (Fame10)
- **Must-Have Michael Kors Bags Being Sold for Next to Nothing** (LifeFactopia)
- **Layered bob haircut with wispy bangs: why try it** (Hair Style)
- **How Rob Put His Life Back Together After a Crohn's Diagnosis Tore It Apart** (HealthCentral)

### Also On TMZ

- **Steven Seagal -- Russian Fight Video Was Real … I'm a Martial Arts Beast!!!**
- **Real Life 'Fast & Furious' -- Car Tries To Jump Closing Bridge … FAILS!!!**
- **'The Bachelorette' Contestant – Hospitalized After Brutal 'Gang' Brawl**
- **Blake Shelton -- Toasts to Divorce -- Sings About Sleeping in the Hay (VIDEO)**
- **Bill Cosby -- Tell Your Mom You Orgasmed So She Thinks It's Consensual**
- **Bobby Brown -- I'm Gonna Nail Whoever Took Deathbed Pic of My Daughter**

[what's this]

Sponsored Links | Buy Link Here »


**Age 50+ And Overweight?**
5 foods to never eat if you're over 50…
www.CruiseControlDiet.com


**How To: Smart Drug Works?**
Dramatically Increase Focus, Memory & Ener…
www.SecretBrainMagazine.com

**Ever google yourself?**
Site reveals more about people than Googling. Enter your name and state.
www.instantcheckmate.com



**AROUND THE WEB**


Daily Dish
**33 Actors Who Tragically Died Young**

Bankrate
**10 Stars That Were Madoff Scam Victims**

StyleBistro
**She Dropped Jaws In Her Seductive Dress At The CMT Music Awards**




**TMZ SPORTS**

NEW ENGLAND PATRIOTS
**CHEERLEADER BIKINI DANCE PARTY**
… To 'Cheerleader' Song

The New England Patriots cheerleaders took a break from shooting their 2016 swimsuit calendar in the Dominican Republic to dance around to that new "Cheerleader" song … in their…

**CLICK TO VIEW »**

