# EXHIBIT 13

to the

## DECLARATION OF GREGG D. THOMAS
## IN SUPPORT OF PLAINTIFFS' OBJECTIONS

**This exhibit is an audio/visual file that cannot be electronically filed. It can be found on the disc labeled** *Collected Audio/Visual Exhibits to the Declaration of Gregg D. Thomas in Support of Plaintiffs' Objections,* **a copy of which is being provided to the Court and all counsel of record.**