# EXHIBIT 14

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

**BTLS Show 10/16/12 Hour 2 Track 2**

. . .

BUBBA CLEM:  Everybody cuts their own deal, Hogan.

That was the press conference that was on the courthouse steps yesterday in Tampa, Florida, as Hogan now is trying to cover his ass as – I'm just going to be honest with you. The true victim here is Heather.

[00:10:00]

That's the person that's really the true victim here. Hogan for years drove me insane to hook up with her. And let me just read out of his very own words. There's a lot more to this story, fellows out there, than what – I don't know – people who don't like me are leading you to believe. There were three consensual adults that were in that – that were in that scenario. All three knew what time it was. All three knew what was going on. If you think that I'm a scumbag because the end of the tape, which – of which I've still not seen – if the end of the tape says, wow, we're going to be millionaires and we're going to be rich, if I ever wanted to retire I just had to release this tape – if you really think that I was being honest and not being Bubba and a smart-ass and talking some smack, well, then you obviously don't know me.

And secondly, if that was my motive, wouldn't I have released it for millions of dollars, as I said?

[00:11:07]

And Manson, would I be dumb enough to record that, knowing the whole thing's being recorded?

MANSON:  No way.

BUBBA CLEM:  No.

TARA CLEM:  But why aren't we focusing on who released it? That's –

CLEM:  Why are we focusing on three people –

TARA CLEM:  That's not the cool part.

BUBBA CLEM:  – concocted something up? Hogan had been driving me insane to have sex with Heather. And let me just – let me just read what you might have not really thought of. And that is – and this is from Hogan's mouth. Hogan said, Bubba approved the get-together to help the former wrestler deal with his crumbling marriage. The Clems were married at the time.

Well, Manson, let me just redact that, OK? And I want you to be the most conservative and disgusted by all this the most, as you and your wife are, as you should.

[00:12:03]

But let me just get your true opinion on this, OK? Hogan has said Bubba approved of the get-together. So in order for me to approve something, what has to be done? Do I not have to be asked?

MANSON:   Absolutely.

1

BUBBA CLEM:  Thank you. If Manson, you were to ask me to do something and you were to say, yeah, Bubba approved of it, does that mean that I came to you, or does that mean, chances are, you asked me for permission to do something bitwise or, you know, show-relatedwise, and I said, yeah, that would be cool?

MANSON:  Yeah, I asked you.

BUBBA CLEM:  OK. I mean, guys, it's right here. It's right here.

MR.    :  (Laughs.)

BUBBA CLEM:  Hogan said –

MANSON:  Case closed.

BUBBA CLEM:  Hogan has said – so before you get all crazy and before – let's think about, one, Heather, a mom.

Now, in the – in the – in the crappy divorce that her and I went through, we have something in common and that Hogan is a piece of crap.

[00:13:06]

And he drove me insane to have sex with my wife. And I finally said, fine. Do it. Figure it out.

He knew of everything going on. Don't play like you don't know now, Hogan, just to cover your ass. You have a long history of covering your ass. And this scandal really accentuates what you're all about. You're one-way and you're a user.

You know what? If all the wrestling guys can get by the fact that they think that I've – that I've broken man code, did I really break man code? Did I really break man code? Did I really break man code? When you have – as my best friend has driven me insane to have sex with my then wife, I say, yeah, fine.

[00:14:00]

You know – you lived in my home for three months. You know I have surveillance. You knew of everything going on.

. . .

[00:21:03]

BUBBA CLEM:  . . . There were three people in that room or three people in that home. All three people knew what time it was.

They knew what was going on. And one now has – Manson, one has its feelings hurts (sic) now because one is really looking like a dumb ass. And that person will do anything in his power to make the other two pay and somebody have to – I don't know. Somebody has to be held accountable for whatever financial ramifications he may lose – not taking personal responsibility, not taking personal responsibility that nobody held a gun to your head and made you do –

2

nobody held a gun to your head, Hogan, and told you to come to me and ask me to have sex with my wife. No.

And for all the – all the Internet sites that are really burying Heather, saying that she'd been after Hogan for years, that is simply not true – none. She always thought Hogan was kind of cheesy, for lack of a better term.

[00:22:01]

You know, Manson, I think what gets you summary judgment and gets this thing thrown out of all cases is this: this very statement on Page 2 of TBO.

Hogan said Bubba approved of the get-together to help the former wrestler deal with his crumbling marriage. The Clems were married at the time.

Does that not just say that – does that not – out of his own mouth validate the fact that he asked me to do this egregious act? I said, yeah.

Does it not?

MANSON: It definitely does. You can't get around it.

BUBBA CLEM: It is what it is. It's disturbing. It's sad. It's sad for all parties involved. But let me tell you – the person that has been screwed with the most and – is Heather. She's a mom. She's trying to quietly move on from this crap-ass, you know, life that I live.

And Hogan, it's not – it's not about you, buddy. You know, for the first time in your life it's not about you and it's not about you being worked into a shoot by a bunch of – by a bunch of, you know, fee-churning lawyers that have thoughts of grandeur.

[00:23:12]

That's my statement. That's what I got to say. It's ridiculous. It's sad. It's sickening that a guy that's been – you know what, Manson – is, Manson? Hogan is guilty of people glad-handing and coddling him and succumbing to the fact that he's Hulk Hogan.

MANSON: Oh, yeah – kissing his ass.

BUBBA CLEM: And I'm over it. I'm over it, Hogan. And I've only just begun. If you're going to sue me and Heather, then Heather and I will be deposed, and we will tell the truth. We'll tell the truth, buddy.

Manson, he lived with me for four months. He knows I have surveillance in my home. I mean, Hogan, there is no wiggle room. The only wiggle room was for you to shut up and take it like a man.

[00:24:03]