# EXHIBIT 15

to the

## DECLARATION OF GREGG D. THOMAS
## IN SUPPORT OF PLAINTIFFS' OBJECTIONS

MADE FOR EVERYONE   LEARN MORE

E!

NEWS   PHOTOS   VIDEOS   TV SCOOP   STYLE   E! SHOWS   RED CARPET   MORE

TRENDING   BLAKE SHELTON   I AM CAIT   KANDI BURRUSS   SCOTT DISICK   SHARKNADO 3   KATY PERRY

NEWS/ **Bubba the Love Sponge Slams Hulk Hogan's Sex-Tape Lawsuit, Blasts Wrestler as "Ultimate, Lying Showman"**

by REBECCA MACATEE  Tue., Oct. 16, 2012 7:16 AM PDT

f Share   96   Tweet   G+Share   Email


Andrew H. Walker/Getty Images

There's more than one side to every sex tape.

On Monday, Hulk Hogan filed a civil lawsuit against **Bubba the Love Sponge** and his ex-wife, **Heather Clem** (now Heather Cole). The 59-year-old wrestler alleges that the sex tape that hit the Web earlier this month was leaked by Bubba (real name: **Todd Clem**) without the Hulkster's consent. But according to Mr. Love Sponge, his ex-best friend Hulk was in on the sex tape's release from the get-go.

Tuesday morning, Bubba said on his radio show that Hulk "brainwashed" Bubba into giving his blessing for his then-wife Heather to have sex with the wrestler. Bubba also claimed that contrary to Hulk's claims of being secretly taped during sex, the athlete and reality star was in on the stunt. "You can't play the victim like that," said Bubba.

**Read more about the Hulk's lawsuits**

"He's a one-way piece of crap who doesn't care about anyone but himself," said Bubba. "You're the ultimate, lying showman."

In addition to the complaint against Bubba and the radio host's ex-wife, Hulk is suing Gawker Media, which posted excerpts of the tape, for $100 million.

Both lawsuits request that Hulk is given the sex tape so it can be destroyed.

**UPDATE:** An attorney for Bubba tells E! News that his client is a victim in this "very unfortunate" situation.

"I don't understand how you can sue a victim and I also don't understand how you can sue your best friend," the lawyer says. "I'm hopeful we never get served and can work together to find out [what happened with the tape]. I am convinced Bubba had

New AXE WHITE LABEL BODY WASH   LEARN MORE

MOST READ



NEWS/ NEW DIVORCE DETAILS

NEWS/ TOP STORIES


15 Pups Ready For National Hot Dog Day
14 minutes ago


Watch Donald Trump Slam Anderson Cooper on CNN
26 minutes ago


Jake Gyllenhaal's Evolution of Hotness
42 minutes ago

nothing to do with it. And I don't believe Heather had anything to do with it. So lets find that party who has caused harm to everyone/ That is our objective, our hope."

The attorney also noted that they have not yet seen the lawsuit.

"The reality is that these guys shouldn't be fighting each other," he adds. "They should be fighting the person who stole it, released it and those who broadcast it...I don't know what [Hogan's] objective is in suing Bubba. We will respond if and when we are served."

**—Additional reporting by Claudia Rosenbaum**

 Share   Tweet   Share   Email

### 2010 was a big year for sex tape scandals

    

## FROM AROUND THE WEB

**Hairstyles For Women Over 40, 50, 60**
(FavFashion)

**Want to Drop Pounds Fast? Try These Tactics**
(AARP)

**Winter Is Coming: The T-Shirt Aaron Rodgers Designed for Target**
(A Bullseye View)

**15 Caitlyn Jenner Pictures The Family Don't Want Public**
(Time To Break)

**Pregnant Jessa Duggar Defies Family's Strict Dress Code to Get Some Relief [PHOTO]**
(The Stir)

**Dermatologist Uses At-Home Beauty Device "Every Day" to Fight Aging.**
(FabOverFifty.com)

**Elderly Couple Takes A Photo Four Times A Year. Try Not To Cry. Last Photo Is A Tearjerker**
(LolBoom)

## MORE ON EONLINE

**Emma Stone Has an Oscars Wardrobe Malfunction, Accidentally Flashes Her Crotch on the Red Carpet**
(E! Online)

**Super Genes! Christopher Reeve's Handsome Look-Alike Son Will Joins ESPN's SportsCenter**
(E! Online)

**Miranda Lambert and Blake Shelton's Divorce Details Revealed; Plus, Carson Daly Weighs In**
(E! Online)

**Rihanna's Nipples Are Completely Exposed During Her Met Gala After-Party—See the Pic!**
(E! Online)

**Michelle Obama's Face While Meeting Saudi Arabian Royalty Is Priceless**
(E! Online)

**Taylor Swift Continues to Look Hot in Teeny Bikini During Hawaiian Getaway With Haim —See the Pic**
(E! Online)

**Blake Shelton Breaks Social Media Silence Since Divorce Announcement; Country Star "Calls For a Drink"**
(E! Online)

Recommended by

**Ed Sheeran Calls Nicki Minaj's VMAs Argument "Redundant"**
47 minutes ago

*Sharknado 4* Is Happening and Tara Reid Needs Your Help
1 hour ago

**See Miranda Lambert Back Onstage After Divorce**
1 hour ago

MORE





NEW PICS



PHOTOS / JUSTIN WHEE-BER



Blake & Miranda: Romance Rewind


Best *Lip Sync Battle* Performances


