# EXHIBIT 16

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

# DAILY●NEWS

NEW YORK | NEWS | POLITICS | SPORTS | **ENTERTAINMENT** | OPINION |

CONFIDENTIAL | **GOSSIP** | TV | MOVIES | MUSIC | THEATER & ARTS | COMICS | GAMES | ENTERTAINMENT PICS | BLOGS

# Hulk Hogan sex tape: Howard Stern wants wrestler to drop lawsuit against Bubba the Love Sponge

Shock jock promises fellow radio personality that he'll get Hulk Hogan to drop his suit against Bubba Clem over leaked video that shows ex-WWE champ cavorting with Clem's then-wife, Heather.

BY NANCY DILLON  /  NEW YORK DAILY NEWS  /  Wednesday, October 17, 2012, 7:19 PM

A A A

48  19  30 

 



CHRIS O'MEARA/AP

Reality TV star and former pro wrestler Hulk Hogan, whose real name is Terry Bollea, arrives at the United States Courthouse for a news conference Monday, Oct. 15, 2012 Tampa, Fla. Hogan says he was secretly taped six years ago having sex with the ex-wife of DJ Bubba "The Love Sponge" Clem.



Howard Stern wants Hulk Hogan to drop his sex tape lawsuit against longtime pal Bubba the Love Sponge, saying Hogan had to know his naked romp with the Tampa shock jock's wife was being taped.

"I'm getting you out of this lawsuit," Stern told Bubba Clem on his SiriusXM show Wednesday.

"That would be awesome," Clem responded.

### PHOTOS: CELEBRITY SEX TAPE SCANDALS

"He also is going to end the Israeli-Palestinian conflict," Stern's sidekick Robin Quivers joked during the live interview simulcast on Bubba's syndicated morning show.


GETTY IMAGES/SPLASH NEWS
**Heather Clem, pictured with husband Bubba the Love Sponge at the 26th annual Adult Video News Awards Show in Jan. 2009 (left), was spotted out shopping in Tampa, Florida on October 11.**

"I will get Hogan and Bubba together," Stern vowed. "I think what Bubba is saying is making a lot of sense. I think if Hogan could hear it and I can translate a little bit and calm everyone down, I think we could see through this …I think I can get Hulk Hogan to take you out of this lawsuit."

Hogan's lawyer said Wednesday that the case was moving forward.

"This is not the Bubba Show, it's litigation. Thanks to Bubba for making our case against him better," lawyer David Houston told the Daily News Wednesday.

"We look forward to seeing him in court. At that time it will not be a runaway rant. His time is coming."



After branding Hogan a "hypocritical fraud" on his airwaves Tuesday morning, Bubba said Wednesday he'd have "no problem" taking a lie detector test on Stern's show to prove he's innocent.

He told Stern he's never even seen the tape of his ex-wife

Roberta Flack her famed Dak apartment for
This Dakota legen the building.

6 men busted room with dru woman in Man subway
A good Samaritan cops after seeing and an intoxicated

EXCLUSIVE: Ke Rutherford de 'bizarre' custo battle
The "Gossip Girl" back in a Los Ange courthouse for a s

Gere, 65, photographed new girlfriend
Richard Gere has himself in an off-s May-December ro

PROMOTED STORIES





**ROB KIM/FILMMAGIC**

Howard Stern has vowed to put an end to Hogan's lawsuit against his fellow shock jock.

Heather having sex with Hogan in his canopy bed six years ago and has no idea how the racy recording ended up on Gawker.com earlier this month.

He said he even tried to bury the hatchet with Hogan after the wrestling star filed the invasion of privacy lawsuit against him Monday but was told to take a flying leap.

"We don't have to be the best of friends, but we can be at least cordial if you take me and Heather out of your dumb-a- lawsuit," Bubba claimed he wrote to Hogan in a Tuesday text.

"Sorry, it's far deeper than that," Hogan replied, according to Bubba's account on Stern's show.

"And what that means, Howard, is probably there are a few other tapes that make him even look worse than he already does," Bubba theorized to Stern.

"Were the tapes made at your house?" Stern asked.



**DREWSARTICLES VIA YOUTUBE**

Screen grab of video of Hulk Hogan allegedly having sex with Heather Clem.

"I don't know. …I would be able to tell you more if I have seen these tapes," Bubba said.

"He said there might possibly be one or two because this sex happened at least one other time with your ex-wife," Stern said, referring to an earlier interview with Hogan.

"I'm not familiar with that," Bubba said. "There's so much that I don't know that I'm being blindsided by."

Hogan, 59, filed separate state and federal lawsuits Monday alleging he had no idea his wife-sharing shenanigans were being recorded and that the tape's release has caused loss, anxiety, shame and damage to his reputation worth at least $100 million.

Bubba, 46, told Stern that Hogan was a regular overnight guest at his house and knew there were cameras rolling at all times, including in the bedroom, as an insurance policy related to an ugly child custody case.

Stern said even he was aware of Bubba's obsession with home surveillance.

**Val Kilmer look worryingly thin latest pics**
There are new wo about Val Kilmer's after recent pics s

**Brody Jenner accused of po lewd image of Kylie**
The social media coming out.

**Loretta Young date raped by Gable: relative**
Years after confes was Gable who fa child, the…

**Heath Ledger' daughter is sp image of late a**
A rare photo of Mic Williams' daughter has surfaced and

"Did he ever say to you, 'Hey Bubba, I know we tape in here, make sure you get rid of that tape. Did he ever say that to you?" Stern asked.

"No, no. We've not had that conversation because nobody has seen it," Bubba said.

"Specifically the taping equipment in your house, doesn't it erase after a certain period of time?" Stern asked.

"I'm not going to get into the logistics of my surveillance," Bubba said. "I don't know the logistics of it."

Asked if he as a company that "services this equipment regularly," Bubba said, "No."

He denied bragging about the recording or ever showing it to a single outsider.

"So let's figure it out. Who could it be who got in there?" Stern asked.

"I don't know Howard," he said. "I don't even know that it wasn't Hogan."

Hogan, who was the best man at the Clems' wedding, originally shied away from blaming the couple for making the tape and failing to keep it secret.

He later told TMZ.com he was "completely stunned" by a report that Bubba appears in an unpublished section of the sex tape boasting about its street value.

"If we ever did want to retire, all we'd have to do is use this footage," Bubba is heard saying, according to TMZ.

That statement constituted the "ultimate betrayal," Hogan's lawyer later told the Daily News.

Bubba said on his Tuesday radio show that if he really did say such a thing, and it wound up on the full-length recording, it only proves he's not behind the leak.

"Do you really thing that if I meant (I could retire off the sex tape), and if I was going to release it, that I would have recorded myself saying that? Or do you think that maybe I was being a smart-a--? And by the way, Hogan was (still) within earshot of me," he said.

ndillon@nydailynews.com

**Watch Hogan's lawyer announce the lawsuits here**