# EXHIBIT 17

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

# DAILY●NEWS

NEW YORK | NEWS | POLITICS | SPORTS | **ENTERTAINMENT** | OPINION |

CONFIDENTIAL | **GOSSIP** | TV | MOVIES | MUSIC | THEATER & ARTS | COMICS | GAMES | ENTERTAINMENT PICS | BLOGS

# Hulk Hogan settles sex tape lawsuit with former friend Bubba the Love Sponge Clem

**The lawsuit was over a sex tape involving the pro wrestler and Clem's wife**

BY NANCY DILLON / NEW YORK DAILY NEWS / Published: Monday, October 29, 2012, 10:01 AM / Updated: Monday, October 29, 2012, 1:09 PM

A A A

97    28       11    



CHRIS O'MEARA/AP

Hulk Hogan has abandoned a lawsuit against his former best friend Bubba the Love Sponge now that the shock jock has apologized for saying Hogan had something to do with the release of a sex tape featuring the wrestler and Bubba's wife.

Hulk Hogan has ended his royal rumble with Bubba the Love Sponge over a sex tape involving the pro wrestling legend and the Florida shock jock's wife that went viral on the internet.



George Cloon
Amal Clooney
have a baby: r
George Clooney h
change in heart ab
fatherhood.

Bubba Clem apologized in a statement issued early Monday as the Hogan camp announced the legal settlement. Terms of the pact were confidential.

"After further investigation, I am now convinced that Hulk Hogan was unaware of the presence of the recording device in my bedroom. I am convinced he had no knowledge that he was being taped. Additionally, I am certain that he had no role in the release of the video," state Bubba's apology letter, which he also read on his syndicated radio show.

"It is my belief that (he) is not involved, and has not ever been involved, in trying to release the video, or exploit it, or otherwise gain from the video's release in any way," he said.

In a lawsuit filed Oct. 15, Hogan said he had consensual sex with Bubba's wife, Heather Clem, six years ago in the Clems' home.

The former wrestling star said Bubba, his best friend at the time, suggested the kinky coupling and gave his blessing. The then-married Hogan said he was having difficulties with his wife, Linda.


**Release of a rumored sex tape starring Hulk Hogan angered the former pro wrestler earlier this year.**

The grainy video of the coupling made its way to the internet.

Hogan, 59, claimed he had no idea there was a recording device in the room and considered the filming and eventual leak of the tape to Gawker.com an invasion of privacy.

Bubba quickly blasted Hogan as a "hypocritical fraud."

"There were three people in that home. All three knew what time it was," Bubba said on his airwaves a day after Hogan named Bubba and Heather as lead defendants.

Bubba said Hogan lived in his house for several months prior to the swinging shenanigans and knew there were security cameras everywhere.

"You know I have surveillance. You knew of everything going on," Bubba said, addressing Hogan directly. "But now that your feelings are hurt ... you're trying to cover your a— with your wife and your jobs and your social standing."

But now Bubba has changed his mind.

"Regrettably, when Hulk filed the lawsuit against me, I instinctively went on the offensive. The things that I said about him and his children were not true," Bubba said in his settlement letter Monday.



"I was wrong and I am deeply sorry for my reaction, and for the additional pain that it caused Hulk and his children on top of the pain that they already were feeling," he said.

Hulk Hogan, whose real name is Terry Bollea, is still pursuing his $100 million lawsuit against New York-based Gawker Media in federal court.



A case against Heather Clem is pending, Hogan's lawyer said.

"Mr. Bollea is pleased that Mr. Clem finally stated the truth and apologized for his false statements," lawyer David Houston said Monday.

ndillon@nydailynews.com

[Bubba Clem Apology Letter 10-29-12](#)