# EXHIBIT 21

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

**Excerpts from the July 16, 2015 Broadcast of the Bubba the Love Sponge Show**

[00:42:00]

    MR. WATERS:  Oh, my God.

    MR. CLEM:  What's wrong, Hell's Angels? What you want? Why you mad at me, bro? Why are you mad at me, bro? Learn how to work it, Jenna Burkett.

    Regina Hunter and the baby face, next – start racking up your questions. I'll probably only be able to go 30 with them. The Caitlyn Jenner acceptance speech for the Arthur Ashe award, a throwback Thursday segment from when Manson sneaked onto the high school football team two years after he graduated –

    MR. EPPS:  I had homeboys in the hood that used to do that, Manson, for real.

    MR. CLEM:  More information on the – a big revelation, if you will – I think you'd call it that, and something – Buzzfeed.com, for those who want to do their due diligence themself – and I'd hope that Mike Deeson and Gloria Gomez and the other people that might want to start looking into this – I don't know – this piece of puzzle that I've tried to mouth-gag you with for a couple of years, but you guys have not quite figured it out because you're not as close to it as we are. But I think it pretty much lays out, Buzzfeed.com, the Gawker Hogan sex tape story in itself – pretty much lays out exactly what I've been trying to tell you people.

[00:43:11]

    And that is, you know, I had an ex-employee that ripped this off, and he distributed it through Cowhead's agent. Cowhead's agent, Tony Burton, is the guy that picked up the phone and called Gawker and said, I have a, quote, unquote, client. How do I get this tape to you?

    Now, how do you slice that as being cool?

    MR. WATERS:  Yeah.

    MR. CLEM:  How do you slice that, Mike Calta? And I've not been at liberty or been able to say this, what I just said, until obviously now, Manson, it's a news story –

    MR. WATERS:  It's in print.

    MR. CLEM:   – and I can read it. And I've been, you know, gagged, if you will, by Hogan's attorneys and didn't like it. And I've not been able to tell you the truth, and the truth is now laid out there in an unbiased journalistic setting by Buzzfeed.com, taken from the editor.

[00:44:00]