# EXHIBIT 22

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**



**WINNER OF 10 PULITZER PRIZES**

# Judge says three Adams & Diaco lawyers guilty of DUI setup, coverup

 Anna M. Phillips, Times Staff Writer

Tuesday, July 7, 2015 11:44am

TAMPA — A Pinellas judge on Tuesday found three Tampa lawyers guilty of "deliberately and maliciously" arranging the arrest of a rival attorney during a high-profile trial in 2013.



In his decision, Pinellas-Pasco Senior Judge W. Douglas Baird concluded that the lawyers — Stephen Diaco, Robert Adams and Adam Filthaut — had orchestrated C. Philip Campbell's DUI arrest to gain an advantage in a multimillion-dollar defamation lawsuit pitting their client, radio shock jock Bubba the Love Sponge Clem, against his radio rival, Todd "MJ" Schnitt. Campbell was representing Schnitt.

When allegations of a DUI setup quickly surfaced, the lawyers attempted to "cover up or otherwise destroy evidence" that might link them to Campbell's arrest, Baird wrote, noting that all of them erased the text message logs on their cellphones.

Diaco, who has nearly twice as many violations as his colleagues, also lied to a judge about not knowing the name of his cellphone provider. And when the Adams & Diaco lawyers discovered Campbell's briefcase was in their possession, they made no real effort to return it, Baird found.

A team of defense attorneys had argued that Campbell's arrest was his own fault, as it was his decision to drink and drive. By notifying a Tampa police sergeant of his behavior, the lawyers were simply trying to get a dangerous driver off the road, the defense attorneys argued.

"Obviously, our clients are disappointed in the decision," said Greg Kehoe, who represented all three lawyers. "We don't think the facts presented by the (Florida) Bar support the findings ... and yes, we will appeal to the Supreme Court."

But first the lawyers must endure a penalty hearing next month, where attorneys for each side will try to convince Baird that the three deserve a lighter or harsher punishment. A Florida Bar spokeswoman said the organization has not yet decided whether to ask for permanent disbarment, the harshest sanction possible. Standard disbarment typically lasts five years, after which the person can reapply for a law license.

"Permanent disbarment is relatively rare," said Tampa lawyer Scott Tozian, who often represents lawyers in trouble with the Florida Bar, and previously defended Campbell. Still, he said, it's within the realm of possibility.

Baird's findings are "tremendously damning," he said. "They're very, very serious. It's not going to have a good ending for them."

The judge's report is the result of a disciplinary trial held in May, during which Florida Bar attorneys argued that the three Adams & Diaco lawyers had grossly misbehaved, violating some of the legal profession's most basic rules. It remains to be seen if they broke any laws — an FBI investigation into their actions has been ongoing for more than two years.

According to the Florida Bar, well before Campbell's arrest in January 2013, the lawyers had him in their sights.

At trial, a Tampa DUI investigator testified that as early as November 2012, Tampa police Sgt. Ray Fernandez — a friend of Filthaut's — asked him to look for a man named Campbell. Florida Bar attorneys said the lawyers also instructed one of their paralegals, Melissa Personius, to be on the lookout for Campbell, particularly if he was drinking heavily.

The night of Jan. 23, Personius spotted Campbell having drinks with a friend at Malio's, a steak house bar in downtown Tampa. Campbell had walked there after work and has maintained he intended to walk home to his nearby condo, but after Personius planted herself on a neighboring bar stool, his plans fell apart. Witnesses who watched them over the course of the evening later testified they were surprised that Personius, a woman about 30 years younger than Campbell, was showing such keen interest in him.

Hours and many vodka drinks later, the pair left together, and Campbell got behind the wheel of Personius' car, intending, he said, to drive it to a more secure parking lot. Once he left Malio's, he was pulled over by Fernandez and arrested for driving under the influence.

Records later showed that the three Adams & Diaco lawyers and Personius had been exchanging texts and phone calls that night. Fernandez and Filthaut had also called each other repeatedly.

After an internal investigation, the Tampa Police Department fired Fernandez. Campbell's DUI charge was later dropped.


