# EXHIBIT 27

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

Skip to Main Content    Logout    My Account    Search Menu    Refine Search    Back        Location : Pinellas County    Help

# REGISTER OF ACTIONS
### CASE NO. 12-012447-CI



**TERRY GENE BOLLEA Vs. HEATHER CLEM, et al**

§ § § § § § § §

Case Type: **NEGLIGENCE - CIRCUIT**
Date Filed: **10/15/2012**
Location: **Section 11**
Judicial Officer: **CAMPBELL, PAMELA A.M.**
UNIFORM CASE NUMBER: **522012CA012447XXCICI**

---

## PARTY INFORMATION

**Attorneys**

| | | |
|---|---|---|
| **APPELLANT** | BLOGWIRE HUNGARY SZELLEMI ALKOTAST ET AL | |
| **APPELLEE** | BOLLEA ET AL, TERRY GENE | |
| **CLOSED DEFENDANT -** | BUBBA THE LOVE SPONGE CLEM *ALSO KNOWN AS* CLEM, TODD ALAN | |
| **CLOSED DEFENDANT -** | CLEM, HEATHER *ALSO KNOWN AS* COLE, HEATHER | **BARRY A COHEN** |
| **CLOSED** | BENNERT, KATE | |
| **CLOSED DEFENDANT - DISMISSED/DR** | BLOGWIRE HUNGARY SZELLEMI ALKOTAST HASZNOSITO KFT *ALSO KNOWN AS* GAWKER MEDIA | **GREGG D THOMAS**<br>400 N ASHLEY DR #1100 |
| **CLOSED** | GAWKER ENTERTAINMENT LLC | |
| **CLOSED** | GAWKER SALES LLC | |
| **CLOSED** | GAWKER TECHNOLOGY LLC | |
| **DEFENDANT** | CLEM, HEATHER | **MICHAEL W GAINES** |
| **DEFENDANT** | DAULERIO, A J | **GREGG D THOMAS**<br>400 N ASHLEY DR #1100<br>TAMPA, FL 33602<br><br>813-984-3060(W)<br><br>**KIRK STUART DAVIS**<br><br>AKERMAN LLP<br>401 E JACKSON ST<br>SUITE 1700<br>TAMPA, FL 33602<br><br>813-223-7333(W) |

| | | |
|---|---|---|
| DEFENDANT | DENTON, NICK | GREGG D THOMAS |
| DEFENDANT | GAWKER MEDIA GROUP INC  *ALSO KNOWN AS*  GAWKER MEDIA | GREGG D THOMAS |
| DEFENDANT | GAWKER MEDIA LLC  *ALSO KNOWN AS*  GAWKER MEDIA | GREGG D THOMAS |
| PLAINTIFF | BOLLEA, TERRY GENE  *ALSO KNOWN AS*  HOGAN, HULK | KENNETH G TURKEL |

## EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| Date | Event |
|---|---|
| 07/14/2015 | **NOTICE OF FILING**<br>*OF CORRESPONDENCE TO COURT REGARDING PLAINTIFFS "EMERGENCY" MOTION FOR CLARIFICATION* |
| 07/13/2015 | **ORDER TO APPEAR FOR CASE MANAGEMENT AND STATUS CONFERENCE**<br>*(AMENDED) 100115 9:30* |
| 07/13/2015 | **PLTF/PET'S EMERGENCY MOTION**<br>*FOR CLARIFICATION AND CONFIRMATION THAT AGREED PROTECTIVE ORDER AND STIPULATED PROTOCOL GOVERN ALL* |
| 07/13/2015 | **EXHIBIT**<br>*A - STIPULATED REPORT & RECOMMENDATION* |
| 07/13/2015 | **EXHIBIT**<br>*B - HULK V. GAWKER, THE STORY SO FAR* |
| 07/13/2015 | **EXHIBIT**<br>*C - DEFENDANTS NOTICE OF PRODUCTION OF ADDITIONAL VIDEO FOOTAGE* |
| 07/09/2015 | **NOTICE**<br>*(PLTF) OF SETTLEMENT W/DEFT HEATHER CLEM AND REQUEST FOR ENTRY OF STIPULATED JDMT* |
| 07/09/2015 | **ATTACHMENT**<br>*EX A- STIP AND PROPOSED JUDGMENT FOR INJUNCTION ONLY* |
| 07/07/2015 | **ORDER**<br>*RESCINDING ORDER SETTING JURY TRIAL* |
| 07/06/2015 | **EXHIBIT**<br>*A - CORRESPONDENCE REGARDING PUBLIC ACCESS FOR MORTGAGE FORECLOSURE PROCEEDINGS* |
| 07/02/2015 | **LETTER FROM 2ND DCA RE: ASSIGN APPEAL NO.**<br>*2D15-2857 (MANDAMUS)* |
| 07/02/2015 | **DCA ORDER:**<br>*PETITIONERS' JUNE 22, 2015 EMERGENCY MOTION TO ENFORCE MAY 7 RULING, ETC. IS TREATED AS A SEPARATE PETITION FOR WRIT OF MANDAMUS / PETITIONERS SHALL REMIT THE FILING FEE FORTHWITH* |
| 07/01/2015 | **LIST OF EXHIBITS**<br>*(SECOND SUPPLEMENTAL)* |
| 06/30/2015 | **MEMORANDUM**<br>*REGARDING ELEMENTS OF PLTF CLAIMS* |
| 06/30/2015 | **MEMORANDUM**<br>*REGARDING BURDEN OF PROOF AND ELEMENT OF FAULT REQUIRED* |
| 06/30/2015 | **NOTICE OF HEARING** |
| 06/30/2015 | **MOTION**<br>*TO INTERVENE/MEMORANDUM IN OPPOSITION TO MOTION TO DETERMINE CONFIDENTIALITY OF COURT RECORDS AND FOR PROTECTIVE ORDER* |
| 06/30/2015 | **DEF/RESP'S MOTION FOR PROTECTIVE ORDER** |
| 06/30/2015 | **ORDER DENYING**<br>*MOTN FOR SUMMARY JUDGMENT* |
| 06/30/2015 | **ORDER GRANTING**<br>*DEFS OBJECTIONS TO FINANCIAL WORTH DISCOVERY*<br>   Vol./Book 18843, Page 1608,  4 pages |
| 06/30/2015 | **ORDER DENYING**<br>*PLTS MOTION STRIKE IRRELEVANT/PREJUDICIAL HEARSAY* |
| 06/30/2015 | **UNIFORM PRE-TRIAL CONFERENCE ORDER**<br>*/JURY TRIAL* |
| 06/29/2015 | **ANSWER OF**<br>*NICK DENTON TO PLTF'S AMENDED COMPLAINT* |
| 06/29/2015 | **ANSWER OF**<br>*AJ DAULERIO TO PLTF'S AMENDED COMPLAINT* |
| 06/29/2015 | **ANSWER OF**<br>*GAWKER MEDIA LLC TO PLTF'S AMENDED COMPLAINT - END OF VOLUME 54*<br>   Party:  GAWKER MEDIA LLC |
| 06/29/2015 | **DEF/RESP'S MOTION FOR CONTINUANCE** |
| 06/29/2015 | **DEF/RESP'S MOTION TO DETERMINE CONFIDENTIALITY OF CRT RECORD** |
| 06/29/2015 | **EXHIBIT**<br>*(CONFIDENTIAL) A- FILED UNDER SEAL* |
| 06/29/2015 | **NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILE** |
| 06/29/2015 | **EXHIBIT**<br>*(CONFIDENTIAL) B- FILED UNDER SEAL* |
| 06/29/2015 | **EXHIBIT**<br>*(CONFIDENTIAL) A- 111014 LETTERS TO DEPT OF JUSTICE* |
| 06/29/2015 | **EXHIBIT** |