# EXHIBIT 29

to the

## DECLARATION OF GREGG D. THOMAS IN SUPPORT OF PLAINTIFFS' OBJECTIONS

This exhibit is an audio/visual file that cannot be electronically filed. It can be found on the disc labeled *Collected Audio/Visual Exhibits to the Declaration of Gregg D. Thomas in Support of Plaintiffs' Objections,* a copy of which is being provided to the Court and all counsel of record.