# EXHIBIT 30

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

Find Movies, TV shows, Celebrities and more... All | IMDbPro | Help

Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | Watchlist | Login



# Hogan Knows Best (2005– )

More at IMDbPro »

TV Series | Reality-TV

**5.0** Your rating: –/10
Ratings: **5.0**/10 from **1,304 users**
Reviews: 9 user | 1 critic

TV cameras follow the days of professional wrestler Hulk Hogan and his family. His family includes his wife Linda, his daughter Brooke Hogan and his son, Nick Hogan, who usually pull pranks on his family or others.

**Stars:** Hulk Hogan, Linda Hogan, Brooke Hogan | See full cast and crew »

Contact the Show Creators on IMDbPro »

+ Watchlist | Share...

## Quick Links

| Full Cast and Crew | Episode List |
| Trivia | Plot Summary |
| Quotes | Parents Guide |
| Awards | User Reviews |
| Message Board | Release Dates |

**Explore More**

## Top-Rated Episodes

S1.E4
**Wrestlemania**
Hulk is invited by Vince McMahon to be inducted into the Wrestling Hall of Fame.
5.8  Rate this

S4.E6
**Brooke's Older Boyfriend**
Hulk and Linda discover that Brooke has been keeping them in the dark about her new guy. Brooke didn't want them to find out her new beau is thirty years old and Hulk and Linda are unnerved when they...
5.5  Rate this

S2.E5
**Hogans Go Hollywood**
Lights! Camera! Hogans! Through Hulk's business savvy, the entire Hogan clan gets cast in a movie -- Little Hercules in 3D.
5.4  Rate this

See more top-rated episodes »

### Watch Now
on Amazon Instant Video

## Episodes

**Seasons**  4  3  2  1
**Years**  2007  2006  2005

2 wins & 2 nominations. See more awards »

## Videos

## Photos

42 photos | 34 videos | 84 news articles »

## People who liked this also liked...

Learn more



◄ Prev 6 | Next 6 ►

**WrestleMania 21**
(TV Special 2005)
Sport
**7.7**/10

Rey Mysterio vs Eddie Guerrero, Money in the Bank Ladder Match - Edge vs Kane vs Christian vs Chris Benoit vs Shelton Benjamin vs Chris Jericho, Kurt Angle vs Shawn Michaels, Randy Orton vs... See full summary »

Add to Watchlist
Next »

**Director:** Kevin Dunn
**Stars:** Akebono, Kurt Angle, Matt A...

Like  18 people like this. Be the first of your friends.

## Related News

Who could be going into the Celebrity Big Brother house? All the rumours
20 July 2015 6:26 AM, EDT | Digital Spy

The 10 Greatest Wrestlers Turned Actors
26 May 2015 7:34 PM, EDT |
cinemablend.com

Hulk Hogan To Star In Celebrity Big Brother UK?

## Cast

Edit

Series cast summary:

| | Hulk Hogan | ... | Himself (35 episodes, 2005-2007) |
|---|---|---|---|
| | Linda Hogan | ... | Herself (35 episodes, 2005-2007) |
| | Brooke Hogan | ... | Herself (35 episodes, 2005-2007) |
| | Nick Hogan | ... | Himself (35 episodes, 2005-2007) |

See full cast »

## Storyline    Edit

TV cameras follow the days of professional wrestler Hulk Hogan and his family. His family includes his wife Linda, his daughter Brooke Hogan and his son, Nick Hogan, who usually pull pranks on his family or others.

