# EXHIBIT 31

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

« BACK TO TMZ

**GOT A TIP?**
Call TMZ at (888) 847-9869 or Click Here

SEARCH TMZ

CELEBS    VIDEOS    PHOTOS              STORE    TMZ TOURS

SIGN IN   REGISTER


Brittney Griner -- I Busted Glory Johnson ... Creeping with Her Ex-Boyfriend


Brad Keselowski -- 'Sharknado 3' Going to His Head ... Oh Hell No!!


Boxing Legend Ray Mancini -- Floyd's Taking Easy Route ... He's Gotta Fight GGG to Be 'TBE'


New Lakers -- Kobe Who??


Raymond Felton -- I'm No Lindsay Lohan ... Clears Up Gun Case

Home    Hulk Hogan Wedding -- Beach BRAWL, Cops Called

# Hulk Hogan Wedding -- Beach BRAWL, Cops Called

12/14/2010 11:08 PM PST BY TMZ STAFF

It figures ... only **Hulk Hogan**'s wedding would require a referee -- TMZ has learned cops were called when a brawl broke out in the middle of the nuptials this evening in Florida.



Sources at the wedding tell us a photographer was trying to snap shots of Hulk and his bride-to-be, **Jennifer McDaniel**, during the ceremony in their backyard -- which happens to be on the beach in Clearwater.

We're told a family employee told the photog to beat it -- and then the scuffle broke out just as Hulk and Jennifer were saying their vows. Classic.

Cops were called, but no one was arrested -- since no one wanted to press charges -- and the ceremony continued ...right through Hulk and Jennifer's 'I dos.'

Can't wait to see that wedding album.

**UPDATE:** We got the tape -- **View the Hulk Hogan wedding video**.



More Hulk Hogan

**Hulk Hogan Tyin' the Knot ... TODAY!**
**Hulk Hogan Applies for Marriage License**
**Hulk Hogan Out of Hospital -- That's How He Rolls**

Get **TMZ Breaking News** alerts to your inbox

your@email.com   SUBMIT    ☐ Yes! Also send me "In Case You Missed It..."
BY CLICKING "SUBMIT," YOU AGREE TO THE PRIVACY POLICY AND TERMS OF USE. >

**PHOTO GALLERY**
**Andre Berto's Fighting Photos**



VIEW GALLERY »

**Bleacher Report**
More Trending News »

