# EXHIBIT 33

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

# In Hulk Hogan v. Gawker, FBI Holds Three Mystery DVDs

By **Kara Bloomgarden-Smoke** | 06/23/15 2:10pm



**Hulk Hogan. (*Photo by Dimitrios Kambouris/Getty Images*)**

As Gawker and Hulk Hogan get ready to rumble in a St. Petersburg, Florida courtroom on July 6, Gawker is battling another foe: the FBI.

Gawker is suing the FBI to obtain documents related to the FBI's investigation into a Hulk Hogan sex video after the agency denied the publisher's Freedom of Information Act request.

Gawker contends that the FBI's investigation is significant to its defense as it prepares to battle Mr. Hogan and his attorneys. Mr. Hogan is suing Gawker for $100 million after an October 4, 2012 post on the site, which included edited video of the mustachioed wrestler having sex with Heather Clem, the then wife of radio shock jock Bubba the Love Sponge Clem (yes, his legal name).

Mr. Hogan alleged that Gawker violated his right to privacy by publishing the tape, which was filmed without his knowledge in 2006 (a separate lawsuit against Bubba the Love Sponge for surreptitiously filming the wrestler was settled in 2012 and Bubba apologized on his radio show).

Gawker claims that the sex tape was newsworthy and protected under the First Amendment, as Mr. Hogan is a celebrity who had previously publicized his own sex life. Much has been made by Gawker in recent weeks of the high stakes outcome of the case and what it could mean for Gawker's future.

An official document, never reported on until now, outlines some of the evidence held by the FBI in the course of its investigation, including a case containing three DVDs, and a check for $150,000 made out to Keith Davidson, a Hollywood lawyer, from Mr. Hogan's lawyer David Houston.

One of the three DVDs is labeled with Hogan's name, the other two are labeled "Hootie" (allegedly a nickname Bubba the Love Sponge has used for Mr. Hogan). All three are labeled with the date 7-13-07. (Gawker did not return a request for comment. David R. Houston, Mr, Hogan's lawyer, did not immediately return a request for comment).

What's on the DVDs? We have no idea. As noted in the document, "the government intends to retain possession of this evidence pending the outcome" of the case.

See the one-page document below:

Case 8:15-cv-01202-SCB-EAJ   Document 23-1   Filed 06/08/15   Page 78 of 112 PageID 464

2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3621 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*

*Main Office*
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Room 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to: Tampa, FL                                                                                   SCS

September 3, 2013

**VIA EMAIL AND U.S. MAIL**
Mr. David R. Houston, Esq.
432 Court Street
Reno, Nevada 89501

Re: Keith M. Davidson, USAO No. 2012R02418

Dear Mr. Houston:

I am writing regarding the disposition of the following pieces of evidence from the above-stated investigation:

- The following documents: an assignment and transfer of copyright; a Settlement agreement and mutual release; Exhibit B to settlement agreement; and a side letter agreement to the settlement agreement;

- Check #1127 in the amount of $150,000.00 made out to Keith Davidson from David R. Houston, LTD, a professional corporation; and

- A silver/black case with key containing 3 DVD recordings labeled as follows: (1) DVD-R - Hogan 7-13-07; (2) DVD-R - Hootie 7-13-07; (3) DVD-R - Hootie.

As to the documents and the check (items # 1 & 2 above), possession of these items will be turned over to you, with a copy provided to Mr. Davidson.

As to the case and the DVDs within (item # 3 above), the government intends to retain possession of this evidence pending the outcome in *Terry Gene Bollea v. Heather Clem et al*, case no. 12-012447-CI, currently pending in the Sixth Judicial Circuit Court of Florida, in and for Pinellas County, Florida. The evidence will be provided to whichever party is found to be the rightful possessor of the recordings in that suit.

CONFIDENTIAL-ATTORNEY'S EYES ONLY                    BOLLEA001351

FBI063

**FILED UNDER:** BUBBA THE LOVE SPONGE, GAWKER, HULK HOGAN, HULK HOGAN VS GAWKER