# EXHIBIT 34

to the

**DECLARATION OF GREGG D. THOMAS
IN SUPPORT OF PLAINTIFFS' OBJECTIONS**

| | Email or Phone | Password | |
|---|---|---|---|
| Sign Up | ☑ Keep me logged in | Forgot your password? | Log In |

 **Hogan's Beach Shop** added **2 new photos**.
September 20, 2014 ·

Hootie Cruzin Clearwater Beach. HBS

http://www.shophulkhogan.com/product-p/4674.htm



Like    Comment

Anthony Resler, Michael Kelly, محمد هدرة and 206 others like this.

621 shares

 **Liam Jones** Hogan please remove the sandles
September 20, 2014 at 2:13pm

 **Omer Kucu** hogan nows best ha.
September 20, 2014 at 2:15pm

 **Robert Abu Huraira** Yes u legend
September 20, 2014 at 2:17pm

 **Louis Marinucci** I'm a huge fan of Hulk Hogan himself since I was a kid and of course him voicing Angel in Saints Row the Third too.
September 20, 2014 at 2:27pm

 **Andy Lewis** BushwhackerLuke Williams, Make, why aren't you marching beside him?
September 20, 2014 at 2:43pm

 **Lloyd Phillips** Hulkamaniac!!!!!
September 20, 2014 at 2:49pm

 **David Brown** My old stomping grounds
September 20, 2014 at 3:43pm

 **Jennifer Gallagher-Marcano** We were just at Hogan Beach today !!! My son was disappointed that he did not run into you

English (US) · Privacy · Terms · Cookies ·
Advertising · Ad Choices      · More
Facebook © 2015



September 20, 2014 at 4:50pm

 **Mark Allen Spears** What we need is a Hogans Gym .... We have space here in Palm Harbor ... I have seen a few that would do great for a nice big Gym...
September 20, 2014 at 4:56pm

 **Sensible Moderate UV Exposure** There is a guy that isn't afraid of the Sun!
September 20, 2014 at 6:54pm

 **Nicky Vaccaro Jr** Me and HULK he my man !



September 20, 2014 at 8:36pm · 1

 **Ferenc Szabó** Hogan 6,3 height??
September 21, 2014 at 2:46am

 **Grady Naquin** can't wait to go back to Clearwater beach
September 21, 2014 at 9:37am

 **Suzanne Elwood Durham** Went to the gift shop while at my class reunion...took pixs with the statue out front. I have been past his 2 houses , one in Bellair & one on Clw. Beach.
September 21, 2014 at 11:27am