UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

              Plaintiffs,

                                   Case No.:  8:15-cv-01202-SCB-EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

              Defendants.
_____/

### PLAINTIFFS' UNOPPOSED MOTION TO MANUALLY FILE AUDIO/VISUAL MATERIALS REFERENCED IN THE DECLARATION OF GREGG D. THOMAS

Plaintiffs Gawker Media, LLC and Gregg D. Thomas (collectively "Gawker"), seek leave to manually file three audio/visual exhibits to the Declaration of Gregg D. Thomas ("Thomas Declaration"), dated July 24, 2015.  The Declaration is being filed in support of Gawker's Objections to Defendant Agencies' FOIA Responses, *Vaughn* Indexes, and Declarations, which is being filed contemporaneously herewith (the "Objections").  Exhibits 13, 20 and 29 to the Thomas Declaration consist of audio/visual files that cannot be electronically filed, and thus must be manually filed in order to get them before the Court.

### MEMORANDUM OF LAW

1.      As this Court is aware, Gawker sought, under FOIA, information concerning the FBI's investigation into the source and distribution of a sex tape involving Hogan for use in the $100 million state court lawsuit Hogan brought against it.  In late June and early July, the Agencies produced documents responsive to Gawker's request, many of them heavily redacted.  They also produced *Vaughn* indexes and declarations purporting to explain the documents they

1

withheld in full or in part.  By Order dated July 2, 2015, this Court directed Gawker to submit its objections to the Agencies' withholdings and redactions.  Dkt. No. 46.

2.     Contemporaneously with the filing of this motion, Gawker is filing the Objections and the Thomas Declaration in support of those Objections.  Exhibits 13, 20 and 29 to the Thomas Declaration consist of audio/visual files (specifically, copies of radio and television broadcasts).  Those files cannot be filed through the Court's electronically filing system.  The only way to get those exhibits before the Court is being filing them manually.

3.     Accordingly, Gawker respectfully requests leave to file Exhibits 13, 20 and 29 to the Thomas Declaration manually.

## CERTIFICATE OF GOOD FAITH

Pursuant to M.D. Fla. R. 3.01(g), counsel for Gawker (Seth D. Berlin, Esq.) states that, on July 24, 2015, he conferred with counsel for defendant Agencies (Kenneth Stegeby, Esq.), who advised that Defendant Agencies do not oppose this motion.

July 24, 2015

Seth D. Berlin (pro hac vice)
Alia L. Smith (pro hac vice)
Patrick Kabat (pro hac vice)
Pro hac vice application forthcoming
LEVINE SULLIVAN KOCH
  & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel: (202) 508-1122; Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

Respectfully submitted,

THOMAS & LOCICERO PL

By:   *Gregg D. Thomas*
      Gregg D. Thomas
      Florida Bar No.: 223913
      Rachel E. Fugate
      Florida Bar No.: 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel: (813) 984-3060; Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Counsel for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of July 2015 a true and correct copy of the

foregoing is being electronically filed and served via CM/ECF on the following:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

*/s Gregg D. Thomas*
Attorney

3