# **EXHIBIT A**

| | | | |
|---|---|---|---|
| | | | (Entered: 06/17/2015) |
| | Runner | 06/23/2015 | MINUTE ORDER granting 18 unopposed motion for a preservation order, granting 19 plaintiff's motion to stay certain claims against the CIA, denying 23 plaintiff's first motion for partial summary judgment, denying without prejudice 25 plaintiff's second motion for partial summary judgment. The plaintiff in this case has filed a series of motions that are, in the Court's view premature and unnecessarily piecemeal. The parties submitted 20 a proposed schedule for the production of documents in this case, but the plaintiff proceeded almost immediately to file motions for partial summary judgment on narrow issues. The plaintiff, however, chose to file this case as one civil action and it will proceed as such. First, the Court GRANTS 18 the Department of Justice's unopposed motion for an Order permitting it to move for summary judgment based on the applicability of Exemption 7(A) to certain records without waiving any allegation that those records are exempt from release for other reasons. Second, the Court grants 19 plaintiff's motion to stay the portions of its claim against the Central Intelligence Agency that, in plaintiff's view, will become ripe only upon issuance of a Report by the House Select Committee. The Court finds that judicial economy would not be served by excluding these claims entirely from this case, only to reopen them at some later date. Third, in accordance with 24 the parties' stipulation, plaintiff's 23 first motion for partial summary judgment was WITHDRAWN and is therefore DENIED. Fourth, plaintiff's 27 unopposed motion for leave to file a Second Amended Complaint is hereby GRANTED. Plaintiff's Second Amended Complaint, Exhibit 1 to 27 its motion for leave, shall be filed on the docket as a separate docket entry. Defendants shall respond to the Second Amended Complaint in accordance with the Federal Rules of Civil Procedure. In view of the filing of a Second Amended Complaint and the fact that the plaintiff has sought repeatedly to file piecemeal motions for partial summary judgment, the Court DENIES WITHOUT PREJUDICE 25 plaintiff's second motion for partial summary judgment. The plaintiff chose to file this case against a number of defendants and including a number of potential legal and factual issues, and to file it in a single case. The Court intends to treat the case as such, with the exception of the claims against the CIA that have been stayed by this Order. Accordingly, neither party shall move for summary judgment on a piecemeal basis without obtaining leave of this Court and demonstrating good cause for proceeding in that manner. The parties are directed to confer and file a joint status report setting forth the following information: (1) the current status of the House Select Committee's Report and any indication of when that Report may be issued, and therefore when plaintiff's stayed claims may be reopened; (2) the parties' competing proposals for a schedule for the completion of any production of any further records by each of the defendant agencies; and (3) the parties' suggestions for an appropriate schedule--to commence after every defendant has completed its production schedule--for the briefing of a single round of cross motions for summary judgment. If the parties cannot agree on any of these issues, they shall include their individual perspectives in a joint status report. The joint status report shall be filed by no later than July 3, 2015. Signed by Judge Emmet G. Sullivan on June 23, 2015. (lcegs2) (Entered: 06/23/2015) |