UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

                            Case No.:  8:15-cv-01202-SCB-EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

**SUPPLEMENTAL JOINT NOTICE REGARDING
SCHEDULING AND REQUEST FOR HEARING**

Plaintiffs Gawker Media, LLC and Gregg D. Thomas (collectively, "Plaintiffs") and

Defendants Federal Bureau of Investigation ("FBI") and Executive Office of the United States

Attorneys (collectively, "Defendants") hereby submit the following Supplemental Joint Notice

Regarding Scheduling and Request for Hearing, and state as follows:

1.      Pursuant to this Court's July 2, 2015 Order, Plaintiffs and Defendants submitted a

Joint Notice Regarding Scheduling reciting that (a) Plaintiff would file their Objections to the

FOIA exemptions claimed by Defendants by July 24, 2015, (b) Defendants would file their

response to Plaintiff's Objections and any motion for summary judgment by July 31, 2015, and

(c) Plaintiffs would file their opposition to Defendants' motion for summary judgment by

August 14, 2015.  *See* Dkt. 50.

2.      Plaintiffs filed their Objections, together with the non-confidential Declaration of

Gregg D. Thomas (and exhibits thereto) on July 24, 2015.  *See* Dkts. 54 & 55.  On that date,

Plaintiffs also filed unopposed motions for leave to file (a) a Confidential Supplemental

1

Declaration of Gregg D. Thomas and (b) audiovisual exhibits.  Dkts. 56 & 57.  The Court

granted those motions for leave on July 28, 2015, Dkt. 58, and both the Confidential Thomas

Declaration and a DVD containing three audiovisual exhibits were filed and served that same

day, *see* Dkts. S-59 and 60.

3.     Defendants represent that due to an inadvertent clerical mistake, they filed their

response to Plaintiff's Objections (Dkt. 61) on August 7, 2015, a week later than the date

provided for in the parties' prior Notice Regarding Scheduling.

4.     Similarly, Defendants represent that due to the same inadvertent clerical mistake,

they filed their motion for summary judgment (Dkt. 62) on August 10, 2015, ten days later than

the date provided for in the parties' prior Notice Regarding Scheduling.

5.     In Defendants' Response to Plaintiff's Objections, the FBI represented that it

intends to produce additional documents by August 14, 2015.  *See* Dkt. 61 at 24; *see also* Dkt.

61-3 (Fourth Decl. of David M. Hardy) at 4 ¶ 7 (upon reviewing documents that had been

returned from "another law enforcement agency," the FBI "reexamined it investigative file and

discovered that some of the [files] processed pursuant to the Court's order were incomplete," that

"there could be additional responsive records not originally accounted for" in the FBI's prior

production," and that the FBI was conducting "an audit . . . to ensure that the FBI has processed

all responsive records in the pertinent FBI file").

6.     Given Defendants' delay in filing their response to Plaintiff's Objections and

motion for summary judgment, as well as their forthcoming production of additional documents,

and without Plaintiffs' waiver of any objection to the timeliness of Defendants' filings or

production of documents, the parties have agreed that Plaintiffs' opposition to Defendants'

motion for summary judgment may be filed on or before August 28, 2015.  To the extent required, Plaintiffs respectfully request the Court's authorization to do so.

7.      As the FBI's supplemental document production and all briefing will be completed by August 28, 2015, and the parties believe that a hearing will assist the Court in adjudicating this matter, they jointly request the Court to schedule a hearing as soon after September 8, 2015 as the Court's schedule will allow (and excluding religious holidays on September 14 and 22-23).  *See* 28 U.S.C. § 1657(a).

August 13, 2015

Respectfully submitted,

THOMAS & LOCICERO PL

By:   */s/ Gregg D. Thomas*
        Gregg D. Thomas
        Florida Bar No.: 223913
        Rachel E. Fugate
        Florida Bar No.: 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel.: (813) 984-3060; Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

Seth D. Berlin (pro hac vice)
Alia L. Smith (pro hac vice)
Patrick Kabat (pro hac vice)
LEVINE SULLIVAN KOCH
  & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel.: (202) 508-1122; Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

*Counsel for Plaintiffs*

A. LEE BENTLEY, III
United States Attorney

By:   */s/ E. Kenneth Stegeby (by permission)*
        E. Kenneth Stegeby
        Assistant U.S. Attorney
        USAO No. 112
400 North Tampa Street
Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6087
Facsimile: (813) 274-6198
kenneth.stegeby@usdoj.gov

*Counsel for Defendants*

3

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on this 13th day of August 2015, a true and correct copy of

the foregoing is being electronically filed and served via CM/ECF on the following:

    Kenneth Stegeby
    Office of the United States Attorney for the Middle District of Florida
    400 North Tampa Street, Suite 3200
    Tampa, FL 33602
    Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

                                          */s Gregg D. Thomas*
                                            Attorney