UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

        Plaintiffs,

v.

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS,

        Defendants,

TERRY GENE BOLLEA professionally known as HULK HOGAN,

        Intervening Defendant.
_____/

Case No. 8:15-cv-01202-SCB-EAJ

### NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, as of August 24, 2015, Harder Mirell & Abrams LLP has changed its address from: 1925 Century Park East, Suite 800, Los Angeles, CA 90067 to the following address:

    132 S. Rodeo Drive, Suite 301

    Beverly Hills, CA 90212-2406

/ / /

/ / /

/ / /

**PLEASE TAKE FURTHER NOTICE** that, all telephone and facsimile numbers, as well as the e-mail addresses, will remain the same. Please update your records accordingly.

Respectfully submitted this 25th day of August 2015.

                                              */s/ Charles J. Harder*
                                              Charles J. Harder, Esq.
                                              *Admitted Pro Hac Vice*
                                              HARDER MIRELL & ABRAMS LLP
                                              132 S. Rodeo Drive, Suite 301
                                              Beverly Hills, CA  90212
                                              Tel: (424) 203-1600
                                              Fax: (424) 203-1601
                                              Email: charder@hmafirm.com