EXHIBIT 2
to the
DECLARATION of
ALIA L. SMITH

# TAMPA PD
## GENERAL OFFENSE HARDCOPY
### (9500-77 INFORMATION-PROPERTY CRIME INV)

GO# 2014-332377
REFERRED

## General Offense Information

| | |
|---|---|
| Operational Status | REFERRED |
| Reported On | MAY-23-2014  (FRI.) 1015 |
| Occurred Between | JAN-05-2012  (THU.) 0600 AND MAR-01-2012  (THU.) 1300 |
| Approved On | MAY-24-2014  (SAT.) |
| Approved By | 31598 - MARTINEAU, LISA M (RETIRED) |
| Report Submitted By | 42324 - FINE, RALPH |
| Org Unit | SQUAD 102 |
| Address | 5021 NASSAU ST W |
| Municipality | TAMPA |
| District | 1 **Beat** A4 **Grid** 118 |
| Felony/ Misdemeanor | MISDEMEANOR |
| Bias | NONE (NO BIAS) |
| Special Study | NOT APPLICABLE |
| Family Violence | NO |

## Offenses (Completed/Attempted)

| | |
|---|---|
| Offense # | 1  9500-77   INFORMATION-PROPERTY CRIME INV  -  COMPLETED |
| Location | COMMERCIAL OFF BLDG |
| Suspected Of Using | NOT APPLICABLE |
| Criminal Activity | NOT APPLICABLE |
| Weapon Type | NOT APPLICABLE |

# TAMPA PD
## GENERAL OFFENSE HARDCOPY
### (9500-77 INFORMATION-PROPERTY CRIME INV)

GO# 2014-332377
REFERRED

---

## Related Event(s)

### 1. CP  2014-332377

## Related Person(s)

### 1.  VICTIM # 1 - CLEM, BUBBA THE LOVE SPONGE

#### CASE SPECIFIC INFORMATION

|  |  |
|---|---|
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | APR-23-1966 |
| Address | 5021 W NASSAU ST |
| Municipality | TAMPA |
| State | FLORIDA |
| ZIP Code | 33607- |
| Home | (727) 241-8466 |
| Business | (813) 832-1000 |

#### PERSON PARTICULARS

| | |
|---|---|
| Occupation | RADIO HOST |
| Employer | SELF-EMPLOYED  5021 W NASSAU ST |
| Citizenship | AMERICA, UNITED STATES OF |
| Marital Status | SINGLE |
| Ethnicity | USA |
| Language(s) Spoken | ENGLISH |
| Height | 5'10 |
| Disability | NONE KNOWN |
| Build | LARGE |
| Eye Color | HAZEL |
| Hair Color | BROWN |

| | |
|---|---|
| Weight | 250 LBS. |
| Complexion | MEDIUM |
| Hair Style | SHORT LENGTH |

#### MASTER NAME INDEX REFERENCE

| | |
|---|---|
| Name | CLEM , BUBBA THE LOVE  SPONGE  SPONGE |
| Sex | MALE |
| Race | WHITE |
| Date Of Birth | APR-23-1966 |
| Ethnicity | USA |
| Address | 5021 W NASSAU ST |
| Municipality | TAMPA |
| State | FLORIDA |



# TAMPA PD
## GENERAL OFFENSE HARDCOPY
### (9500-77 INFORMATION-PROPERTY CRIME INV)

GO# 2014-332377

REFERRED

---

**ZIP Code** 33607-

**PHONE NUMBERS**

**Home** (727) 241-8466
**Business** (813) 832-1000

---

## ALIAS(ES)

| Name | Address | Sex | DOB |
|------|---------|-----|-----|
| CLEM, TODD | | M | APR-23-1966 |

---

## LINKAGE FACTORS

**Resident Status** CITY (TAMPA)
**Statement Taken** YES
**Age Range** 30-49 YEARS
**Access To Firearm** NO

---

## 2. SUBJECT # 1 - ██████████████ █

### CASE SPECIFIC INFORMATION

**Sex** ████
**Race** ████
**Date Of Birth** ████████
**Address** █████████████
**Municipality** ████
**State** ██████
**ZIP Code** ████
**Home** █████████

### PERSON PARTICULARS

**Occupation** ████
**Employer** ████

### MASTER NAME INDEX REFERENCE

**Name** █████████████████
**Sex** ████
**Race** ████
**Date Of Birth** ███████
**Address** ████████

# TAMPA PD
## GENERAL OFFENSE HARDCOPY
(9500-77 INFORMATION-PROPERTY CRIME INV)

GO# 2014-332377

REFERRED

| | |
|---|---|
| Municipality | ███████ |
| State | ████████ |
| ZIP Code | ██████ |

**PHONE NUMBERS**

| | |
|---|---|
| Home | ███████████ |

## LINKAGE FACTORS

| | |
|---|---|
| Resident Status | ████████ ) |
| Age Range | ██████ S |
| Access To Firearm | ███ |



# TAMPA PD
## GENERAL OFFENSE HARDCOPY
### (9500-77 INFORMATION-PROPERTY CRIME INV)

GO# 2014-332377

REFERRED

## Related Text Page(s)

**Document** CASE SUMMARY
**Author** 42324 - FINE, RALPH
**Related Date/Time** MAY-23-2014 (FRI.) 1015

The victim reported that personal property taken from him in 2012, without his knowledge or permission, was tweeted to him in a photo on today's date. The victim believes the tweeted photo was intended as a personal threat because the release of its content has the potential to negatively affect his reputation and his livelihood.