EXHIBIT 4
to the
DECLARATION of
ALIA L. SMITH

"Batch 1"

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1238212-2

Total Deleted Page(s) = 11
Page 9 ~ Duplicate;
Page 14 ~ Duplicate - Duplicate of GAWKER 930;
Page 15 ~ Duplicate - duplicate of GAWKER 931;
Page 130 ~ b6 - -2, 4; b7C - -2, 4;
Page 131 ~ b6 - -2, 4; b7C - -2, 4;
Page 134 ~ Duplicate - duplicate of GAWKER 934;
Page 135 ~ Duplicate - duplicate of GAWKER 935;
Page 136 ~ Duplicate - duplicate of GAWKER 936;
Page 137 ~ Duplicate - duplicate of GAWKER 937;
Page 138 ~ Duplicate - duplicate of GAWKER 938;
Page 139 ~ Duplicate - duplicate of GAWKER 939;

```
XXXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```

"Batch 2"

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1238212-2

Total Deleted Page(s) = 33
Page 2 ~ Duplicate - duplicate of GAWKER 951;
Page 4 ~ Duplicate - duplicate of GAWKER 952;
Page 5 ~ Duplicate - duplicate of GAWKER 953;
Page 6 ~ Duplicate - duplicate of GAWKER 954;
Page 11 ~ Duplicate - duplicate of GAWKER 955;
Page 13 ~ Duplicate - duplicate of GAWKER 956;
Page 14 ~ Duplicate - duplicate of GAWKER 957;
Page 15 ~ Duplicate - duplicate of GAWKER 958;
Page 17 ~ Duplicate - duplicate of GAWKER 959;
Page 19 ~ Duplicate - duplicate of GAWKER 960;
Page 20 ~ Duplicate - duplicate of GAWKER 961;
Page 21 ~ Duplicate - duplicate of GAWKER 962;
Page 23 ~ Duplicate - duplicate of Serial 5;
Page 24 ~ Duplicate - duplicate of Serial 5;
Page 25 ~ Duplicate - duplicate of Serial 5;
Page 26 ~ Duplicate - duplicate of Serial 5;
Page 27 ~ Duplicate - duplicate of Serial 5;
Page 30 ~ Duplicate - duplicate of GAWKER 963;
Page 32 ~ Duplicate - duplicate of GAWKER 964;
Page 33 ~ Duplicate - duplicate of GAWKER 965;
Page 34 ~ Duplicate - duplicate of GAWKER 966;
Page 36 ~ Duplicate - duplicate of GAWKER 967;
Page 38 ~ Duplicate - duplicate of GAWKER 968;
Page 39 ~ Duplicate - duplicate of GAWKER 969;
Page 40 ~ Duplicate - duplicate of GAWKER 970;
Page 43 ~ Duplicate - duplicate of GAWKER 945;
Page 44 ~ Duplicate - duplicate of GAWKER 946;
Page 45 ~ Duplicate - duplicate of GAWKER 943;
Page 46 ~ Duplicate - duplicate of GAWKER 944;
Page 47 ~ Duplicate - duplicate of GAWKER 947;
Page 48 ~ Duplicate - duplicate of GAWKER 948;
Page 53 ~ Duplicate - duplicate of GAWKER 949;
Page 54 ~ Duplicate - duplicate of GAWKER 950;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

"Batch 3"

