# EXHIBIT 5
to the
DECLARATION of
ALIA L. SMITH

**"Batch 1"**

| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
|---|---|---|
| 1 | 1041 | Produced |
| 2 | 1042 | Produced |
| 3 | 1043 | Produced |
| 4 | 1044 | Produced |
| 5 | 1045 | Produced |
| 6 | 1046 | Produced |
| 7 | 1047 | Produced |
| 8 | 1048 | Produced |
| 9 | 1049 | **Withheld** |
| 10 | 1050 | Produced |
| 11 | 1051 | Produced |
| 12 | 1052 | Produced |
| 13 | 1053 | Produced |
| 14 | 1054 | **Withheld** |
| 15 | 1055 | **Withheld** |
| 16 | 1056 | Produced |
| 17 | 1057 | Produced |
| 18 | 1058 | Produced |
| 19 | 1059 | Produced |
| 20 | 1060 | Produced |
| 21 | 1061 | Produced |
| 22 | 1062 | Produced |
| 23 | 1063 | Produced |
| 24 | 1064 | Produced |
| 25 | 1065 | Produced |
| 26 | 1066 | Produced |
| 27 | 1067 | Produced |
| 28 | 1068 | Produced |
| 29 | 1069 | Produced |
| 30 | 1070 | Produced |
| 31 | 1071 | Produced |
| 32 | 1072 | Produced |
| 33 | 1073 | Produced |
| 34 | 1074 | Produced |
| 35 | 1075 | Produced |
| 36 | 1076 | Produced |
| 37 | 1077 | Produced |
| 38 | 1078 | Produced |
| 39 | 1079 | Produced |
| 40 | 1080 | Produced |
| 41 | 1081 | Produced |
| 42 | 1082 | Produced |
| 43 | 1083 | Produced |
| 44 | 1084 | Produced |
| 45 | 1085 | Produced |

"Batch 1"

| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
|---|---|---|
| 46 | 1086 | Produced |
| 47 | 1087 | Produced |
| 48 | 1088 | Produced |
| 49 | 1089 | Produced |
| 50 | 1090 | Produced |
| 51 | 1091 | Produced |
| 52 | 1092 | Produced |
| 53 | 1093 | Produced |
| 54 | 1094 | Produced |
| 55 | 1095 | Produced |
| 56 | 1096 | Produced |
| 57 | 1097 | Produced |
| 58 | 1098 | Produced |
| 59 | 1099 | Produced |
| 60 | 1100 | Produced |
| 61 | 1101 | Produced |
| 62 | 1102 | Produced |
| 63 | 1103 | Produced |
| 64 | 1104 | Produced |
| 65 | 1105 | Produced |
| 66 | 1106 | Produced |
| 67 | 1107 | Produced |
| 68 | 1108 | Produced |
| 69 | 1109 | Produced |
| 70 | 1110 | Produced |
| 71 | 1111 | Produced |
| 72 | 1112 | Produced |
| 73 | 1113 | Produced |
| 74 | 1114 | Produced |
| 75 | 1115 | Produced |
| 76 | 1116 | Produced |
| 77 | 1117 | Produced |
| 78 | 1118 | Produced |
| 79 | 1119 | Produced |
| 80 | 1120 | Produced |
| 81 | 1121 | Produced |
| 82 | 1122 | Produced |
| 83 | 1123 | Produced |
| 84 | 1124 | Produced |
| 85 | 1125 | Produced |
| 86 | 1126 | Produced |
| 87 | 1127 | Produced |
| 88 | 1128 | Produced |
| 89 | 1129 | Produced |
| 90 | 1130 | Produced |

**"Batch 1"**

| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
|---|---|---|
| 91 | 1131 | Produced |
| 92 | 1132 | Produced |
| 93 | 1133 | Produced |
| 94 | 1134 | Produced |
| 95 | 1135 | Produced |
| 96 | 1136 | Produced |
| 97 | 1137 | Produced |
| 98 | 1138 | Produced |
| 99 | 1139 | Produced |
| 100 | 1140 | Produced |
| 101 | 1141 | Produced |
| 102 | 1142 | Produced |
| 103 | 1143 | Produced |
| 104 | 1144 | Produced |
| 105 | 1145 | Produced |
| 106 | 1146 | Produced |
| 107 | 1147 | Produced |
| 108 | 1148 | Produced |
| 109 | 1149 | Produced |
| 110 | 1150 | Produced |
| 111 | 1151 | Produced |
| 112 | 1152 | Produced |
| 113 | 1153 | Produced |
| 114 | 1154 | Produced |
| 115 | 1155 | Produced |
| 116 | 1156 | Produced |
| 117 | 1157 | Produced |
| 118 | 1158 | Produced |
| 119 | 1159 | Produced |
| 120 | 1160 | Produced |
| 121 | 1161 | Produced |
| 122 | 1162 | Produced |
| 123 | 1163 | Produced |
| 124 | 1164 | Produced |
| 125 | 1165 | Produced |
| 126 | 1166 | Produced |
| 127 | 1167 | Produced |
| 128 | 1168 | Produced |
| 129 | 1169 | **Not Accounted For** |
| 130 | 1170 | **Withheld** |
| 131 | 1171 | **Noted as Withheld, but Produced** |
| 132 | 1172 | Produced |
| 133 | 1173 | **Not Accounted For** |
| 134 | 1174 | **Withheld** |
| 135 | 1175 | **Withheld** |

