UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

                Plaintiffs,                        CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

                Defendants,
vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

                Intervenor Defendant.
_____/

## ORDER

      This matter comes before the Court on Plaintiffs' Objections to Defendants' FOIA Responses, Vaughn Indexes, and Declarations (Dkt. 54), Defendants' Response thereto (Dkt. 61), Defendants' Motion for Summary Judgment (Dkt. 62) and Plaintiffs' Responses thereto (Dkt. 65). The parties have requested a hearing.  The Court will hold a hearing on Plaintiffs' Objections and Defendants' Motion for Summary Judgment on *October 29, 2015 at 9:00 a.m.* before the Honorable Susan C. Bucklew in Courtroom 15B of the Sam M. Gibbons U.S. Courthouse, located at 801 N. Florida Avenue, Tampa, Florida 33602.  The Court has set aside the morning for the hearing.

      The pleadings indicate that the FBI located an additional 408 pages of material relevant to Plaintiffs' FOIA request and produced 238 pages to Plaintiffs.  However, the FBI has not produced

an updated categorical index with respect to the recently produced set of documents.  **On or before October 16, 2015,** the FBI shall file an updated categorical index of the documents it withheld in the second production.  As before, the index shall include general categories of documents, the number of pages pertaining to each category, the claimed exemption, and the reason why the documents are subject to the exemption.  The FBI shall also submit a declaration in support of the categorical index, which shall provide a more particularized explanation as to why a particular exemption applies to each category of documents.  The categorical index and declaration should be sufficiently specific and contain a sufficient amount of information so that the Court may rule on the claimed exemptions.

Next, although the FBI provided the Court with a set of documents after the July 2, 2015 hearing so that the Court may conduct an in camera review of the withheld documents, the documents provided by Defendants do not contain the bates numbers that correspond to the FBI's categorical index (Dkt. 38-1).  In order for the Court to conduct an effective in camera review, the FBI shall deliver to Chambers **on or before October 16, 2015** all of the documents that have been withheld from production (including the second production) that contain the bates numbers listed on the FBI's original categorical index (Dkt. 38-1) and on the index that the Court has ordered to be filed on or before October 16, 2015.

Finally, **on or before October 16, 2015**, Plaintiffs shall deliver to Chambers a courtesy copy of the following documents, including all exhibits thereto: Declaration of Thomas (Dkt. 55), and Confidential Declaration of Thomas (Dkt. 59).

**DONE AND ORDERED** at Tampa, Florida, this 28th day of September, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record