IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                        Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
AN UPDATED VAUGHN INDEX AND SUPPORTING DECLARATION**

    Defendants, the Federal Bureau of Investigation ("FBI") and the Executive Office of United States Attorneys ("EOUSA"), pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully move the Court for a two-day extension of time, to and including October 20, 2015, to file an updated categorical Vaughn index and a supporting declaration. In support of this motion, defendants state as follows:

**MEMORANDUM IN SUPPORT**

    In its September 28, 2015 Order [Doc. No.67], the Court ordered that the FBI should file an updated categorical Vaughn index and a supporting declaration no later than October 16, 2015. *See id.*, pp. 1-2. The Court also ordered the FBI to submit a copy of all unredacted documents stamped with bates numbers that

correspond to the categorical Vaughn index by October 16, 2015. *See id.*, p. 2. However, due to an inadvertent clerical mistake, the due date for defendants' response was not logged into the undersigned's calendar. Recently, the Court contacted the undersigned and asked whether the FBI planned to file an updated index. Subsequently, the undersigned contacted the FBI regarding producing all unredacted documents with the proper bates numbers and an updated index. The FBI sent the documents to the undersigned who then printed them and submitted them to the Court today, October 16, 2015. However, the updated index and declaration could not be completed for filing on October 16, 2015. The undersigned contacted plaintiffs' counsel to determine whether plaintiffs would oppose a motion for extension of time. Plaintiffs' position is explained in detail below.

      Federal Rule of Civil Procedure 6(b)(1) provides that a court may exercise its discretion and extend a deadline if it finds that good cause or excusable neglect exists, depending on whether the time has expired. *See* Fed. R. Civ. P. 6(b)(1)(A)-(B). The failure to file a timely index and declaration was not done with intent to delay the resolution of this case, to prejudice plaintiff or for any other nefarious purposes. Rather, it was caused by a clerical error, and this request is made so an updated index and declaration may be filed to aid the Court in the disposition of this case. Both good cause and excusable neglect exists here.

## **LOCAL RULE 3.01(G) CERTIFICATION**

      As noted above, the undersigned contacted plaintiffs' counsel as soon as it was clear an updated index and declaration would not be completed to be timely

filed. Plaintiffs' counsel authorized the undersigned to represent that, without intending to waive their position that Vaughn indexes should have been produced months ago and that the FBI has waived its exemptions as a result of its repeated failure to assert them properly, plaintiffs will not, over two days, oppose the FBI's request to extend the deadline to comply with the Court's order [Dkt. No. 67] until October 20, 2015.

## **CONCLUSION**

Based on the foregoing, defendants respectfully request the Court to grant an extension of time of two days, to and including October 20, 2015, for defendants to file an index and declaration.

**A. LEE BENTLEY, III**
United States Attorney

Respectfully submitted,

By:  *s/ E. Kenneth Stegeby*
**E. KENNETH STEGEBY**
Esquire Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone: (813) 274-6087
Facsimile: (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Attorney for Defendant*

3

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 16, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alia L. Smith
Gregg Darrow Thomas
Patrick Kabat
Rachel E. Fugate
Seth D. Berlin
*Plaintiffs' Counsel*

                                                  *s/E. Kenneth Stegeby*
                                                E. Kenneth Stegeby