IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                                                    Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

## NOTICE OF FILING OF VAUGHN INDEX OF THE FBI

Defendant, the Federal Bureau of Investigation ("FBI"), pursuant to the Court's September 28, 2015 Order [Doc. No. 67] and the Court's Endorsed Order dated October 19, 2015 [Doc. No. 69], hereby respectfully files an amended categorical Vaughn index related to the records potentially responsive to plaintiffs' FOIA request.

The amended index is separated into two parts. The first part identifies documents withheld in full in the original production, and the second part identifies documents withheld in full in the supplemental production. The reason for creating two parts is that when updating the index, defendants determined that there was a significant overlap in bates numbers between the original production and the supplemental production. In the original production, defendants produced

documents referred to it by the Executive Office of United States Attorneys.  These documents were bates numbered GAWKER-1041 through GAWKER-1178 (unredacted copy).  However, in the supplemental production, defendants included documents that were bates numbered GAWKER 1041 through GAWKER-1448, creating an overlap at the range GAWKER-1041 through GAWKER-1178.  To ensure there is no confusion regarding the overlapping bates numbers, the FBI separated the index into two separate parts.

While reviewing the supplemental production to amend the categorical index, the FBI determined that it was not necessary to add any new categories.  Instead, it relies on Category 1: Electronic Communication (Non-Internal, Non-FBI), and Category 8: Federal Grand Jury Information of the original production.  In the third declaration signed by David M. Hardy, Section Chief of the FBI's Record/Information Dissemination Section [Doc. No. 37-1], the FBI explains how each of those categories apply to the documents listed in the amended categorical Vaughn index.

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

By:  *s/ E. Kenneth Stegeby*
**E. KENNETH STEGEBY**
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6087
Facsimile:  (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alia L. Smith
    Gregg Darrow Thomas
    Patrick Kabat
    Rachel E. Fugate
    Seth D. Berlin
    *Plaintiffs' Counsel*

                                         *s/E. Kenneth Stegeby*
                                         E. Kenneth Stegeby