UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERKS MINUTES - GENERAL

CASE NO.  8:15-cv-1202-T-24EAJ                    DATE: October 29, 2015

TITLE:  Gawker Media, LLC, et al.,   v.  FBI, et al.,

Time:  9:04  -  11:05   &   11:15   -   12:14         Total: 3.0

JUDGE: **SUSAN C. BUCKLEW**                    COURTROOM DEPUTY:   Susan Saylor

COURT REPORTER: Lynann Nicely              COURTROOM:  15B

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Seth Berlin | AUSA Erik Stegeby |
| Gregg Thomas | |

Heather Dietrich as representative of Gawker Media

Attorneys for Intervenor Defendant - Terry Gene Bollea
Shane Vogt
Christina Ramirez

PROCEEDINGS:  **MOTION HEARING re: Deft's Motion [Dkt 62] for summary judgment**

Court questions to the parties

Govt's response as to documents that have been produced

Pltf's response that the State Court trial is set for 1st week of March 2016 and as to documents produced

Govts response as to grand jury documents and oral argument as to his motion

Pltf's oral argument in opposition

Court: takes matter under advisement