UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

       Plaintiffs,                                  CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

       Defendants,

vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

       Intervenor Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiffs' Objections to Defendants' FOIA Responses, Vaughn Indexes, and Declarations (Dkt. 54), Defendants' Response thereto (Dkt. 61), Defendants' Motion for Summary Judgment (Dkt. 62) and Plaintiffs' Responses thereto (Dkt. 65). On October 29, 2015, the Court held a hearing on the objections and motion for summary judgment. By separate order, which will be forthcoming, the Court will rule on some of the exemptions claimed by the FBI and EOUSA. After three hearings on this matter, the FBI and EOUSA have not been able to definitively represent to the Court (1) the total number of documents responsive to Gawker's FOIA requests, (2) how many documents, videos and audio files have been produced, and (3) how many documents, videos and audio files have been withheld. With this in mind, the Court directs the FBI and the EOUSA to provide the following:

(1) The FBI shall provide to the Court **by November 13, 2015** the documents withheld under exemption (b)(3) for grand jury materials so that the Court may complete its *in camera* review of the withheld documents.

(2) The FBI shall file **by November 13, 2015**, a declaration by a *person with knowledge* that the documents produced by the FBI and the documents withheld by the FBI and listed on its Vaughn Indexes are in fact a complete set of the documents in the FBI's possession related to the Bollea investigation. The declaration shall include the total number of pages in the FBI's possession that are responsive to Gawker's FOIA request, the total number of pages turned over to Gawker, and the total number of pages withheld. It shall also include the total number of audio files and the total number of video files responsive to the FOIA request, the total number of audio files and video files turned over to Gawker, and the total number of audio files and video files withheld. If the declarant determines that the FBI has not included a complete set of documents, video files, or audio files in its previous productions and Vaughn Indexes, the FBI shall produce those documents, audio files, and/or video files **by November 13, 2015**. If additional documents, audio files, or video files are withheld, the FBI shall file an amended Vaughn Index **by November 13, 2015**.

(3) The EOUSA shall file **by November 6, 2015** the amended Vaughn Index referred to in the Third Declaration of Tricia Francis (Dkt. 61-2).

(4) The EOUSA shall file **by November 13, 2015**, a declaration by a *person with knowledge* that the documents produced by the EOUSA and the documents withheld by the EOUSA and listed on its Vaughn Index are in fact a complete set of the documents in the EOUSA's possession related to the Bollea investigation. The declaration shall include the total number of pages in the EOUSA possession that are responsive to Gawker's FOIA request, the total number

of pages turned over to Gawker, and the total number of pages withheld.[1]  If the declarant determines that the EOUSA has not included a complete set of documents in its previous production and Vaughn Index, the EOUSA shall produce those documents **by November 13, 2015**.  If additional documents are withheld, the EOUSA shall file an amended Vaughn Index **by November 13, 2015**.

(5) The EOUSA provided the Court with some of the withheld documents for its *in camera* review of the documents withheld by the EOUSA and identified on its Vaughn Index.  The Vaughn Index lists 18 separate documents, but the Court does not have all of those documents.  The EOUSA shall provide the documents numbered 8, 9, 10, 11, and 17 to the Court **by November 6, 2015**.  The Court notes that it has pages which could either be document number 9 or 17, but that the Court is unclear as to whether it has both documents 9 and 17 so orders that both be produced to the Court for review.

(6) Finally, the FBI's Vaughn Indexes list duplicate pages that were not produced to Gawker.  Because of questions regarding the accuracy of the pages identified as being "duplicates", the FBI shall produce all duplicate pages that were previously withheld to Gawker **by November 13, 2015**.

**DONE AND ORDERED** at Tampa, Florida, this 30th day of October, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record

---

[1] The declaration may also include the total number of documents produced and withheld by the EOUSA in order to correspond to the Vaughn Index submitted by the EOUSA, which listed the withheld documents by document number and the number of pages associated with each document number.