IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA TAMPA
DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                              Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF UNITED
STATES ATTORNEYS,

    Defendants.
_____/

## NOTICE OF FILING OF AMENDED
## VAUGHN INDEX BY THE EOUSA

Defendant, the Executive Office of the United States Attorneys ("EOUSA"), pursuant to the Court's October 30, 2015 Order [Doc. No. 72], hereby respectfully files an amended Vaughn index related to the records potentially responsive to plaintiffs' FOIA request. The index is attached hereto as Exhibit A.

                                                            Respectfully submitted,

                                                            **A. LEE BENTLEY, III**
                                                            United States Attorney

                          By:  *s/ E. Kenneth Stegeby*
                              **E. KENNETH STEGEBY**
                              Assistant U.S. Attorney
                              USAO No. 112
                              400 North Tampa Street, Ste. 3200
                              Tampa, Florida 33602
                              Telephone: (813) 274-6087
                              Facsimile: (813) 274-6198
                              Email: kenneth.stegeby@usdoj.gov
                              *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 20, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alia L. Smith
Gregg Darrow Thomas
Patrick Kabat
Rachel E. Fugate
Seth D. Berlin
*Plaintiffs' Counsel*

             *s/E. Kenneth Stegeby*
             E. Kenneth Stegeby