IN THE UNITED STATES DISTRICT COURT MIDDLE
DISTRICT OF FLORIDA TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                                                                              Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF UNITED
STATES ATTORNEYS,

    Defendants.
_____/

**NOTICE OF FILING OF SECOND AMENDED
<u>VAUGHN INDEX BY THE EOUSA</u>**

    Defendant, the Executive Office of the United States Attorneys ("EOUSA"), hereby respectfully files a Second Amended Vaughn index related to the records potentially responsive to plaintiffs' FOIA request. The EOUSA explains in its Fourth Declaration for Tricia Francis, filed subsequent to this notice, the reasons a second amendment is necessary. The index is attached hereto as Exhibit A.

    Respectfully submitted,

    **A. LEE BENTLEY, III**
    United States Attorney

By:  <u>*s/ E. Kenneth Stegeby*</u>
    **E. KENNETH STEGEBY**
    Assistant U.S. Attorney
    USAO No. 112
    400 North Tampa Street, Ste. 3200
    Tampa, Florida 33602
    Telephone: (813) 274-6087
    Facsimile: (813) 274-6198
    Email: kenneth.stegeby@usdoj.gov
    *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 13, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Alia L. Smith
    Gregg Darrow Thomas
    Patrick Kabat
    Rachel E. Fugate
    Seth D. Berlin
    *Plaintiffs' Counsel*

                                    *s/E. Kenneth Stegeby*
                                    E. Kenneth Stegeby