UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

      Plaintiffs,                       CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

      Defendants,

vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

      Intervenor Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiffs' Objections to Defendant Agencies' Non-Compliance and Expedited Motion for Immediate Compliance.  Dkt. 82.  Plaintiffs object to the FBI and EOUSA's declarations ordered by the Court (Dkt. 72) that address the number of documents, audio files, and video files produced and withheld, and that address whether the documents, audio files, and video files produced by the FBI and EOUSA and the documents, audio files, and video files withheld and identified on the FBI and EOUSA's Vaughn Indexes are in fact a complete set of documents, audio files, and video files in the FBI and EOUSA's possession related to the Bollea investigation.  Dkt. 79 (Declaration of Hardy), Dkt. 81 (Declaration of Francis).

The Court orders the FBI and EOUSA shall respond to Plaintiffs' assertion that there are "missing and unaccounted for documents" and shall address each category listed at a-h on page 4 of the Objection and state whether or not the FBI and/or EOUSA has such documents, audio files or video files. The FBI and EOUSA's response is due *by November 30, 2015*.

The Court denies Plaintiffs' request that it order the FBI and EOUSA to submit declarations from different persons and denies Plaintiffs' motion for the Court to order compliance with its earlier order.

The FBI shall produce the unredacted documents consistent with the Court's November 4, 2015 Order (Dkt. 75) *by November 30, 2015*. The FBI is reminded that video files shall be turned over to the state court special discovery magistrate.

The EOUSA is reminded that the Court ordered the EOUSA to produce the unredacted documents as discussed in its November 12, 2015 Order (Dkt. 78) *by November 20, 2015*.

**DONE AND ORDERED** at Tampa, Florida, this 17th day of November, 2015.

SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record