# EXHIBIT 4
## to
## PLAINTIFFS' SECOND NOTICE OF NON-COMPLIANCE AND EMERGENCY MOTION FOR IMMEDIATE COMPLIANCE

| | |
|---|---|
| **From:** | Stegeby, Kenneth (USAFLM) <Kenneth.Stegeby@usdoj.gov> |
| **Sent:** | Tuesday, December 01, 2015 6:22 PM |
| **To:** | Seth Berlin |
| **Cc:** | gthomas@tlolawfirm.com; Rachel E. Fugate; Alia Smith; Patrick Kabat |
| **Subject:** | RE: Gawker v. FBI -- Significant Production Issues |

All,

I have not received an affirmative answer regarding whether FBI will be able to produce the requested documents by the end of the week.  They simply said they will look into it.

Thanks,

Kenneth.

_____

**E. Kenneth Stegeby**
**Assistant United States Attorney**
**United States Attorney's Office**
**Middle District of Florida**
400 North Tampa Street, Suite 3200 | Tampa, Florida 33602

☎ (813)274-6000| 📠 (813) 274-6198 | ✉ [Kenneth.Stegeby@usdoj.gov](mailto:Kenneth.Stegeby@usdoj.gov)
_____

