UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

       Plaintiffs,                      CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

       Defendants,

vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

       Intervenor Defendant.
_____/

## ORDER

This matter comes before the Court on Plaintiffs' Objections to Defendant Agencies' Non-Compliance and Expedited Motion for Immediate Compliance (Dkt. 82) and Defendants' Response thereto (Dkt. 84). On November 17, 2015, the Court previously ordered Defendants to "respond to Plaintiffs' assertion that there are 'missing and unaccounted for documents' and **shall address each category listed at a-h on page 4 of the Objection and state whether or not the FBI and/or EOUSA has such documents, audio files or video files**." Dkt. 83 (emphasis added). Although the FBI stated that it located the video listed in section a, the audio listed in section b, and the audio listed in section c, Defendants did not specifically address the documents listed in

sections d-h as to whether Defendants have such documents.  Defendants shall file a response that complies with the Court's November 17, 2015 Order **by December 4, 2015**.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of December, 2015.

*Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record