UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC, and
GREGG D. THOMAS,

       Plaintiffs,                        CASE NO.: 8:15-cv-1202-T-24EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS,

       Defendants,

vs.

TERRY GENE BOLLEA professionally known as
HULK HOGAN,

       Intervenor Defendant.
_____/

## ORDER

The Court has held three extensive hearings on this Freedom of Information Act case (June 24, 2015, July 2, 2015, October 29, 2015) in an effort to resolve the parties' motions for summary judgment and numerous objections regarding Plaintiffs' November 2014 FOIA requests to the FBI and EOUSA. The Court has entered numerous orders directing Defendants to produce documents, videos, and audio recordings to Plaintiffs, to produce those same documents, videos, and audio recordings in unredacted form, to submit declarations, and to submit Vaughn Indexes. The FBI and EOUSA have failed to comply with almost all of the Court's orders in this matter. It is unclear to the Court whether Defendants are incompetent or intentionally disregarding the Court's orders. Because of Defendants' inability to comply with the Court's orders, judicial time and resources,

in addition to Plaintiffs' time and resources, have been expended in an effort to gain compliance and resolve this case.

The Court has already ordered (Dkt. 86) Defendants to respond to Plaintiffs' Objections (Dkt. 82) by December 4, 2015 as directed by the Court on November 17, 2015 (Dkt. 83). Plaintiffs filed a second notice of non-compliance with Court orders and address a number of issues with the latest round of document production.  Dkt. 85.  Because the issues raised in Plaintiffs' second notice of non-compliance should have already been resolved by November 30, 2015 (the deadline for production pursuant to the Court's November 17, 2015 order), the Court orders Defendants to respond to and/or produce the following **by December 4, 2015**:

1. The FBI shall produce the unredacted documents in compliance with the Court's November 4, 2015 Order (Dkt. 75), including GAWKER 1-927, 1041-178 (first production, 1041-1078 (second production), 1078-1373, 1386-1442;

2. The FBI shall produce all duplicates in compliance with the Court's October 30, 2015 Order (Dkt. 72);

3. The FBI shall explain the discrepancy between the identification of 546 pages in its November 25, 2015 transmittal letter (Dkt. 85-2) and the fact that 490 pages were actually produced (GAWKER 1449-01939); and

4. The FBI shall turn over to the Court the 37 pages withheld in full from its latest production.[1]

The Court sets this matter for a hearing on **December 8, 2015 at 10:30 a.m.**  However, this does not relieve Defendants from complying with this Order by December 4, 2015.  In addition

---

[1] The Court has already ordered Defendants to respond to Plaintiffs' Objections and to specifically respond to each category of alleged missing and unaccounted for documents, audio files or video files by December 4, 2015.  *See* Dkt. 86.

to the Assistant United States Attorney assigned to this case, the Court directs the Chief of the Civil Division to be present at the December 8, 2015 hearing.

**DONE AND ORDERED** at Tampa, Florida, this 2nd day of December, 2015.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

**Copies furnished to:**
Counsel of Record