IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.     Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF FILING
<u>AMENDED VAUGHN INDEXES</u>**

Defendants, the Federal Bureau of Investigation ("FBI") and the Executive Office of United States Attorneys ("EOUSA"), hereby respectfully file one amended Vaughn index each, related to records responsive to plaintiffs' FOIA requests. Exhibit A is an amended Vaughn index for FBI, and Exhibit B is an amended Vaughn index for EOUSA.

        Respectfully submitted,

        **A. LEE BENTLEY, III**
        United States Attorney

By:  <u>*s/ E. Kenneth Stegeby*</u>
     **E. KENNETH STEGEBY** Esquire
     Assistant U.S. Attorney
     USAO No. 112
     400 North Tampa Street, Ste. 3200
     Tampa, Florida 33602
     Telephone:  (813) 274-6087
     Facsimile:     (813) 274-6198
     Email: kenneth.stegeby@usdoj.gov
     *Attorney for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

>Alia L. Smith
>Gregg Darrow Thomas
>Patrick Kabat
>Rachel E. Fugate
>Seth D. Berlin
>*Plaintiffs' Counsel*

>*s/E. Kenneth Stegeby*
>E. Kenneth Stegeby
>Assistant U.S. Attorney