# **<u>EXHIBIT A</u>**

<u>Gawker Media, LLC. vs. FBI, et al.</u>
Civil Action No. 8:15-cv-1202
Untied States District Court
Middle District of Florida
Tampa Division

<u>Categorical Vaughn Index</u>

This index contains a description of records categorically denied to plaintiff.  The documents contained within this index have been categorized by the type or function of the documents within the investigative file.   Categories 1-8 provide the document type,  the Bates location of the document, a brief description of the withheld information, the exemptions and use of each exemption by Bates page number, and the total number of pages for each document.  For those pages withheld in full as duplicates of another processed page, a separate category listing at the end of the index is provided referencing the location of the original processed page .

*In the August 14, 2015 release Bates numbers 1041 – 1178 were inadvertently re-used; therefore, this index will be broken into two parts labeled "Initial Release (June 30, 2015) WIF Documents" and "Supplemental Release (August 14, 2015) WIF Documents".  For each part, the overlapping Bates numbers only correspond to those pages processed for that specific release.  No pages within this range from one release correspond to any pages with the same Bates numbers in the other release.

| Initial Release (June 30, 2015) WIF Documents | | | | | | |
|---|---|---|---|---|---|---|
| Category Number 1 | Bates Pages | Date of Document | **Document Category 1**<br>**Electronic Communication (Non-Internal, Non-FBI)** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 1174 | Redacted | Private Twitter Account Screenshots | | 1174-b6/7C-2,4 | 1 |
| | 1176 | Redacted | Private Twitter Account Screenshots | | 1176-b6/7C-2,4 | 1 |
| | 1178 | Redacted | Private Twitter Account Screenshots | | 1178-b6/7C-2,4 | 1 |
| Category Number 2 | Bates Pages | Date of Document | **Document Category 2:**<br>**Legal Memorandum** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |

| | 430-445 | 2/28/2013 | Investigation overview and legal analysis | | 430-445- b5-1,2, b6/7C-2,3,4 | 16 |
|---|---|---|---|---|---|---|
| Category Number 3 | Bates Pages | Date of Document | **Document Category 3: Photographs/Images** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 350 | Undated | Photographic Image | | 350: b6/7C-2 | 1 |
| | 354 | Undated | Photographic Image | | 354: b6/7C-2 | 1 |
| | 563 | 11/1/12 | Image of CD containing apology – referenced at Gawker-562. | | 363: b6/7C-1,2 | 1 |
| Category Number 4 | Bates Pages | Date of Document | **Document Category 4: Correspondence** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 122-123 | 11/5/2012 | Correspondence | | 122: b6/7C-1,2, b7E-1 123: b6/7C-1,2, b7E-1 | 2 |
| Category Number 5 | Bates Pages | Date of Document | **Document Category 5: Database Report/Results/Printout** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 221-222 | 12/4/2012 | "eAgent" Report (law enforcement database results) | | 221-222: b6/7C-4, b7E-4 | 2 |
| | 359-362 | 12/14/2012 | "eAgent" Report (law enforcement database results) | | 359-362: b6/7C-4, b7E-4 | 4 |
| Category Number 6 | Bates Pages | Date of Document | **Document Category 6: Received Property/Documents** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 591-592 | | Check related information/copies | | 591-592: b6/7C-2 | 2 |
| Category Number 7 | Bates Pages | Date of Document | **Document Category 7:** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages |

