IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                                  Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

**DEFENDANTS' SUPPLEMENTAL RESPONSE TO PLAINTIFFS'
OBJECTIONS TO DEFENDANT AGENCIES' NON-COMPLIANCE
<u>AND EXPEDITED MOTION FOR IMMEDIATE COMPLIANCE</u>**

Defendants, the Federal Bureau of Investigation ("FBI") and the Executive Office of United States Attorneys ("EOUSA"), respectfully file this supplemental response to Plaintiffs' Objections to Defendant Agencies' Non-Compliance and Expedited Motion for Immediate Compliance ("Supplemental Response") pursuant to the Court's two December 2, 2015 Orders [Docs. 86 and 87]. In support of their Supplemental Response, defendants state as follows:

In the first of the Orders [Doc. 86], the Court ordered FBI and EOUSA to file a supplemental response to address categories d-h of plaintiffs' November 16, 2015 Objections [Doc. 82]. In addition, the Court ordered [Doc. 87] FBI and EOUSA to

respond to four categories raised by plaintiffs in their Second Notice of Non-Compliance [Doc. 85]. Each Order will be addressed separately.

## I. RESPONSE TO THE DECEMBER 2, 2015 Order ORDER [Doc. 86]

Contrary to plaintiffs' assertions, FBI and EOUSA represent that they have both complied with their FOIA obligations as ordered by this Court.

**Category D (Hogan-Davidson Agreement and Drafts):**

FBI represents that all versions of the Hogan-Davidson Agreement that were previously withheld in full by FBI have been produced to plaintiffs. *See, e.g.*, Hogan-Davidson Agreements located in Bates range GAWKER 1-483, and GAWKER 1041-1178 (Production date: June 30, 2015). Other than those already produced to plaintiffs, FBI and EOUSA represent that no other versions of the Hogan-Davidson agreement have been located.

**Category E (Declinations Letters):**

The two declination letters at issue were located and produced to plaintiffs on December 4, 2015. FBI and EOUSA represent that they are not withholding any declination letters.

**Category F (Communications with Hogan):**

FBI states that copies of correspondence between FBI and Hogan's agents were processed and released to plaintiff. Examples of such correspondence can be found at GAWKER 81-84, GAWKER 144-146, GAWKER 148-150, GAWKER 507, GAWKER 1079-1081, GAWKER 1098-1100, GAWKER 1111, and GAWKER 1119. Other than those already produced to plaintiffs, FBI and EOUSA represent that no

additional communications with Hogan's agents were located.

**Category G (FBI's Loaned Documents):**

Contrary to plaintiffs' assertion, FBI did request the return of all documents loaned to the Tampa Police Department and the Office of the State Attorney. FBI's August 4, 2015 letters specifically state:

> I understand that the Federal Bureau of Investigation (FBI) loaned to you documents regarding the FBI's investigation of potential federal crimes associated with video recording of Terry Gene Bollea (a/k/a Hulk Hogan). These documents included, but were not necessarily limited to, eighteen (18) FD-302s and corresponding attachments generated in the course of the aforementioned FBI investigation.

Thus, FBI's request for the return of loaned records was not limited to eighteen FD-302s. Indeed, the Office of the State Attorney read the FBI's request as applying to all documents related to the underlying investigation. In both its August 5, 2015 letter and its November 18, 2015 letter, the Office of the State Attorney expressly acknowledged that the FBI's August 4th letter had requested the "return of all copies . . . of FBI documents loaned to the Tampa Police Department pertaining to the FBI's investigation of potential federal crimes associated with the video recording of Terry Gene Bollea (a/k/a Hulk Hogan)." The pages received in August from the Office of the State Attorney were released by FBI at GAWKER 1041-1448. The pages received in November from the Office of the State Attorney were released by FBI at GAWKER 1449-1939.

**Category H (Specific Documents from FBI's Second Production):**

FBI represents that it has accounted for all of the pages identified by plaintiffs. Specifically, the following Bates pages were released to plaintiffs in August: GAWKER 1198, GAWKER 1230-1231, GAWKER 1363 and GAWKER 1365. The remaining pages identified by plaintiffs, GAWKER 1232-1238 and GAWKER 1364, were withheld in full and accounted for in the amended Vaughn index, filed December 4, 2015, on pages 8 and 13, respectively.

## II.     RESPONSE TO THE DECEMBER 2, 2015 ORDER [Doc. 87]

Following are defendants' responses to categories 1-4.

**Category 1 (Issues Concerning Certain Unredacted Documents):**

FBI acknowledges the issues raised in Category 1 and represents that it was the result of software error that occurred when FBI attempted to put the re-processed documents on the DVD for the November 30, 2015 production. This caused some of the re-processed pages not to be included in the release. FBI has corrected the software error and represents that, except for 67 pages that were produced by email today, December 4, 2015, it uploaded all responsive documents on a DVD that was produced to plaintiffs on December 2, 2015.

**Category 2 (Production of Duplicates):**

FBI represents that it originally identified all duplicates by Bates number in FBIS's Vaughn Index of Withheld in Full Documents. After the Court ordered FBI to process the duplicates, it released all duplicates of documents that have now been released. FBI represents that the released duplicates have the same Bates

numbers as the duplicates logged on the Vaughn index.

FBI represents that duplicates currently are being withheld in full only where the original document has been properly withheld in full.

**Category 3 (Discrepancy in November 25, 2015 Production):**

FBI represents that it did produce all 546 pages identified in its November 25, 2015 release letter [Doc. 85-2], which states:

> [T]he enclosed documents contain the previously processed pages with the un-redacted specific names mentioned in the order. Additionally, included in this supplemental release are the additional pages the FBI received from the Tampa Police Department on November 20, 2015. These pages are Bates stamped as Gawker 1449 through 1939.

Accordingly, FBI represents that two sets of documents were released on November 30th: (1) 490 pages received from Tampa PD which were produced at Gawker 1449 through 1939, and (2) 56 pages of re-processed pages un-redacting specific names per the Court's order (these pages retained their original Bates stamps). The 490 pages from the Tampa PD plus the 56 pages of re-processed documents accounts for the 546 pages identified in the November 25th release letter.

Of the 546 pages identified in the release letter, FBI represents that only six pages were not duplicates of previously processed documents – GAWKER 1593, 1595, 1597, 1599, 1888 and 1889. These six pages were released in full, so there are no new withholdings for the Court to review.

**Category 4 (Pages Withheld in Full from November 25, 20015 and December 2, 2015 Productions:**

FBI represents that it submitted the 37 pages withheld in full from the

5

November 25, 2015 production to the Court on December 3, 2015 for *in camera* review.  In addition, 24 pages were withheld in full from FBI's December 2, 2015 production.  Those documents were also submitted to the Court on December 3, 2015 for *in camera* review.  The amended Vaughn index filed on December 4, 2015 reflects all productions in this case.

        Respectfully submitted,

        **A. LEE BENTLEY, III**
        United States Attorney

        Respectfully submitted,

By:  *s/ E. Kenneth Stegeby*
        **E. KENNETH STEGEBY**
        Esquire Assistant U.S. Attorney
        USAO No. 112
        400 North Tampa Street, Ste. 3200
        Tampa, Florida 33602
        Telephone:  (813) 274-6087
        Facsimile:  (813) 274-6198
        Email: kenneth.stegeby@usdoj.gov
        *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 4, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alia L. Smith
Gregg Darrow Thomas
Patrick Kabat
Rachel E. Fugate
Seth D. Berlin
*Plaintiffs' Counsel*

                                *s/E. Kenneth Stegeby*
                                E. Kenneth Stegeby