UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.  8:15-cv-1202-T-24EAJ  DATE: December 8, 2015

TITLE:  Gawker Media, LLC, et al.,  v.  FBI, et al.,

Time: 10:57    -      12:23              Total: 1.26

JUDGE: **SUSAN C. BUCKLEW**           COURTROOM DEPUTY:  Susan Saylor

COURT REPORTER: Scott Gamertsfelder   COURTROOM:  15B

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Seth Berlin | AUSA Erik Stegeby |
| Gregg Thomas | |

Attorneys for Intervenor Defendant - Terry Gene Bollea
Shane Vogt
Christina Ramirez

PROCEEDINGS:  re: Order Dkt 87 directing production and responses

Court addressed the list of answer on behalf of the FBI and unaccounted documents with parties

Defense response

Plaintiff response

Pltf's Oral motion to unseal the sealed portion of the hearing held in June, 2015

Court's grants the oral motion to unseal the hearing held on June 24, 2015 and will direct the Court reporter to unseal that hearing.

Sara Jirousekwint, Chief of FOIA litigation unit in the office of general counsel at the FBI spoke as to how the documents get in the central record system.

Court will speak with Magistrate Jenkins to see if she will mediate the case.