```
               UNITED STATES OF AMERICA
             UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF FLORIDA
                     TAMPA DIVISION

                         - - -
               HONORABLE SUSAN C. BUCKLEW
          UNITED STATES DISTRICT JUDGE PRESIDING
                         - - -

GAWKER MEDIA, LLC, ET. AL.  )
                            )
        PLAINTIFF,          )
                            )
VS.                         ) NO. 8:15-CV-1202-T-24EAJ
                            )
FBI, ET. AL.                )
                            )
        DEFENDANTS.         )
_____)
```

**EXCERPT OF SEALED PORTION OF HEARING**

REPORTER'S TRANSCRIPT OF PROCEEDINGS
**JUNE 24, 2015**
TAMPA, FLORIDA


MELISSA A. PIERSON, CA/CSR 12499,
IL/CSR 084.003138, RPR
FEDERAL OFFICIAL COURT REPORTER
801 N. FLORIDA AVENUE, 2ND FLOOR
TAMPA, FLORIDA 33602
PH:  (813) 301-5336
USDCTRANSCRIPTS@GMAIL.COM

```
 1    APPEARANCES OF COUNSEL:

 2    ON BEHALF OF PLAINTIFF:
                Levine, Sullivan, Koch & Schultz, LLP
 3              BY:  Mr. Seth D. Berlin, Esq.
                BY: Ms. Rachel E. Fugate, Esq.
 4              1899 L. Street, NW
                St. 200
 5              Washington, DC 20036
                (202) 508-1122
 6              www.lskslaw.com

 7    Also present:  Ms. Heather Detrick

 8


 9    ON BEHALF OF DEFENDANTS:

10              United States Attorney
                Mr. A. Lee Bentley, III
11              BY:  Mr. Erik K. Stegeby, Esq.
                400 N. Tampa St.
12              St. 3200
                Tampa, FL 33602
13              (813) 274-6087
                Kenneth.Stegeby@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              TAMPA, FLORIDA; WEDNESDAY, JUNE 24, 2015
 2                             - - -
 3                 (COURT IN SESSION AT 11:00 A.M.)
 4                            *   *   *
 5    (Previous unsealed transcript
 6    filed with the Court.)
 7    (All counsel exit courtroom.)
 8              MR. STEGEBY:  The FBI has said that their field
 9    office is working with the Tampa Police Department on an
10    investigation as to whether it was grand theft in this case.
11    They suspect that someone, I don't remember his regular name,
12    *Bubba The Love Sponge*, whose wife was having the affair with
13    Mr. Hogan, someone within *Bubba The Love Sponge's* studio may
14    have stolen those videos to sell them.  Right now we're
15    talking about two separate investigations.
16              The FBI conducted an investigation regarding a
17    potential extortion by a lawyer in California against
18    Mr. Hogan.  The FBI got involved and our office got involved
19    in the criminal section.  They chose not to bring any charges
20    against this person, and the FBI also closed their
21    investigation.
22              So that's why -- when they filed the initial FOIA
23    request, the FBI only asserted privacy action -- or privacy
24    concerns, and that's when Plaintiff went back to state court
25    and forced Mr. Hogan and his attorneys to sign the releases.
```

```
 1   Then -- and that took a year.
 2            Then when they came back, we -- my office didn't
 3   have the privacy issues anymore because of the waivers.  So
 4   that's why we said, "Okay.  If you pay us, we'll process
 5   these documents."  On the 4th, that's when we learned of the
 6   Tampa Bay Police Department investigation into possible grand
 7   theft issues.  So there are two separate lawsuits or
 8   investigations, one is closed, one is ongoing at this time.
 9            THE COURT:  Okay.  Let me just -- so we don't keep
10   them out there too long.
11            So this is a relatively new investigation then?
12            MR. STEGEBY:  As far as I understand, yes.  I have
13   asked to be put in touch with the Tampa Bay Police
14   Department's person, point person and the field agent for the
15   FBI who is working with them.  Because I want to know which
16   documents are responsive and releasable and which are not.
17   Maybe all of them are protected by 7(a), I just don't know at
18   this point.
19            THE COURT:  Okay.  Do you know whether this is an
20   investigation that Mr. Clem or *Bubba The Love Sponge* actually
21   went to the Tampa Police Department and claimed in some
22   manner or fashion?
23            MR. STEGEBY:  I don't know.  I don't know how the
24   TPD received information about the possible grand theft.
25            THE COURT:  Do you know when the investigation was
```

