UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

      Plaintiffs,

vs.

      Case No.:  8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

      Defendants.
_____/

## PLAINTIFFS' STATUS REPORT

In its December 14, 2015 Order (the "December 14 Order," Dkt. 96), the Court directed the parties to discuss, and to attempt to resolve informally, the issue of Plaintiffs' attorneys' fees by January 15, 2016, and to report to the Court on that date.  Pursuant to the December 14 Order, Plaintiffs advise the Court of the following:

    1.    Seven days after the entry of the December 14 Order, Plaintiffs transmitted to the Agencies' counsel a lengthy submission detailing their fees, including detailed information about the qualifications of their counsel, their hourly rates, the work performed, and the fees they incurred in connection with the bulk of the case as to which Plaintiffs prevailed (expressly excluding fees related to issues on which the Court did not rule in Plaintiffs' favor).

    2.    As they had at the December 8, 2015 hearing, Plaintiffs communicated in that submission (as well as in telephone calls with the Agencies' counsel), that they were prepared to be extremely reasonable in attempting to compromise this matter.  To that end, they proposed that the parties convene a conference call or meeting along with the respective "clients"

authorized to make decisions about this issue on each side, explaining that "having us all on the phone together will likely streamline this process substantially, and will hopefully obviate the need for further involvement by the Court."

3. In the nearly four weeks since making that submission, the Agencies did not respond, despite Plaintiffs' repeated follow up both by telephone and email. On the morning of the Court's deadline for reporting whether the issue had been resolved (i.e., this morning), the Agencies' counsel communicated an initial proposal on behalf of the FBI, in which it discounted the fees requested by 94%. (Counsel for the Agencies also advised that some portion of the FBI's payment may be allocated to the EOUSA, and that, other than that possible allocation, the EOUSA was not offering a separate payment of its own at this time.) The Agencies also declined the proposal to convene a call or meeting with the decision-makers, although their counsel indicated that they continue to profess an interest in attempting to resolve informally this one remaining issue in the case.

4. While Plaintiffs expressed a willingness to be reasonable (and reiterate that here), they do not view an offer of six cents on the dollar, communicated on the deadline after nearly a month, to be a meaningful attempt at resolving the matter by that deadline. For present purposes, it is clear that, taken together, the substance and timing of the Agencies' response, their unwillingness to have principals meet or speak directly, and the history of their conduct throughout this case, indicate that the attorneys' fees issue is not going to be able to be resolved without either mediation (as proposed at the December 8, 2015 hearing and as contemplated by the December 14 Order) or litigation.

5. Because Plaintiffs believe it would be far more efficient to convene a mediation than to proceed with contested motions practice, Plaintiffs respectfully request that this matter be

referred to mediation – if possible, before Magistrate Judge Jenkins – to be attended by decision-makers from Gawker Media, the FBI and the EOUSA and to be completed within the next 21 days, unless the Magistrate Judge's schedule requires a longer period.

| | |
|---|---|
| January 15, 2016 | Respectfully submitted, |
| | THOMAS & LOCICERO PL |
| Seth D. Berlin (pro hac vice)<br>Alia L. Smith (pro hac vice)<br>Patrick Kabat (pro hac vice)<br>LEVINE SULLIVAN KOCH<br>  & SCHULZ, LLP<br>1899 L Street, NW, Suite 200<br>Washington, DC 20036<br>Tel.: (202) 508-1122<br>Fax: (202) 861-9888<br>sberlin@lskslaw.com<br>asmith@lskslaw.com<br>pkabat@lskslaw.com | By:  */s/ Gregg D. Thomas*<br>    Gregg D. Thomas<br>    Florida Bar No.: 223913<br>    Rachel E. Fugate<br>    Florida Bar No.: 0144029<br>601 South Boulevard<br>P.O. Box 2602 (33601)<br>Tampa, FL 33606<br>Tel.: (813) 984-3060<br>Fax: (813) 984-3070<br>gthomas@tlolawfirm.com<br>rfugate@tlolawfirm.com |

*Counsel for Plaintiffs*

4

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 15th day of January 2016 a true and correct copy of the foregoing is being electronically filed and served via CM/ECF on the following:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

                                                 */s Gregg D. Thomas*
                                                  Attorney