UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D.
THOMAS,

        Plaintiffs,

                                            Case No.:  8:15-cv-01202-SCB-EAJ

vs.

THE FEDERAL BUREAU OF
INVESTIGATION and THE EXECUTIVE
OFFICE OF UNITED STATES ATTORNEYS

        Defendants.
_____/

**PLAINTIFFS' RESPONSE TO JANURY 21, 2016 ORDER**

        In its January 21, 2016 Order (Dkt. 102), the Court requested the parties to advise, by January 25, 2016, whether they had any objection to closing this case administratively, while retaining jurisdiction to adjudicate the issue of attorneys' fees.  This was based in part on Plaintiffs' statement in their earlier status report that attorneys' fees is "the one remaining issue in this matter."  *Id.* (citing Dkt. 101 at 4).  That statement remains correct, but there is one new development that Plaintiffs ask be taken into consideration.

        Since Plaintiffs made that statement, the state court judge (Hon. Pamela A.M. Campbell) – who had previously ordered the DVDs produced by the FBI in early December to be reviewed by the Special Discovery Magistrate (Hon. James Case) in lieu of being viewed by the parties' counsel – has instead reviewed those DVDs herself and, based on that review, has directed the parties' counsel, including counsel for Plaintiffs in this case, to view the five DVDs themselves promptly at the state courthouse.  *See* Ex. A (Jan. 20, 2016 Hrg. Tr.).  That viewing is expected to occur within the next few days.

1

Plaintiffs do not expect there to be any issues related to the DVDs as had occurred previously, including because of (a) this Court's direction to the FBI to ensure that the subsequently-produced DVDs were correct and (b) AUSA Stegeby's representation to the Court that he had in fact done so.  Nevertheless, given that it involves a delay of only a few days, in an abundance of caution, Plaintiffs request that the Court delay the administrative closure of this case until after that review is completed.  If the Court is amenable to Plaintiffs' request, once the viewing is completed, Plaintiffs will notify the Court.

That brief delay should not otherwise require changing the other deadlines set forth in the Court's January 21 Order or otherwise delay the adjudication of the attorneys' fee issue.[1]  Plaintiffs' counsel advised AUSA Stegeby on January 22, 2016 that they intended to make the foregoing request, and he did not object.

| | |
|---|---|
| January 25, 2016 | Respectfully submitted, |
| | THOMAS & LOCICERO PL |
| | By:   */s/ Gregg D. Thomas* |
| Seth D. Berlin (pro hac vice) | Gregg D. Thomas |
| Alia L. Smith (pro hac vice) | Florida Bar No.: 223913 |
| Patrick Kabat (pro hac vice) | Rachel E. Fugate |
| LEVINE SULLIVAN KOCH | Florida Bar No.: 0144029 |
| & SCHULZ, LLP | 601 South Boulevard |
| 1899 L Street, NW, Suite 200 | P.O. Box 2602 (33601) |
| Washington, DC 20036 | Tampa, FL 33606 |
| Tel.: (202) 508-1122 | Tel.: (813) 984-3060 |
| Fax: (202) 861-9888 | Fax: (813) 984-3070 |
| sberlin@lskslaw.com | gthomas@tlolawfirm.com |
| asmith@lskslaw.com | rfugate@tlolawfirm.com |
| pkabat@lskslaw.com | |

*Counsel for Plaintiffs*

---

[1] In addition, Plaintiffs identified one document that still had a name incorrectly redacted.  The FBI has agreed to produce a corrected version.  Although the document has not yet been produced, given that agreement, that issue would not, in Plaintiffs' view, require the Court to keep this matter open.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January 2016 a true and correct copy of the foregoing is being electronically filed and served via CM/ECF on the following:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

                                                  */s Gregg D. Thomas*
                                                    Attorney