UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and GREGG D. THOMAS,

      Plaintiffs,

vs.

Case No.: 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF INVESTIGATION and THE EXECUTIVE OFFICE OF UNITED STATES ATTORNEYS

      Defendants.
_____/

## STATUS REPORT

1. On January 25, 2016, this Court requested that Plaintiffs file notice once counsel had reviewed the DVDs produced by the Defendant Federal Bureau of Investigation. Dkt. 104.

2. On January 27, 2016, review of the DVDs was completed, and there were no technical or other issues with those DVDs that would preclude administratively closing this case.

3. As a result, Plaintiffs respectfully request that the case be administratively closed except for the issue of entitlement to attorneys' fees. On that issue, Plaintiffs are filing their motion contemporaneously herewith.

January 29, 2016

Seth D. Berlin (pro hac vice)
Alia L. Smith (pro hac vice)
Patrick Kabat (pro hac vice)
LEVINE SULLIVAN KOCH
 & SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel.: (202) 508-1122
Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

Respectfully submitted,

THOMAS & LOCICERO PL

By:  */s/ Gregg D. Thomas*
    Gregg D. Thomas
    Florida Bar No.: 223913
    Rachel E. Fugate
    Florida Bar No.: 0144029
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel.: (813) 984-3060
Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of January 2016 a true and correct copy of the foregoing is being electronically filed and served via CM/ECF on the following:

Kenneth Stegeby
Office of the United States Attorney for the Middle District of Florida
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Kenneth.Stegeby@usdoj.gov

*Counsel for Defendants*

                                          */s Gregg D. Thomas*
                                              Attorney