# EXHIBIT 1

To

PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES

IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA

TERRY GENE BOLLEA professionally
known as HULK HOGAN,

    Plaintiff,

vs.                                                  Case No. 12012447CI-011

HEATHER CLEM; GAWKER MEDIA, LLC
aka GAWKER MEDIA; GAWKER MEDIA
GROUP, INC. aka GAWKER MEDIA;
GAWKER ENTERTAINMENT, LLC;
GAWKER TECHNOLOGY, LLC; GAWKER
SALES, LLC; NICK DENTON; A.J.
DAULERIO; KATE BENNERT, and
BLOGWIRE HUNGARY SZELLEMI
ALKOTAST HASZNOSITO KFT aka
GAWKER MEDIA,

    Defendants.
_____/

## TIMES PUBLISHING COMPANY'S MOTION TO INTERVENE FOR THE LIMITED PURPOSE OF OPPOSING CLOSURE OF <u>JUDICIAL PROCEEDINGS AND RECORDS</u>

TIMES PUBLISHING COMPANY, by and through its undersigned counsel, moves to intervene in this action for the limited purpose of opposing closure of judicial proceedings and records. In support of this Motion, the Times states:

1. Times Publishing Company ("the Times") is the owner and publisher of Florida's largest daily newspaper of general circulation, the *Tampa Bay Times*, and its affiliated news website www.tampabay.com. The Times regularly relies on access to judicial proceedings and records to gather and report news of concern to the public.

2. Plaintiff herein has filed a Motion to Determine Confidentiality of Court Records and for Protective Order Excluding the Public and Press at Trial for Certain Evidence and Argument,

1

along with a number of other motions seeking closure of legal arguments and evidence filed with the court.

3. As a member of the news media, the Times has standing to intervene and be heard with respect to issues, motions and arguments affecting public access to court records and proceedings. *See Barron v. Florida Freedom Newspapers, Inc.,* 531 So.2d 113. 118 (Fla.1998). The Times opposes Plaintiff's requests for limitations on public access to this Court's proceedings and records, wishes to file a memorandum of law addressing the issues, and wishes to be heard through counsel concerning these matters.

WHEREFORE, Times Publishing Company respectfully requests that this Honorable Court enter an Order permitting it to intervene and be heard on the Plaintiff's motions to exclude the public and members of the news media from proceedings and records herein.

Respectfully submitted,

/s/ Alison M. Steele
Alison M. Steele
Fla. Bar No. 701106
Rahdert, Steele, Reynolds
   & Driscoll, P.L.
535 Central Avenue
St. Petersburg, FL 33701
Telephone: (727) 823-4191
Fax: (727) 823-6189
Email: amnestee@aol.com
       asteele@rahdertlaw.com
       ncampbell@rahdertlaw.com

*Attorneys for Intervenor*
*Times Publishing Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 29th day of June, 2015 I caused a true and correct copy of the foreging to be served via email upon the following counsel of record:

Kenneth G. Turkel
kturkel@BajoCuva.com
Shane B. Vogt
shane.vogt@BajoCuva.com
Bajo Cuva Cohen & Turkel, P.A.
100 N. Tampa Street, Suite 1900
Tampa FL 33602
Tel: (813) 443-2199
Fax: (813) 443-2193

Charles J. Harder
charder@HMAfirm.com
Douglas E. Mirell
dmirell@HMAfirm.com
Jennifer J. McGrath
jmcgrath@HMAfirm.com
Sarah E. Luppen
sluppen@HMAfirm.com
Harder Mirell & Abrams LLP
1925 Century Park East, Suite 800
Los Angeles CA 90067
Tel: (424) 203-1600
Fax: (424 203-1601

*Attorneys for Plaintiff*

Barry A. Cohen
Michael W. Gaines
The Cohen Law Group
201 E. Kennedy Blvd., Suite 1950
Tampa FL 33602
bcohen@tampalawfirm.com
mgaines@tampalawfirm.com
jhalle@tampalawfirm.com
mwalsh@tampalawfirm.com

*Attorneys for Heather Clem*

3

Michael Berry
Paul J. Safier
Levine Sullivan Koch & Schulz, LLP
1760 Market Street, Suite 1001
Philadelphia PA 19103
mberry@lskslaw.com
psafier@lskslaw.com

*Pro Hac Vice Counsel for Gawker Defendants*

Kirk S. Davis
Shawn M. Goodwin
Akerman LLP
401 E. Jackson Street, Suite 1700
Tampa FL 33602
kirk.davis@akerman.com
shawn.goodwin@akerman.com

*Co-Counsel for Gawker Defendants*

Gregg D. Thomas
Rachel E. Fugate
Thomas & LoCicero PL
601 S. Boulevard
Tampa FL 33606
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com
kbrown@tlolawfirm.com
abeene@tlolawfirm.com

*Counsel for Gawker Defendants*

Seth D. Berlin
Alia L. Smith
Michael D. Sullivan
Levine Sullivan Koch & Schulz, LLP
1899 L Street NW, Suite 200
Washington D.C. 20036
sberlin@lskslaw.com
asmith@lskslaw.com
msullivan@lskslaw.com

*Pro Hac Vice Counsel for
Gawker Defendants*

4

/s/ Alison M. Steele  
Alison M. Steele  
Fla. Bar No. 0701106
