# EXHIBIT 6

To

PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES

### IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
### SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

December 3, 2015

**CASE NO.: 2D15-5044**
L.T. No. : 12012447

| Times Publishing Company, Et Al | v. | Terry Gene Bollea, Et Al |
|---|---|---|
| Appellant / Petitioner(s), | | Appellee / Respondent(s). |

**BY ORDER OF THE COURT:**

The respondents shall respond to the petition for writ of certiorari to review order sealing judicial records within 15 days of the present order. The petitioners may reply to the respective responses within 10 days of their service.

Within 15 days of the present order, the respondents shall file under seal a copy of each of the documents determined by the trial court to be confidential in the three orders on review. To the extent of contradiction, the confidentiality determinations in the November 18, 2015, order shall of course prevail over those of the October 27, 2015, order. The respondents shall cooperate to provide a single bookmarked filing (divided as may be necessary based on limitations of the portal) of these documents. The electronic filing(s) shall be clearly labeled as being under seal. Each document shall be prefaced with a cover page listing the title of the document, which of the three orders on review addresses the document, the specific paragraph of the order that refers to the document, and an appendix number or letter. The documents shall be presented in the sequence in which they are listed in the three orders. The respondents should identify these filings in their responses as "sealed appendix __" to distinguish these filings from the appendices to their respective responses.

The motion for leave to appear as amici curiae in support of the petitioners and to join in their brief is granted. In light of the nature of this request, no separate briefs shall be filed by the amici.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.
Served:

| | | |
|---|---|---|
| Alison M. Steele, Esq. | Charles Tobin, Esq., | Timothy J. Conner, Esq. |
| Gregg D. Thomas, Esq. | Kenneth G. Turkel, Esq. | Rachel E. Fugate, Esq. |
| Shane B. Vogt, Esq. | David Houston, Esq. | Charles J. Harder, Esq. |
| Seth D. Berlin, Esq. | Paul J. Safier, Esq. | Alia L. Smith, Esq. |
| Michael Berry, Esq. | Douglas E. Mirell, Esq. | Michael D. Sullivan, Esq. |
| Sarah Lupen, Esq. | Ken   Burke, Clerk | |

td

Mary Elizabeth Kuenzel
Clerk



# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
# SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

January 8, 2016

**CASE NO.: 2D15-5044**
L.T. No. : 12012447

| Times Publishing Company, Et Al | v. | Terry Gene Bollea, Et Al |
|---|---|---|
| Appellant / Petitioner(s), | | Appellee / Respondent(s). |

**BY ORDER OF THE COURT:**

    Although the petition refers to the motions to determine confidentiality underlying the three orders on review, the appendix to the petition does not appear to include these motions. So that the court can review the orders in the context of the pleadings underlying them, within 15 days of this order the petitioner shall supplement the appendix to the petition with copies of all confidentiality motions underlying the three orders on review and any responses and replies to them. For the court's convenience, each motion, response, or reply shall be preceded by a cover page referencing either the short November 18, 2015, order or the specific paragraph(s) of the longer November 18, 2015, order responsive to that motion, response, or reply. To the extent possible, the sequence of presentation should be the same as that of the longer November 18, 2015, order.

    I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| Alison M. Steele, Esq. | Charles Tobin, Esq., | Timothy J. Conner, Esq. |
| Gregg D. Thomas, Esq. | Kenneth G. Turkel, Esq. | Rachel E. Fugate, Esq. |
| Shane B. Vogt, Esq. | David R. Houston, Esq. | Charles J. Harder, Esq. |
| Seth D. Berlin, Esq. | Michael Berry, Esq. | Ken  Burke, Clerk |

td

Mary Elizabeth Kuenzel
Clerk



# IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## SECOND DISTRICT, POST OFFICE BOX 327, LAKELAND, FL 33802-0327

January 22, 2016

**CASE NO.: 2D15-5044**
L.T. No. : 12012447

Times Publishing Company, Et Al     v.     Terry Gene Bollea, Et Al

Appellant / Petitioner(s),          Appellee / Respondent(s).

## BY ORDER OF THE COURT:

Within 15 days of this order, the petitioner shall supplement its petition with the following documents: (1) any motions and responses underlying the July 25, 2013, confidentiality order; (2) the April 23, 2014, order referred to in the June 12, 2015, motion to determine confidentiality of court records and in other similar motions; (3) any motions and responses underlying the October 20, 2014, magistrate's report.

The petitioner shall also clarify the following. The last sentence in the second paragraph of the April 23, 2015, order found at Appendix D of the petition has a word either crossed out or highlighted with marker; the word is illegible in this court's file. The petitioner shall state its understanding of the sentence. The respondents may respond within 10 days thereafter.

I HEREBY CERTIFY that the foregoing is a true copy of the original court order.

Served:

| | | |
|---|---|---|
| Alison M. Steele, Esq. | Charles Tobin, Esq., | Timothy J. Conner, Esq. |
| Gregg D. Thomas, Esq. | Kenneth G. Turkel, Esq. | Rachel E. Fugate, Esq. |
| Shane B. Vogt, Esq. | David R. Houston, Esq. | Charles J. Harder, Esq. |
| Seth D. Berlin, Esq. | Michael Berry, Esq. | Ken Burke, Clerk |

td

Mary Elizabeth Kuenzel
Clerk

