# EXHIBIT 7

To

PLAINTIFFS' MOTION FOR
AN AWARD OF ATTORNEYS' FEES

1

```
   IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
 OF THE STATE OF FLORIDA, IN AND FOR PINELLAS COUNTY


- - - - - - - - - - - - - - - - - -
TERRY GENE BOLLEA, professionally
known as HULK HOGAN,

        Plaintiff,
                                     No. 12-012447-CI-011
vs.

HEATHER CLEM; GAWKER MEDIA, LLC,
aka GAWKER MEDIA, et al.,

        Defendants.
- - - - - - - - - - - - - - - - - -/



                    PUBLIC TRANSCRIPT

    HEARING BEFORE THE HONORABLE PAMELA A.M. CAMPBELL




  DATE:              January 13, 2016

  TIME:              9:04 a.m. to 12:32 p.m.

  PLACE:             Pinellas County Courthouse
                     545 First Avenue North
                     Courtroom C
                     St. Petersburg, Florida


  REPORTED BY:       Susan C. Riesdorph, RPR, CRR
                     Notary Public, State of
                     Florida




                     Pages 1 - 87
```

**Riesdorph Reporting Group, Inc. (813) 222-8963**

```
 1   APPEARANCES:

 2      CHARLES J. HARDER, ESQUIRE
        Harder Mirell & Abrams, LLP
 3      132 South Rodeo Drive
        Suite 301
 4      Los Angeles, California 90212
             - and -
 5      KENNETH G. TURKEL, ESQUIRE
        SHANE B. VOGT, ESQUIRE
 6      Bajo Cuva Cohen & Turkel, P.A.
        100 North Tampa Street
 7      Suite 1900
        Tampa, Florida 33602
 8           Attorneys for Plaintiff

 9
        SETH D. BERLIN, ESQUIRE
10      MICHAEL D. SULLIVAN, ESQUIRE
        Levine Sullivan Koch & Schulz, LLP
11      1899 L Street, N.W.
        Suite 200
12      Washington, D.C. 20036
             - and -
13      MICHAEL BERRY, ESQUIRE
        Levine Sullivan Koch & Schulz, LLP
14      1760 Market Street
        Suite 1001
15      Philadelphia, Pennsylvania
             - and -
16      RACHEL FUGATE, ESQUIRE
        Thomas & LoCicero, PL
17      601 South Boulevard
        Tampa, Florida 33606
18           - and -
        HEATHER DIETRICK, ESQUIRE
19      General Counsel
        Gawker Media
20      210 Elizabeth Street
        Third Floor
21      New York, New York 10012
             Attorneys for Defendant Gawker Media, LLC
22

23

24

25
```

```
 1   APPEARANCES (continued):

 2      ALLISON M. STEELE, ESQUIRE
        Rahdert, Steele, Reynolds & Driscoll, P.L.
 3      535 Central Avenue
        St. Petersburg, Florida 33701
 4           Attorney for Intervenor Times
             Publishing Company
 5

 6   ALSO PRESENT:

 7      Terry Bollea

 8

 9

10                  I N D E X

11   PROCEEDINGS                                   Page  4

12   CONFIDENTIAL PROCEEDINGS AT BENCH             Page 48
     (11:16 a.m. to 11:40 a.m.)
13
     CONFIDENTIAL PROCEEDINGS AT BENCH             Page 53
14   (11:50 a.m. to 11:51 a.m.)

15   REPORTER'S CERTIFICATE                        Page 87

16

17

18

19

20

21

22

23

24

25
```

1    the practical problem, but there's the practical
2    problem with today's records and the practical
3    problem with today's hearing and then there's the
4    practical problem of when we get to trial.  With
5    that, I suspect that Ms. Steele might be next, but
6    I'll leave that to Your Honor.
7         THE COURT:  It's hard for Ms. Steele to make
8    an argument when she's sort of talking in a
9    vacuum.
10        But, Ms. Steele, go ahead.  I know you'll do
11   a good job.
12        MS. STEELE:  Thank you, Your Honor.  I
13   appreciate it.
14        I believe Your Honor's initial question
15   anticipated one of my concerns, which is I am
16   highly concerned that we're heading toward a
17   courtroom closure here, possibly for today's
18   hearing and possibly at trial.
19        THE COURT:  I don't anticipate that.
20        MS. STEELE:  Thank you, Your Honor.  I
21   thought that would be very unusual for you.
22        With respect to what I'm understanding is
23   presently sealed with respect to today's hearing,
24   there are three motions filed by Gawker and the
25   omnibus response in opposition filed by

```
 1                REPORTER'S CERTIFICATE
 2
 3   STATE OF FLORIDA          :
 4   COUNTY OF HILLSBOROUGH    :
 5
 6
 7          I, Susan C. Riesdorph, RPR, CRR certify that I
     was authorized to and did stenographically report the
     foregoing proceedings and that the transcript is a true
 8   and complete record of my stenographic notes.
 9          I further certify that I am not a relative,
     employee, attorney, or counsel of any of the parties,
10   nor am I a relative or employee of any of the parties'
     attorney or counsel connected with the action, nor am I
11   financially interested in the outcome of the foregoing
     action.
12
            Dated this 14th day of January, 2016, IN THE
13   CITY OF TAMPA, COUNTY OF HILLSBOROUGH, STATE OF
     FLORIDA.
14
15
16
17           Susan C. Riesdorph, RPR, CRR, CLSP
18
19
20
21
22
23
24
25
```