IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                        Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES

Defendants, the Federal Bureau of Investigation and the Executive Office of United States Attorneys, respectfully file this Notice of Intent to Respond to Plaintiffs' Motion for an Award of Attorneys' Fees.

As allowed by the Court's January 21, 2016 Order [Doc. 102], defendants filed a supplemental brief on January 29, 2016 [Doc. 107] in support of their position that plaintiffs are not entitled to any attorneys' fees.  On the same day, January 29, 2016, plaintiffs filed a Motion for an Award of Attorneys' Fees.  That brief contains some factual inaccuracies and legal arguments that defendants intend to address.

/ / /

Pursuant to Local Rule 3.01(b), defendants intend to file their response to plaintiffs' motion by February 12, 2016.

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

Respectfully submitted,

By:  *s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY, Esq.
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6087
Facsimile:    (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alia L. Smith
Gregg Darrow Thomas
Patrick Kabat
Rachel E. Fugate
Seth D. Berlin
*Plaintiffs' Counsel*

 *s/E. Kenneth Stegeby*
E. Kenneth Stegeby