By Anna M. Phillips

Times Staff Writer

TAMPA — A Pinellas judge on Tuesday found three Tampa lawyers guilty of "deliberately and maliciously" arranging the arrest of a rival attorney during a high-profile trial in 2013.

In his decision, Pinellas-Pasco Senior Judge W. Douglas Baird concluded that the lawyers — Stephen Diaco, Robert Adams and Adam Filthaut — had orchestrated C. Philip Campbell's DUI arrest to gain an advantage in a multimillion-dollar defamation lawsuit pitting their client, radio shock jock Bubba the Love Sponge Clem, against

his radio rival, Todd "MJ" Schnitt. Campbell was representing Schnitt.

When allegations of a DUI set-up quickly surfaced, the lawyers attempted to "cover up or otherwise destroy evidence" that might link them to Campbell's arrest, Baird wrote, noting that all of them erased the text message logs on their cellphones.

Diaco, who has nearly twice as many violations as his colleagues, also lied to a judge about not knowing the name of his cellphone provider. And when the Adams & Diaco lawyers discovered Campbell's briefcase was in their possession, they made no real effort to return it, Baird found.

A team of defense attorneys had argued that Campbell's arrest was his own fault, as it was his decision to drink and drive. By notifying a Tampa police sergeant of his behavior, the lawyers were simply trying to get a dangerous driver off the road, the defense attorneys argued.

"Obviously, our clients are disappointed in the decision," said Greg Kehoe, who represented all three lawyers. "We don't think the facts presented by the (Florida) Bar support the findings ... and yes, we will appeal to the Supreme Court."

But first the lawyers must endure a penalty hearing next month, where attorneys for each side will try to convince Baird that the three deserve a lighter or harsher punishment. A Florida Bar spokeswoman said the organization has not yet decided whether to ask for permanent disbarment, the harshest sanction possible. Standard disbarment typically lasts five years, after which the person can reapply for a law license.

"Permanent disbarment is relatively rare," said Tampa lawyer Scott Tozian, who often represents lawyers in trouble with the Florida Bar, and previously defended Campbell. Still, he said, it's within the realm of possibility.

Baird's findings are "tremendously damning," he said. "They're very, very serious. It's not going to have a good ending for them."

The judge's report is the result of a disciplinary trial held in May, during which Florida Bar attorneys argued that the three Adams & Diaco lawyers had grossly misbehaved, violating some of the legal profession's most basic rules. It remains to be seen if they broke any laws — an FBI investigation into their actions has been ongoing for more than two years.

According to the Florida Bar, well before Campbell's arrest in January 2013, the lawyers had him in their sights.

At trial, a Tampa DUI investigator testified that as early as November 2012, Tampa police Sgt. Ray Fernandez — a friend of Filthaut's — asked him to look for a man named Campbell. Florida Bar attorneys said the lawyers also instructed one of their paralegals, Melissa Personius, to be on the lookout for Campbell, particularly if he was drinking heavily.

The night of Jan. 23, Personius spotted Campbell having drinks with a friend at Malio's, a steak house bar in downtown Tampa. Campbell had walked there after work and has maintained he intended to walk home to his nearby condo, but after Personius planted herself on a neighboring bar stool, his plans fell apart. Witnesses who watched them over the course of the evening later testified they were surprised that Personius, a woman about 30 years younger than Campbell, was showing such keen interest in him.

Hours and many vodka drinks later, the pair left together, and Campbell got behind the wheel of Personius' car, intending, he said, to drive it to a more secure parking lot. Once he left Malio's, he was pulled over by Fernandez and arrested for driving under the influence.

Records later showed that the three Adams & Diaco lawyers and Personius had been exchanging texts and phone calls that night. Fernandez and Filthaut had also called each other repeatedly.

After an internal investigation, the Tampa Police Department fired Fernandez. Campbell's DUI charge was later dropped.

Contact Anna M. Phillips at aphillips@tampabay.com or (813) 226-3354. Follow @annamphillips.

**Judge says three Adams & Diaco lawyers guilty of DUI setup, coverup 07/07/15**
**Photo reprints | Article reprints**

© 2015 Tampa Bay Times



1K      Tweet  91      1K

Commenting Guidelines   Abuse Policy