Plot Summary | Add Synopsis

**Plot Keywords:** wrestling | lifestyle | character name in title | See All (3) »

**Genres:** Reality-TV

**Parents Guide:** Add content advisory for parents »

## Details    Edit

**Official Sites:** VH1 | VH1 - Season 3 | See more »
**Country:** USA
**Language:** English | Spanish
**Release Date:** 10 July 2005 (USA) See more »
**Filming Locations:** Belleair, Florida, USA

## Company Credits

**Production Co:** Pink Sneakers Productions See more »
Show detailed company contact information on IMDbPro »

## Technical Specs

**Color:** Color
See full technical specs »

## Did You Know?    Edit

**Quotes**
Brooke Hogan: We're finally having fun as a family. It's sad that a drag show pulled us together.
See more »

**Connections**
Referenced in Howard Stern on Demand: Best of 03/13-03/17, 2006 (2006) See more »

## Frequently Asked Questions

This FAQ is empty. Add the first question.

## User Reviews

**This show is actually pretty entertaining.....insightful to see Hulk as a total family man!**
3 April 2006 | by malibu-7 (Biloxi, MS., USA) – See all my reviews

Some reality shows really get on my nerves....they can be so silly. My husband and I were watching TV one day and we saw a commercial for Hogan Knows Best and he asked me if I had ever watched it. He said he watched some of it and it wasn't that bad. So we watched

3 May 2015 11:28 AM, EDT | Obsessed with Film

See all 84 related articles »

### User Lists    Create a list »

Related lists from IMDb users

**Movies I have seen - 1**
a list of 250 titles
created 21 Dec 2010

**TV Shows**
a list of 29 titles
created 03 Jun 2011

**Shows/Movies that Ripped off from others**
a list of 34 titles
created 19 Jun 2011

**TV Shows That I've Watched!**
a list of 300 titles
created 11 Feb 2012

**My Fav TV Shows**
a list of 46 titles
created 29 Jun 2014

See all related lists »

### Related Items

Search for "Hogan Knows Best" on Amazon.com

### Connect with IMDb

IMDb  Like Page  6.1m likes
Be the first of your friends to like this

Follow @imdb  1.55M followers

### Share this Rating

Title: **Hogan Knows Best** (2005– )
5/10

Want to share IMDb's rating on your own site? Use the HTML below.

Show HTML       View more styles

### Take The Quiz!

Test your knowledge of Hogan Knows Best.

it the next time it was on and I actually liked it. It's refreshing to see how much of a family man he is and that he is so down to earth. I really think he's a neat guy! I like the way he gets along w/ other people - he doesn't seem cocky or arrogant - he just seems like a nice guy. The kids are pretty spoiled but you know....if we had lots of money like they do, our kids would probably be spoiled rotten too. Brooke and Nick might have a lot but at least they are nice and not bratty and stuck up. The whole family seems down to earth. Hulk is just a nice, interesting family man - keeps me coming back. (Love their house too!!!)

9 of 13 people found this review helpful.   Was this review helpful to you?  Yes   No

Review this title | See all 9 user reviews »

## Message Boards

Recent Posts

| | |
|---|---|
| life's not fair for linda | EllieBreezes |
| Sould Nick go to jail? | storyteller1-1 |
| His wife is a b**** | am_cutler |
| 'Hogans In Disguise' Episode | mjlissa32 |
| Linda Files for Devorce! | Clerkratt |
| Linda's New Boyfriend!!! | leaffan2470 |

Discuss Hogan Knows Best (2005) on the IMDb message boards »

## Contribute to This Page

Getting Started | Contributor Zone »

Edit page    Add episode    Write review

### IMDb Everywhere

Find showtimes, watch trailers, browse photos, track your Watchlist and rate your favorite movies and TV shows on your phone or tablet!

IMDb Mobile site »

### Follow IMDb on

| | | |
|---|---|---|
| Home | Contact Us | IMDbPro |
| Top 250 | Message Boards | Box Office Mojo |
| Top Movies | Register | Withoutabox |
| TV | News | |
| Coming Soon | | Conditions of Use |
| Site Index | Press Room | Privacy Policy |
| Search | Advertising | Interest-Based Ads |
| In Theaters | Jobs | |

An         company.              Copyright © 1990-2015 IMDb.com, Inc.