```
FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1238212-2

Total Deleted Page(s) = 75
Page 3 ~ b3 - 1; b6 - 7; b7C - 7;
Page 4 ~ b3 - 1; b6 - 1; b7C - 1;
Page 5 ~ b3 - 1;
Page 6 ~ b3 - 1;
Page 7 ~ b3 - 1; b6 - 1; b7C - 1;
Page 8 ~ b3 - 1;
Page 9 ~ b3 - 1;
Page 16 ~ b3 - 1; b6 - 1,-7; b7C - 1,-7;
Page 17 ~ b3 - 1;
Page 20 ~ b3 - 1;
Page 21 ~ b3 - 1;
Page 24 ~ b3 - 1; b6 - 1; b7C - 1;
Page 27 ~ b3 - 1; b6 - 1; b7C - 1;
Page 30 ~ b3 - 1; b6 - 1; b7C - 1;
Page 33 ~ b3 - 1; b6 - 1; b7C - 1;
Page 38 ~ b3 - 1; b6 - 1,-7; b7C - 1,-7;
Page 39 ~ b3 - 1; b6 - 1,-7; b7C - 1,-7;
Page 40 ~ b3 - 1; b6 - 7; b7C - 7;
Page 44 ~ b3 - 1;
Page 45 ~ b3 - 1;
Page 46 ~ b3 - 1; b6 - 1; b7C - 1;
Page 47 ~ b3 - 1; b6 - 3; b7C - 3;
Page 48 ~ b3 - 1; b6 - 1; b7C - 1;
Page 49 ~ b3 - 1;
Page 53 ~ Duplicate;
Page 54 ~ Duplicate;
Page 55 ~ Duplicate;
Page 56 ~ Duplicate;
Page 58 ~ Duplicate;
Page 60 ~ b3 - 1;
Page 61 ~ b3 - 1;
Page 64 ~ b3 - 1;
Page 65 ~ b3 - 1;
Page 66 ~ Duplicate;
Page 67 ~ b3 - 1; b6 - 3; b7C - 3;
Page 68 ~ Duplicate;
Page 69 ~ b3 - 1; b6 - 1; b7C - 1;
Page 70 ~ Duplicate;
Page 71 ~ b3 - 1;
Page 74 ~ b3 - 1;
Page 75 ~ b3 - 1;
Page 76 ~ Duplicate;
Page 77 ~ b3 - 1; b6 - 3; b7C - 3;
Page 78 ~ Duplicate;
Page 79 ~ b3 - 1; b6 - 1,-7; b7C - 1,-7;
Page 84 ~ b3 - 1; b6 - 1; b7C - 1;
Page 85 ~ b3 - 1; b6 - 1,-2; b7C - 1,-2;
Page 89 ~ b3 - 1; b6 - 1; b7C - 1;
```

```
Page 90 ~ b3 - 1;
Page 92 ~ b3 - 1;
Page 94 ~ b3 - 1;
Page 96 ~ b3 - 1;
Page 100 ~ b3 - 1; b6 - 1; b7C - 1;
Page 101 ~ b3 - 1; b6 - 1, 2; b7C - 1, 2;
Page 104 ~ Duplicate;
Page 105 ~ Duplicate;
Page 106 ~ Duplicate;
Page 109 ~ b3 - 1; b6 - 1,-2; b7C - 1,-2;
Page 111 ~ b3 - 1; b6 - 1,-7; b7C - 1,-7;
Page 113 ~ b3 - 1; b6 - 2,-7; b7C - 2,-7;
Page 114 ~ b3 - 1;
Page 115 ~ b3 - 1;
Page 116 ~ b3 - 1;
Page 117 ~ b3 - 1;
Page 118 ~ b3 - 1;
Page 125 ~ b3 - 1; b6 - 1; b7C - 1;
Page 126 ~ b3 - 1; b6 - 1,-2,-7; b7C - 1,-2,-7;
Page 127 ~ b3 - 1; b6 - 1,-2; b7C - 1,-2;
Page 129 ~ b3 - 1; b6 - 7; b7C - 7;
Page 130 ~ b3 - 1; b6 - 2; b7C - 2;
Page 131 ~ b3 - 1;
Page 132 ~ b3 - 1; b6 - 7; b7C - 7;
Page 133 ~ b3 - 1; b6 - 7; b7C - 7;
Page 135 ~ Duplicate;
Page 136 ~ Duplicate;
```

```
XXXXXXXXXXXXXXXXXXXXXXXXXX
X   Deleted Page(s)      X
X   No Duplication Fee   X
X   For this Page        X
XXXXXXXXXXXXXXXXXXXXXXXXXX
```

"Batch 4"

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1238212-2

Total Deleted Page(s) = 7
Page 2 ~ Duplicate - Duplicate of GAWKER 754;
Page 5 ~ Duplicate - Duplicate of GAWKER 760;
Page 6 ~ Duplicate - Duplicate of GAWKER 762;
Page 7 ~ Duplicate - Duplicate of GAWKER 764;
Page 8 ~ Duplicate - Duplicate of GAWKER 766;
Page 9 ~ Duplicate - Duplicate of GAWKER 768;
Page 11 ~ Duplicate - Duplicate of GAWKER 772;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X    No Duplication Fee X
X    For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXX
```