**"Batch 1"**

| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
|---|---|---|
| 136 | 1176 | **Withheld** |
| 137 | 1177 | **Withheld** |
| 138 | 1178 | **Withheld** |
| 139 | 1179 | **Noted as Withheld, but Produced** |
| 140 | 1180 | Produced |
| 141 | 1181 | Produced |
| 142 | 1182 | Produced |
| 143 | 1183 | Produced |
| 144 | 1184 | Produced |

| **"BATCH 2"** |||
|---|---|---|
| **PAGE NUMBER** | **BATES NUMBER** | **Produced, Withheld, Other** |
| 1 | 1185 | Produced |
| 2 | 1186 | **Withheld** |
| 3 | 1187 | **Not Accounted For** |
| 4 | 1188 | **Withheld** |
| 5 | 1189 | **Withheld** |
| 6 | 1190 | **Noted as Withheld, but Produced** |
| 7 | 1191 | Produced |
| 8 | 1192 | Produced |
| 9 | 1193 | Produced |
| 10 | 1194 | **Not Accounted For** |
| 11 | 1195 | **Withheld** |
| 12 | 1196 | **Not Accounted For** |
| 13 | 1197 | **Withheld** |
| 14 | 1198 | **Withheld** |
| 15 | 1199 | **Withheld** |
| 16 | 1200 | Produced |
| 17 | 1201 | **Withheld** |
| 18 | 1202 | **Not Accounted For** |
| 19 | 1203 | **Withheld** |
| 20 | 1204 | **Noted as Withheld, but Produced** |
| 21 | 1205 | **Withheld** |
| 22 | 1206 | **Not Accounted For** |
| 23 | 1207 | **Withheld** |
| 24 | 1208 | **Withheld** |
| 25 | 1209 | **Withheld** |
| 26 | 1210 | **Noted as Withheld, but Produced** |
| 27 | 1211 | **Noted as Withheld, but Produced** |
| 28 | 1212 | **Not Accounted For** |
| 29 | 1213 | **Not Accounted For** |
| 30 | 1214 | **Withheld** |
| 31 | 1215 | **Not Accounted For** |
| 32 | 1216 | **Noted as Withheld, but Produced** |
| 33 | 1217 | **Withheld** |
| 34 | 1218 | **Withheld** |
| 35 | 1219 | **Not Accounted For** |
| 36 | 1220 | **Withheld** |
| 37 | 1221 | **Not Accounted For** |
| 38 | 1222 | **Withheld** |
| 39 | 1223 | **Withheld** |
| 40 | 1224 | **Withheld** |
| 41 | 1225 | **Not Accounted For** |
| 42 | 1226 | **Not Accounted For** |
| 43 | 1227 | **Withheld** |
| 44 | 1228 | **Withheld** |
| 45 | 1229 | **Noted as Withheld, but Produced** |

| "BATCH 2" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 46 | 1230 | Withheld |
| 47 | 1231 | Withheld |
| 48 | 1232 | Withheld |
| 49 | 1233 | Not Accounted For |
| 50 | 1234 | Not Accounted For |
| 51 | 1235 | Not Accounted For |
| 52 | 1236 | Not Accounted For |
| 53 | 1237 | Withheld |
| 54 | 1238 | Withheld |