2

| | | | Forms re Consentual Monitoring | | | Reviewed |
|---|---|---|---|---|---|---|
| | 951-954 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 951-b6/7C-1,2 b7E-1<br>952-b6/7C-2, b7E-1<br>953-b6/7C-1,2,3, b7E-1<br>954-b7E-1 | 4 |
| | 955-958 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 955-b6/7C-1,2, b7E-1<br>956-b6/7C-1,2, b7E-1<br>957-b6/7C-1,2,3, b7E-1<br>958-b6/7C-1, b7E-1 | 4 |
| | 959-962 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 959-b6/7C-1,2, b7E-1<br>960-b6/7C-1,2,3, b7E-1<br>961-b6/7C-1, b7E-1<br>962-b6/7C-1, b7E-1 | 4 |
| | 963-966 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 963-b6/7C-1,2, b7E-1<br>964-b6/7C-1,2, b7E-1<br>965-b6/7C-1,2,3, b7E-1<br>966-b6/7C-1, b7E-1 | 4 |
| | 967-970 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order | | 967-b6/7C-1,2, b7E-1<br>968-b6/7C-1,2,4, b7E-1<br>969-b6/7C-1,2,3, b7E-1<br>970-b7E-1 | 4 |
| | 971-974 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order | | 971-b6/7C-1,2, b7E-1<br>972-b6/7C-1, 2, b7E-1<br>973-b6/7C-1,2,3, b7E-1<br>974-b7E-1 | 4 |
| Category Number 8 | Bates Pages | Date of Document | **Document Category 8:**<br>**Federal Grand Jury Information** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 977-978 | Redacted | Cover letter in response to Federal Grand Jury Subpoena (response provided on CD). | | 977-b3-1, b6/7C-1,4<br>978-b3-1, b6/7C-1 | 2 (and withheld CD) |
| | 981 | Redacted | Response to Federal Grand Jury Subpoena (response provided on CD). | | 981-b3-1, b6/7C-2 | 1 (CD |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | withheld) |
| | 986 | Redacted | Response to Federal Grand Jury Subpoena (response provided on CD). | | 986-b3-1, b6/7C-4 | 1 (CD withheld) |
| | 990-992 | Redacted | Letter and records in response to Federal Grand Jury Subpoena. | | 990-b3-1, b6/7C-1 991-b3-1, b6/7C-4 992-b3-1, b6/7C-4 | 3 |
| | 996-998 | Redacted | Cover letter and records in response to Federal Grand Jury Subpoena (response provided on CD). | | 996-b3-1, b6/7C-1,4 997-b3-1 998-b3-1, b6/7C-1,4 | 3 |
| | 1001-1003 | Redacted | Sealed Court Record | | 1001-b3-1 1002-b3-1 1003-b3-1 | 3 |
| | 1008 1010-1011-1015 | Redacted | Response (letter and records) to Federal Grand Jury Subpoena | | 1008-b3-1, b6/7C-1,4 1010-b3-1, b6/7C-2,4 1011-b3-1 1012-1015b3-1, b6/7C-2 | 7 |
| | 1019 | Redacted | CD response to Federal Grand Jury Subpoena | | 1019-b3-1 | 1 (CD withheld) |
| | 1022 | Redacted | CD response to Federal Grand Jury Subpoena | | 1022-b3-1, b6/7C-2 | 1 (CD withheld) |
| | 1024 | Redacted | CD response to Federal Grand Jury Subpoena | | 1024-b3-1, b6/7C-2 | 1 (CD withheld) |
| | 1026-1028 | Redacted | Responses to Federal Grand Jury Subpoenas | | 1026-b3-1, b6/7C-1 1027-b3-1, b6/7C-1,2 1028-b3-1, b6/7C-1,2 | 3 |
| | 1030-1034 | Redacted | Response  to Federal Grand Jury Subpoena | | 1030-b3-1, b6/7C-4 1031-b3-1, b6/7C-2 1032-b3-1 1033-b3-1,b6/7C-4 1034-b3-1, b6/7C-4 | 5 |
| | 1037 | Redacted | CD Response to Federal Grand Jury Subpoena | | 1037-b3-1, b6/7C-2 | 1 (CD |

| | | | | | | withheld) |
|---|---|---|---|---|---|---|
| | | | **TOTAL PAGES WITHHELD PER EXEMPTIONS:** | | | 88 |