1  opened?
2           MR. STEGEBY: I don't.  What I do know is I asked
3  the FBI to verify that the investigation is ongoing, and that
4  it's not going to conclude within a month or two because then
5  this exercise is useless.  They told me, yes.  It's -- it
6  probably is going to go through the rest of the year at
7  least.
8           THE COURT: Do you know why they think it should be
9  kept secret?
10          MR. STEGEBY: I don't.  I have asked the FBI.  The
11 FBI has been very quiet on the issue.
12          In fact, your Honor, the FBI was quite upset with
13 my office after we filed the response.  We called it a
14 "non-federal law enforcement agency."  They did not even want
15 to say that.  In fact, I'm working on some other documents
16 responsive to the motion myself, a summary judgment motion,
17 and they have taken out all references to "non-federal."  We
18 have, sort of, fought back and said, "Look, it's factually
19 correct that it is a non-federal agency, and the cat's out of
20 the bag.  We already stated to the Court that it's
21 non-federal."
22          THE COURT: You know, my concern, obviously, is
23 that one of the parties to the lawsuit might have gone to the
24 Tampa Police Department and complained and initiated this
25 investigation, and by initiating the investigation, clearly

```
 1   has stopped the disclosure pursuant to FOIA.  So that's why
 2   I'm asking you those questions.  It does seem to me to be
 3   strange that they are not even willing to say, "We have an
 4   investigation going on and what the agency is."  I mean, I've
 5   never heard of that.
 6              MR. STEGEBY:  I have, in other FOIA cases, dealt
 7   with FBI and DEA where the FAA was the agency that created
 8   the documents.  There was -- I'm sorry.  There were radar
 9   plots of an aircraft -- or multiple aircraft that flew around
10   and there were communications between the agents and the
11   tower, and someone asked the FAA for the radar plots, the
12   audio communications and any other communication, and DEA and
13   FBI wanted to remain anonymous.  So we called them, "other
14   government agencies."  That case was eventually resolved on
15   summary judgment motion.  So there are instances when the
16   investigating agency prefers to be anonymous.
17              I know why in the other case that I had.  I don't
18   yet know why in this particular case.
19              THE COURT:  And this is a grand theft.
20              MR. STEGEBY:  I know, your Honor.  So I have tried
21   to push the FBI hard, and even my civil chief has been
22   intimately involved.  He actually wanted to be here today.
23   His daughter had a medical issue so he couldn't be here
24   today.
25              THE COURT:  Who is that?
```

```
 1              MR. STEGEBY:  Randy Harwell.  He is the civil
 2   chief.
 3              THE COURT:  Yes.  I should know that, but I didn't.
 4   All right.  All right.  Let's bring everybody back in.
 5              MR. STEGEBY:  Thank you.
 6   (Back before open court.)
 7   (Which were the proceedings
 8   heard in a closed courtroom.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CERTIFICATE OF REPORTER

COUNTY OF HILLSBOROUGH   )
                         ) SS.
STATE OF FLORIDA         )

I, MELISSA A. PIERSON, OFFICIAL COURT REPORTER, REGISTERED PROFESSIONAL REPORTER, IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA, DO HEREBY CERTIFY THAT I REPORTED, STENOGRAPHICALLY, THE FOREGOING PROCEEDINGS AT THE TIME AND PLACE HEREINBEFORE SET FORTH; THAT THE SAME WAS THEREAFTER REDUCED TO TYPEWRITTEN FORM BY MEANS OF COMPUTER-AIDED TRANSCRIPTION; AND I DO FURTHER CERTIFY THAT THIS IS A TRUE AND CORRECT TRANSCRIPTION OF MY STENOGRAPHIC NOTES.

DATE:  Dec. 9, 2015

S:/Melissa A. Pierson
MELISSA A. PIERSON, CA/CSR 12499
IL/CSR 084.003138, RPR
FEDERAL OFFICIAL COURT REPORTER