"Batch 5"

FEDERAL BUREAU OF INVESTIGATION
FOI/PA
DELETED PAGE INFORMATION SHEET
FOI/PA# 1238212-2

Total Deleted Page(s) = 44
Page 2 ~ Duplicate - Duplicate of GAWKER 609;
Page 3 ~ Duplicate - Duplicate of GAWKER 611;
Page 4 ~ Duplicate - Duplicate of GAWKER 613;
Page 7 ~ Duplicate - Duplicate of GAWKER 619;
Page 9 ~ Duplicate - Duplicate of GAWKER 623;
Page 12 ~ Duplicate - Duplicate of GAWKER 629;
Page 13 ~ Duplicate - Duplicate of GAWKER 631;
Page 14 ~ Duplicate - Duplicate of GAWKER 633;
Page 15 ~ Duplicate - Duplicate of GAWKER 635;
Page 16 ~ Duplicate - Duplicate of GAWKER 637;
Page 17 ~ Duplicate - Duplicate of GAWKER 639;
Page 18 ~ Duplicate - Duplicate of GAWKER 641;
Page 20 ~ Duplicate - Duplicate of GAWKER 645;
Page 21 ~ Duplicate - Duplicate of GAWKER 647;
Page 22 ~ Duplicate - Duplicate of GAWKER 649;
Page 23 ~ Duplicate - Duplicate of GAWKER 651;
Page 24 ~ Duplicate - Duplicate of GAWKER 653;
Page 25 ~ Duplicate - Duplicate of GAWKER 655;
Page 27 ~ Duplicate - Duplicate of GAWKER 659;
Page 29 ~ Duplicate - Duplicate of GAWKER 663;
Page 30 ~ Duplicate - Duplicate of GAWKER 665;
Page 32 ~ Duplicate - Duplicate of GAWKER 669;
Page 33 ~ Duplicate - Duplicate of GAWKER 671;
Page 36 ~ Duplicate - Duplicate of GAWKER 677;
Page 37 ~ Duplicate - Duplicate of GAWKER 679;
Page 38 ~ Duplicate - Duplicate of GAWKER 681;
Page 39 ~ Duplicate - Duplicate of GAWKER 683;
Page 40 ~ Duplicate - Duplicate of GAWKER 685;
Page 41 ~ Duplicate - Duplicate of GAWKER 687;
Page 42 ~ Duplicate - Duplicate of GAWKER 689;
Page 43 ~ Duplicate - Duplicate of GAWKER 691;
Page 44 ~ Duplicate - Duplicate of GAWKER 693;
Page 45 ~ Duplicate - Duplicate of GAWKER 695;
Page 46 ~ Duplicate - Duplicate of GAWKER 697;
Page 47 ~ Duplicate - Duplicate of GAWKER 699;
Page 48 ~ Duplicate - Duplicate of GAWKER 701;
Page 49 ~ Duplicate - Duplicate of GAWKER 703;
Page 50 ~ Duplicate - Duplicate of GAWKER 705;
Page 53 ~ Duplicate - Duplicate of GAWKER 711;
Page 54 ~ Duplicate - Duplicate of GAWKER 713;
Page 55 ~ Duplicate - Duplicate of GAWKER 715;
Page 56 ~ Duplicate - Duplicate of GAWKER 717;
Page 57 ~ Duplicate - Duplicate of GAWKER 719;
Page 58 ~ Duplicate - Duplicate of GAWKER 721;

```
XXXXXXXXXXXXXXXXXXXXXXXX
X    Deleted Page(s)    X
X   No Duplication Fee X
```

```
X   For this Page      X
XXXXXXXXXXXXXXXXXXXXXXXXX
```