| "BATCH 3" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 1 | 1230 | Produced |
| 2 | 1231 | Produced |
| 3 | 1232 | **Withheld** |
| 4 | 1233 | **Withheld** |
| 5 | 1234 | **Withheld** |
| 6 | 1235 | **Withheld** |
| 7 | 1236 | **Withheld** |
| 8 | 1237 | **Withheld** |
| 9 | 1238 | **Withheld** |
| 10 | 1239 | Produced |
| 11 | 1240 | Produced |
| 12 | 1241 | Produced |
| 13 | 1242 | Produced |
| 14 | 1243 | Produced |
| 15 | 1244 | Produced |
| 16 | 1245 | **Withheld** |
| 17 | 1246 | **Withheld** |
| 18 | 1247 | Produced |
| 19 | 1248 | Produced |
| 20 | 1249 | **Withheld** |
| 21 | 1250 | **Withheld** |
| 22 | 1251 | Produced |
| 23 | 1252 | Produced |
| 24 | 1253 | **Withheld** |
| 25 | 1254 | Produced |
| 26 | 1255 | Produced |
| 27 | 1256 | **Withheld** |
| 28 | 1257 | Produced |
| 29 | 1258 | Produced |
| 30 | 1259 | **Withheld** |
| 31 | 1260 | Produced |
| 32 | 1261 | Produced |
| 33 | 1262 | **Withheld** |
| 34 | 1263 | Produced |
| 35 | 1264 | Produced |
| 36 | 1265 | Produced |
| 37 | 1266 | Produced |
| 38 | 1267 | **Withheld** |
| 39 | 1268 | **Withheld** |
| 40 | 1269 | **Withheld** |
| 41 | 1270 | Produced |
| 42 | 1271 | Produced |
| 43 | 1272 | Produced |
| 44 | 1273 | **Withheld** |
| 45 | 1274 | **Withheld** |

| "BATCH 3" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 46 | 1275 | **Withheld** |
| 47 | 1276 | **Withheld** |
| 48 | 1277 | **Withheld** |
| 49 | 1278 | **Withheld** |
| 50 | 1279 | Produced |
| 51 | 1280 | Produced |
| 52 | 1281 | Produced |
| 53 | 1282 | **Withheld** |
| 54 | 1283 | **Withheld** |
| 55 | 1284 | **Withheld** |
| 56 | 1285 | **Withheld** |
| 57 | 1286 | Produced |
| 58 | 1287 | **Withheld** |
| 59 | 1288 | Produced |
| 60 | 1289 | **Withheld** |
| 61 | 1290 | **Withheld** |
| 62 | 1291 | Produced |
| 63 | 1292 | Produced |
| 64 | 1293 | **Withheld** |
| 65 | 1294 | **Withheld** |
| 66 | 1295 | **Withheld** |
| 67 | 1296 | **Withheld** |
| 68 | 1297 | **Withheld** |
| 69 | 1298 | **Withheld** |
| 70 | 1299 | **Withheld** |
| 71 | 1300 | **Withheld** |
| 72 | 1301 | Produced |
| 73 | 1302 | Produced |
| 74 | 1303 | **Withheld** |
| 75 | 1304 | **Withheld** |
| 76 | 1305 | **Withheld** |
| 77 | 1306 | **Withheld** |
| 78 | 1307 | **Withheld** |
| 79 | 1308 | **Withheld** |
| 80 | 1309 | Produced |
| 81 | 1310 | Produced |
| 82 | 1311 | Produced |
| 83 | 1312 | Produced |
| 84 | 1313 | **Withheld** |
| 85 | 1314 | **Withheld** |
| 86 | 1315 | Produced |
| 87 | 1316 | Produced |
| 88 | 1317 | **Not Accounted For** |
| 89 | 1318 | **Withheld** |
| 90 | 1319 | **Withheld** |

| "BATCH 3" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 91 | 1320 | Not Accounted For |
| 92 | 1321 | Withheld |
| 93 | 1322 | Produced |
| 94 | 1323 | Noted as Withheld, but Produced |
| 95 | 1324 | Not Accounted For |
| 96 | 1325 | Withheld |
| 97 | 1326 | Produced |
| 98 | 1327 | Not Accounted For |
| 99 | 1328 | Not Accounted For |
| 100 | 1329 | Withheld |
| 101 | 1330 | Noted as Withheld, but Produced |
| 102 | 1331 | Produced |
| 103 | 1332 | Not Accounted For |
| 104 | 1333 | Noted as Withheld, but Produced |
| 105 | 1334 | Withheld |
| 106 | 1335 | Noted as Withheld, but Produced |
| 107 | 1336 | Not Accounted For |
| 108 | 1337 | Not Accounted For |
| 109 | 1338 | Withheld |
| 110 | 1339 | Not Accounted For |
| 111 | 1340 | Withheld |
| 112 | 1341 | Not Accounted For |
| 113 | 1342 | Noted as Withheld, but Produced |
| 114 | 1343 | Noted as Withheld, but Produced |
| 115 | 1344 | Noted as Withheld, but Produced |
| 116 | 1345 | Noted as Withheld, but Produced |
| 117 | 1346 | Noted as Withheld, but Produced |
| 118 | 1347 | Noted as Withheld, but Produced |
| 119 | 1348 | Not Accounted For |
| 120 | 1349 | Not Accounted For |
| 121 | 1350 | Not Accounted For |
| 122 | 1351 | Produced |
| 123 | 1352 | Not Accounted For |
| 124 | 1353 | Not Accounted For |
| 125 | 1354 | Withheld |
| 126 | 1355 | Withheld |
| 127 | 1356 | Withheld |
| 128 | 1357 | Produced |
| 129 | 1358 | Withheld |
| 130 | 1359 | Withheld |
| 131 | 1360 | Noted as Withheld, but Produced |
| 132 | 1361 | Noted as Withheld, but Produced |
| 133 | 1362 | Noted as Withheld, but Produced |
| 134 | 1363 | Not Accounted For |
| 135 | 1364 | Withheld |