## 285 DUPLICATE PAGES

| | Description of Original Document | Bates Location | Bates Number Location of Original Document | Pages |
|---|---|---|---|---|
| | EC | 3-4 | 1-2 | 2 |
| | E-Mail | 146 | 145 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 151-165 | 126-140 | 15 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 196-207 | 228-239 | 12 |
| | Evidence Log – Computer Disk /ELSUR-Consensual Monitoring, Telephonic | 210 | 209 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 250-261 | 228-239 | 12 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 266-279 | 299-312 | 14 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 283-296 | 299-312 | 14 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 331-343 | 299-311 | 13 |
| | E-mail chains | 486-489 | 8-11 | 4 |
| | Handwritten notes | 491-493 | 12-14 | 3 |
| | E-mail chains | 495-508 | 72-85 | 14 |
| | Handwritten notes | 510-512 | 21-23 | 3 |
| | Text messages | 514-561 | 24-71 | 48 |
| | Handwritten notes dated 12/17/12 | 565 | 386 | 1 |
| | Handwritten notes undated | 568 | 392 | 1 |
| | Handwritten notes dated 12/14/12 | 575-581 | 394-400 | 7 |
| | Side Letter Agreement undated (2012) | 585-586 | 329-330 | 2 |
| | Handwritten notes re "video 1" | 594 | 404 | 1 |
| | Handwritten notes re "video 2" | 596-597 | 405-406 | 2 |

| | | | | |
|---|---|---|---|---|
| | Handwritten note "Pre-call Notes" Nov. 12 | 598 | 408 | 1 |
| | Handwritten note "Attny Call" | 600 | 407 | 1 |
| | Letter 12/13/12 | 603 | 723 | 1 |
| | Handwritten note dated 1/8/13 | 789-792 | 416-419 | 4 |
| | Handwritten notes re "video 1" | 794 | 404 | 1 |
| | Handwritten notes re "video 2" | 795 | 405 | 1 |
| | Handwritten notes dated 12/20/12 | 796 | 406 | 1 |
| | Handwritten note "Attny Call" | 797 | 407 | 1 |
| | Handwritten note "Pre-call Notes" Nov. 12 | 798 | 408 | 1 |
| | Handwritten note "Terry Bollea" 2/4/13 | 801 | 427 | 1 |
| | One Time Non-Confidential Human Source Payment Receipt | 924 | 466 | 1 |
| | Recipt of Funds 8/13/2013 | 926 | 467 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 1043, 1045-1056 | 299, 301-312 | 13 |
| | Exhibit B to Settlement Agreement | 1057-1061 | 175-179 | 5 |
| | Side Letter Agreement undated (2012) | 1062-1063 | 329-330 | 2 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright – November 2012 | 1064-1077 | 299-312 | 14 |
| | E-mail Chain 12/11/12[1] | 1078 | 281-282 | 1 |
| | Settlement Agreement and Mutual Release, Assignment and Transfer of Copyright- November 2012 | 1082-1096 | 126-140 | 15 |
| | Settlement Agreement with Exhibits A and B | 1102-1107 | 87-92 | 6 |
| | Email signature byline | 1110[2] | 149 | 1 |
| | E-mail chains October 2012 | 1112-1118 | 72-78 | 7 |
| | E-mail chain October 2012 | 1131-1132 | 10-11 | 2 |
| | E-mail chain October 2012 | 1133 | 74 | 1 |
| | E-mail chain October 2012 | 1134 | 8 | 1 |
| | FD-302 Interview Form of David Houston 10/24/2012 | 1137 | 86 | 1 |

---

[1] The information contained in this e-mail chain is duplicative of the text in another e-mail chain.  In this version at 1078, the information contained is duplicative of portions of the same e-mail chain located at 281-282.

[2] This Bates numbered page (1110) was initially omitted on the first version of this Index.