| "BATCH 3" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 136 | 1365 | Withheld |

| "BATCH 4" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 1 | 1363 | Produced |
| 2 | 1364 | **Withheld** |
| 3 | 1365 | Produced |
| 4 | 1366 | Produced |
| 5 | 1367 | **Withheld** |
| 6 | 1368 | **Withheld** |
| 7 | 1369 | **Withheld** |
| 8 | 1370 | **Withheld** |
| 9 | 1371 | **Withheld** |
| 10 | 1372 | Produced |
| 11 | 1373 | **Withheld** |
| 12 | 1374 | Produced |
| 13 | 1375 | Produced |
| 14 | 1376 | Produced |
| 15 | 1377 | Produced |
| 16 | 1378 | Produced |
| 17 | 1379 | Produced |
| 18 | 1380 | Produced |
| 19 | 1381 | Produced |
| 20 | 1382 | Produced |
| 21 | 1383 | Produced |
| 22 | 1384 | Produced |
| 23 | 1385 | Produced |
| 24 | 1386 | Produced |
| 25 | 1387 | Produced |
| 26 | 1388 | Produced |
| 27 | 1389 | Produced |
| 28 | 1390 | Produced |

| "BATCH 5" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 1 | 1391 | Produced |
| 2 | 1392 | **Withheld** |
| 3 | 1393 | **Withheld** |
| 4 | 1394 | **Withheld** |
| 5 | 1395 | Produced |
| 6 | 1396 | Produced |
| 7 | 1397 | **Withheld** |
| 8 | 1398 | Produced |
| 9 | 1399 | **Withheld** |
| 10 | 1400 | Produced |
| 11 | 1401 | Produced |
| 12 | 1402 | **Withheld** |
| 13 | 1403 | **Withheld** |
| 14 | 1404 | **Withheld** |
| 15 | 1405 | **Withheld** |
| 16 | 1406 | **Withheld** |
| 17 | 1407 | **Withheld** |
| 18 | 1408 | **Withheld** |
| 19 | 1409 | Produced |
| 20 | 1410 | **Withheld** |
| 21 | 1411 | **Withheld** |
| 22 | 1412 | **Withheld** |
| 23 | 1413 | **Withheld** |
| 24 | 1414 | **Withheld** |
| 25 | 1415 | **Withheld** |
| 26 | 1416 | Produced |
| 27 | 1417 | **Withheld** |
| 28 | 1418 | Produced |
| 29 | 1419 | **Withheld** |
| 30 | 1420 | **Withheld** |
| 31 | 1421 | Produced |
| 32 | 1422 | **Withheld** |
| 33 | 1423 | **Withheld** |
| 34 | 1424 | Produced |
| 35 | 1425 | Produced |
| 36 | 1426 | **Withheld** |
| 37 | 1427 | **Withheld** |
| 38 | 1428 | **Withheld** |
| 39 | 1429 | **Withheld** |
| 40 | 1430 | **Withheld** |
| 41 | 1431 | **Withheld** |
| 42 | 1432 | **Withheld** |
| 43 | 1433 | **Withheld** |
| 44 | 1434 | **Withheld** |
| 45 | 1435 | **Withheld** |

| "BATCH 5" | | |
|---|---|---|
| PAGE NUMBER | BATES NUMBER | Produced, Withheld, Other |
| 46 | 1436 | **Withheld** |
| 47 | 1437 | **Withheld** |
| 48 | 1438 | **Withheld** |
| 49 | 1439 | **Withheld** |
| 50 | 1440 | **Withheld** |
| 51 | 1441 | Produced |
| 52 | 1442 | Produced |
| 53 | 1443 | **Withheld** |
| 54 | 1444 | **Withheld** |
| 55 | 1445 | **Withheld** |
| 56 | 1446 | **Withheld** |
| 57 | 1447 | **Withheld** |
| 58 | 1448 | **Withheld** |