| | | | | |
|---|---|---|---|---|
| | FD-302 Interview Form of Terry Bollea 10/24/2012 | 1138 | 19 | 1 |
| | FD-302 Interview Form of David Houston 10/22/12 | 1139 | 17 | 1 |
| | FD-302 Interview Form of Terry Bollea (page 1) 10/16/2012 | 1140 | 15 | 1 |
| | FD-302 Interview Form of David Houston (page 1) 10/16/2012 | 1141 | 6 | 1 |
| | Handwritten note "Attny Call" | 1147 | 407 | 1 |
| | Handwritten note "Pre-call Notes" Nov. 12 | 1148 | 408 | 1 |
| | Handwritten notes dated 12/20/12 | 1149 | 406 | 1 |
| | Handwritten notes re "video 2" | 1150, 1153 | 405 | 2 |
| | Handwritten notes re "video 1" | 1151, 1154 | 404 | 2 |
| | Letter 12/13/2012 | 1155 | 112 | 1 |
| | FD-302 Interview Form of David Houston 12/4/2012 | 1156 | 212 | 1 |
| | FD-302 Interview Form of David Houston 12/03/2012 | 1157 | 208 | 1 |
| | FD-302 Interview Form of David Houston 11/28/2012 | 1158 | 195 | 1 |
| | FD-302 Interview Form of David Houston 11/28/2012 | 1159 | 167 | 1 |
| | FD-302 Interview Form of business manager for attorney David Houston documenting the forwarding of an e-mail containing a draft settlement agreement. | 1160 | 166 | 1 |
| | FD-302 Interview Form of David Houston, 11/16/2012 | 1161 | 143 | 1 |
| | FD-302 Interview Form of David Houston, 11/14/2012 | 1162 | 147 | 1 |
| | FD-302 Interview Form of David Houston, 11/06/2012 | 1163 | 142 | 1 |
| | FD-302 Interview Form of David Houston, 10/26/2012 | 1164 | 93 | 1 |
| | FD-302 Interview Form of David Houston, 10/24/2012 | 1165 | 86 | 1 |
| | FD-302 Interview Form of Terry Bollea, 10/22/2012 | 1166 | 20 | 1 |
| | FD-302 Interview Form of Terry Bollea, 10/24/2012 | 1167 | 19 | 1 |
| | FD-302 Interview Form of David Houston, 10/22/2012 | 1168 | 17 | 1 |
| | FD-302 Interview Form of Terry Bollea, 10/15/2012 | 1169-1170 | 15-16 | 2 |
| | FD-302 Interview Form of David Houston, 10/16/2012 | 1171-1172 | 6-7 | 2 |
| | E-mail chain dated 11/13/2012[3] | 1175 | 1041 | 1 |
| | E-mail chain dated 11/13/2012 | 1177 | 1042 | 1 |
| | | | | |

[3] This e-mail is duplicative to a portion of the chain located at Gawker-1041.

| | Total Pages Withheld as Duplicates: | | | 285 |
|---|---|---|---|---|

| Supplemental Release (August 14, 2015) WIF Documents | | | | | | |
|---|---|---|---|---|---|---|
| Category Number 1 | Bates Pages | Date of Document | **Document Category 1 Electronic Communication (Non-Internal, Non-FBI)** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 1169 – 1170 | Undated | Private Twitter account screenshot | | 1169-b6/7C-2, -4 1170-b6/7C-2, -4 | 2 |
| Category Number 8 | Bates Pages | Date of Document | **Document Category 8: Federal Grand Jury Information** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 1232 – 1235 | Redacted | Response to Federal Grand Jury subpoena | | 1232-b3-1, b6/7C-7 1233-b3-1, b6/7C-1 1234-b3-1 1235-b3-1 | 4 |
| | 1236 – 1238 | Redacted | Cover letter and request for records in response to Federal Grand Jury Subpoena | | 1236-b3-1, b6/7C-1 1237-b3-1 1238-b3-1 | 3 |
| | 1245 | Redacted | Response to Federal Grand Jury Subpoena | | 1245-b3-1, b6/7C-1, -7 | 1 |
| | 1246 | Redacted | Cover letter in response to Federal Grand Jury Subpoena | | 1246-b3-1 | 1 |

| | 1249 – 1250 | Redacted | Federal Grand Jury Subpoena | | 1249-b3-1 1250-b3-1 | 2 |
|---|---|---|---|---|---|---|
| | 1253 | Redacted | Service of Federal Grand Jury Subpoena | | 1253-b3-1, b6/7C-1 | 1 |
| | 1256 | Redacted | Service of Federal Grand Jury Subpoena | | 1256-b3-1, b6/7C-1 | 1 |
| | 1259 | Redacted | Service of Federal Grand Jury Subpoena | | 1259-b3-1, b6/7C-1 | 1 |
| | 1262 | Redacted | Service of Federal Grand Jury Subpoena | | 1262-b3-1, b6/7C-1 | 1 |
| | 1267 – 1269 | Redacted | Response to Federal Grand Jury Subpoena | | 1267-b3-1, b6/7C-1, -7 1268-b3-1, b6/7C-1, -7 1269-b3-1, b6/7C-7 | 3 |
| | 1273 – 1276 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1273-b3-1 1274-b3-1 1275-b3-1, b6/7C-1 1276-b3-1, b6/7C-3 | 4 |
| | 1277 – 1278 | Redacted | Cover letter in response to Federal Grand Jury | | 1277-b3-1, b6/7C-1 1278-b3-1 | 2 |
| | 1289 – 1290 | Redacted | Cover letter in response to Federal Grand Jury | | 1289-b3-1 1290-b3-1 | 2 |

| | 1293 – 1294 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1293-b3-1 1294-b3-1 | 2 |
|---|---|---|---|---|---|---|
| | 1296 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1296-b3-1, b6/7C-3 | 1 |
| | 1298 | Redacted | Cover letter in response to Federal Grand Jury Subpoena | | 1298-b3-1, b6/7C-1 | 1 |
| | 1300 | Redacted | Cover letter in response to Federal Grand Jury Subpoena | | 1300-b3-1 | 1 |
| | 1303 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1303-b3-1 | 1 |
| | 1304 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1304-b3-1 | 1 |
| | 1306 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1306-b3-1, b6/7C-3 | 1 |
| | 1308 | Redacted | Cover letter in response to Federal Grand Jury Subpoena | | 1308-b3-1, b6/7C-1, -7 | 1 |
| | 1313 | Redacted | Service of Federal Grand Jury Subpoena | | 1313-b3-1, b6/7C-1 | 1 |
| | 1314 | Redacted | Service of Federal Grand Jury Subpoena | | 1314-b3-1, b6/7C-1, -2 | 1 |

|  | 1317 | Redacted | Service of Federal Grand Jury Subpoena |  | 1317-b3-1, b6/7C-1 | 1 |
|---|---|---|---|---|---|---|
|  | 1318 – 1321 | Redacted | Request for records in response to Federal Grand Jury Subpoena |  | 1318-b3-1<br>1319-b3-1<br>1320-b3-1<br>1321-b3-1 | 4 |
|  | 1324 | Redacted | Service of Federal Grand Jury Subpoena |  | 1324-b3-1, b6/7C-1 | 1 |
|  | 1325 | Redacted | Request for records in response to Federal Grand Jury Subpoena |  | 1325-b3-1, b6/7C-1, -2 | 1 |
|  | 1332 | Redacted | Request for records in response to Federal Grand Jury Subpoena |  | 1332-b3-1, b6/7C-1, -2 | 1 |
|  | 1334 | Redacted | Response to Federal Grand Jury Subpoena |  | 1334-b3-1, b6/7C-1, -7 | 1 |
|  | 1336 – 1341 | Redacted | Response to Federal Grand Jury Subpoena |  | 1336-b3-1, b6/7C-2, -7<br>1337-b3-1<br>1338-b3-1<br>1339-b3-1<br>1340-b3-1<br>1341-b3-1 | 6 |
|  | 1348 – 1350 | Redacted | Response to Federal Grand Jury Subpoena |  | 1348-b3-1, b6/7C-1<br>1349-b3-1, b6/7C-1, -2, -7<br>1350-b3-1, b6/7C-1, -2 | 3 |
|  | 1352 – 1356 | Redacted | Response to Federal Grand Jury Subpoena |  | 1352-b3-1, b6/7C-7<br>1353-b3-1, b6/7C-2<br>1354-b3-1 | 5 |

| | | | | | 1355-b3-1, b6/7C-7<br>1356-b3-1, b6/7C-7 | |
|---|---|---|---|---|---|---|
| | | | Total pages withheld per Exemptions: | | | 62 |

## 108 DUPLICATE PAGES

| | Description of Original Document | Bates Location | Bates Number Location of Original Document | Pages |
|---|---|---|---|---|
| | Private Twitter Screenshot | 1049 | 1045 | 1 |
| | Handwritten notes dated 11/14/12 | 1054-1055 | 930-931 | 2 |
| | Handwritten notes dated 11/9/12 | 1173-1178 | 934-939 | 6 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1186-1189 | 951-954 | 4 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1194-1197 | 955-958 | 4 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1199 | 959 | 1 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1201-1203 | 960-962 | 3 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1205 | 959 | 1 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1206 | 1200 | 1 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1207-1209 | 960-962 | 3 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1212-1215 | 963-966 | 4 |
| | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 1217-1220 | 967-970 | 4 |
| | FD-472 Consent to Utilize CCTV | 1221-1222 | 945-946 | 2 |
| | FD-472 Consent for Recording Device | 1223-1224 | 943-944 | 2 |
| | FD-472 Consent for Recording Device | 1225-1226 | 947-948 | 2 |
| | FD-472 Consent to Utilize CCTV | 1227-1228 | 949-950 | 2 |

| | | | | |
|---|---|---|---|---|
| | FBI Special Agent Business card | 1282 | 1279 | 1 |
| | Form requesting records in response to Federal Grand Jury Subpoena | 1283 | 1276 | 1 |
| | Form requesting records in response to Federal Grand Jury Subpoena | 1284 | 1274 | 1 |
| | Form requesting records in response to Federal Grand Jury Subpoena | 1285 | 1273 | 1 |
| | Form requesting records in response to Federal Grand Jury Subpoena | 1287 | 1275 | 1 |
| | Request for records in response to Federal Grand Jury Subpoena | 1295 | 1275 | 1 |
| | Map of downtown Tampa | 1297 | 1286 | 1 |
| | FBI Special Agent Business card | 1299 | 1279 | 1 |
| | Form requesting records in response to Federal Grand Jury Subpoena | 1305 | 1275 | 1 |
| | Map of downtown Tampa | 1307 | 1286 | 1 |
| | Sealed Court Record | 1327 -1329 | 1001-1003 | 3 |
| | Request for records in response to Federal Grand Jury Subpoena | 1358 -1359 | 1331 -1332 | 2 |
| | Transcript of telephone call | 1364 | 754 | 1 |
| | Transcript of telephone call | 1367 -1371 | 760, 762, 764, 766, 768 | 5 |
| | Transcript of telephone call | 1373 | 772 | 1 |
| | Transcript of telephone call | 1392 -1394 | 609, 611, 613 | 3 |
| | Transcript of telephone call | 1397 | 619 | 1 |

|  |  | Transcript of telephone call | 1399 | 623 | 1 |
|---|---|---|---|---|---|
|  |  | Transcript of telephone call | 1402 -1408 | 629, 631, 633, 635, 637, 639, 641 | 7 |
|  |  | Transcript of telephone call | 1410 -1415 | 645, 647, 649, 651, 653, 655 | 6 |
|  |  | Transcript of telephone call | 1417 | 659 | 1 |
|  |  | Transcript of telephone call | 1419 -1420 | 663, 665 | 2 |
|  |  | Transcript of telephone call | 1422 -1423 | 669, 671 | 2 |
|  |  | Transcript of telephone call | 1426 -1440 | 677, 679, 681, 683, 685, 687, 689, 691, 693, 695, 697, 699, 701, 703, 705 | 15 |
|  |  | Transcript of telephone call | 1443 -1448 | 711, 713, 715, 717, 719, 721, | 6 |
|  |  | **Total pages withheld as duplicates:** |  |  | 108 |

14

| | | | Supplemental Duplicates Release (November 12, 2015) WIF Documents | | | |
|---|---|---|---|---|---|---|
| Category Number 7 | Bates Pages | Date of Document | Document Category 7:<br>**Forms re Consental Monitoring** | Original Dupe Page Locations | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 1186-1189 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 951-954 | 1186-b6/7C-1, b7E-1<br>1187-b7E-1<br>1188-b6/7C-1, b7E-1<br>1189-b7E-1 | 4 |
| | 1194-1197 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 955-958 | 1194-b6/7C-1, b7E-1<br>1195-b6/7C-1, b7E-1<br>1196-b6/7C-1, b7E-1<br>1197-b6/7C-1, b7E-1 | 4 |
| | 1199 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 959 | 1199-b6/7C-1, b7E-1 | 1 |
| | 1201-1203 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 960-962 | 1201-b6/7C-1, b7E-1<br>1202-b6/7C-1, b7E-1<br>1203-b6/7C-1, b7E-1 | 3 |
| | 1205 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 959 | 1205-b6/7C-1, b7E-1 | 1 |
| | 1207-1209 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 960-962 | 1207-b6/7C-1, b7E-1<br>1208-b6/7C-1, b7E-1<br>1209-b6/7C-1, b7E-1 | 3 |
| | 1212-1215 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 963-966 | 1212-b6/7C-1, b7E-1<br>1213-b6/7C-1, b7E-1<br>1214-b6/7C-1, b7E-1<br>1215-b6/7C-1, b7E-1 | 4 |
| | 1217-1220 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | 967-970 | 1217-b6/7C-1, b7E-1<br>1218-b6/7C-1, -4, b7E-1<br>1219-b6/7C-1, b7E-1<br>1220-b7E-1 | 4 |
| Category Number 8 | Bates Pages | Date of Document | Document Category 8:<br>**Federal Grand Jury Information** | Original Dupe Page Locations | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |

| | 1283-1285 | Redacted | Request for records in response to Federal Grand Jury Subpoena | 1276<br>1274<br>1273 | 1283-b3-1<br>1284-b3-1<br>1285-b3-1 | 3 |
|---|---|---|---|---|---|---|
| | 1287 | Redacted | Request for records in response to Federal Grand Jury Subpoena | 1275 | 1287-b3-1, b6/7C-3 | 1 |
| | 1295 | Redacted | Request for records in response to Federal Grand Jury Subpoena | 1275 | 1295-b3-1, b6/7C-3 | 1 |
| | 1305 | Redacted | Request for records in response to Federal Grand Jury Subpoena | 1275 | 1305-b3-1, b6/7C-3 | 1 |
| | 1327-1329 | Redacted | Sealed Court Record | 1001-1003 | 1327-b3-1<br>1328-b3-1<br>1329-b3-1 | 3 |
| | 1359 | Redacted | Request for records in response to Federal Grand Jury Subpoena | 1332 | 1359-b3-1, b6/7C-1, -2 | 1 |
| | | | **Total pages withheld per Exemptions:** | | | 34 |

| Supplemental Specific Names Release (November 25, 2015) WIF Documents | | | | | | |
|---|---|---|---|---|---|---|
| Category Number 7 | Bates Pages | Date of Document | **Document Category 7:**<br>**Forms re Consental Monitoring** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 951-953 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 951-b6/7C-1, b7E-1<br>952-b7E-1<br>953-b6/7C-1, b7E-1 | 3 |
| | 955-957 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 955-b6/7C-1, b7E-1<br>956-b6/7C-1, b7E-1<br>957-b6/7C-1, b7E-1 | 3 |
| | 959-961 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 959-b6/7C-1, b7E-1<br>960-b6/7C-1, b7E-1<br>961-b6/7C-1, b7E-1 | 3 |
| | 963-965 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 963-b6/7C-1, b7E-1<br>964-b6/7C-1, b7E-1 | 3 |

16

| | | | | | 965-b6/7C-1, b7E-1 | |
|---|---|---|---|---|---|---|
| | 967-969 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 967-b6/7C-1, b7E-1 968-b6/7C-1, -4, b7E-1 969-b6/7C-1, b7E-1 | 3 |
| | 971-973 | Redacted | FD-759 "Approval for Electronic Monitoring – Not Requiring a Court Order" | | 971-b6/7C-1, b7E-1 972-b6/7C-1, b7E-1 973-b6/7C-1, b7E-1 | 3 |
| Category Number 8 | Bates Pages | Date of Document | **Document Category 8: Federal Grand Jury Information** | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 977-978 | Redacted | Cover letter in response to Federal Grand Jury Subpoena (response provided on CD). | | 977-b3-1, b6/7C-4 978-b3-1 | 2 |
| | 981 | Redacted | Response to Federal Grand Jury Subpoena (response provided on CD). | | 981-b3-1 | 1 |
| | 990 | Redacted | Letter and records in response to Federal Grand Jury Subpoena. | | 990-b3-1 | 1 |
| | 996 | Redacted | Cover letter and records in response to Federal Grand Jury Subpoena (response provided on CD). | | 996-b3-1, b6/7C-4 | 1 |
| | 998 | Redacted | Cover letter and records in response to Federal Grand Jury Subpoena (response provided on CD). | | 998-b3-1, b6/7C-4 | 1 |
| | 1008 | Redacted | Response (letter and records) to Federal Grand Jury Subpoena | | 1008-b3-1, b6/7C-4 | 1 |
| | 1010 | Redacted | Response (letter and records) to Federal Grand Jury Subpoena | | 1010-b3-1, b6/7C-4 | 1 |
| | 1012-1015 | Redacted | Response (letter and records) to Federal Grand Jury Subpoena | | 1012-b3-1 1013-b3-1 1014-b3-1 1015-b3-1 | 4 |
| | 1026-1028 | Redacted | Responses to Federal Grand Jury Subpoenas | | 1026-b3-1 1027-b3-1, b6/7C-2 1028-b3-1, b6/7C-2 | 3 |
| | 1031 | Redacted | Response to Federal Grand Jury Subpoena | | 1031-b3-1 | 1 |
| | 1037 | Redacted | CD Response to Federal Grand Jury Subpoena | | 1037-b3-1 | 1 |
| | | | | | | |

| Category Number 6 | Bates Pages | Date of Document | Document Category 6: Received Property/Documents | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
|---|---|---|---|---|---|---|
| | 1805 | Redacted | Check related information/copies | | 1805-b6/7C-2 | 1 |
| | 1909 | Redacted | Check related information/copies | | 1909-b6/7C-2 | 1 |
| | | | **Total pages withheld per Exemptions:** | | | 37 |

| **Supplemental Specific Names Release (December 2, 2015) WIF Documents** | | | | | | |
|---|---|---|---|---|---|---|
| Category Number 2 | Bates Pages | Date of Document | Document Category 2: Legal Memorandum | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 430-445 | 2/28/2013 | Investigation overview and legal analysis | | 430-b5-1, -2, b6/7C-2,3<br>431-433-b5-1, -2<br>434-435-b5-1, -2, b6/7C-2<br>436-b5-1, -2, b6/7C-2,4<br>437-b5-1, -2, b6/7C-2<br>438-439-b5-1, -2<br>440-442-b5-1, -2, b6/7C-4<br>443-b5-1, -2, b6/7C-2<br>444-445-b5-1, -2, b6/7C-4 | 16 |
| Category Number 8 | Bates Pages | Date of Document | Document Category 8: Federal Grand Jury Information | | Exemptions and Declaration Paragraph Reference | Total Number of Pages Reviewed |
| | 1276 | Redacted | Request for records in response to Federal Grand Jury Subpoena | | 1276-b3-1 | 1 |
| | 1313 | Redacted | Service of Federal Grand Jury Subpoena | | 1313-b3-1 | 1 |

| | 1317 | Redacted | Service of Federal Grand Jury Subpoena | | 1317-b3-1 | 1 |
| | 1324 | Redacted | Service of Federal Grand Jury Subpoena | | 1324-b3-1 | 1 |
| | 1334 | Redacted | Response to Federal Grand Jury Subpoena | | 1334-b3-1, b6/7C-7 | 1 |
| | 1348-1350 | Redacted | Response to Federal Grand Jury Subpoena | | 1348-b3-1<br>1349-b3-1, b6/7C-2, -7<br>1350-b3-1, b6/7C-2 | 3 |
| | | | **Total pages withheld per Exemptions:** | | | 24 |

19