IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                     Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

**DEFENDANTS' AMENDED NOTICE OF INTENT TO RESPOND TO
PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES**

    Defendants, the Federal Bureau of Investigation and the Executive Office of United States Attorneys, respectfully file this Amended Notice of Intent to Respond to Plaintiffs' Motion for an Award of Attorneys' Fees.

    On February 5, 2016, defendants filed a notice of intent to respond to plaintiffs' motion for attorneys' fees [Doc. 109]. However, the undersigned miscalculated the due date for our responses under Local Rule 3.01(b), stating that defendants would file their responses by Friday, February 12, 2016, but the correct due date for defendants' responses is Tuesday, February 16, 2016.

Pursuant to Local Rule 3.01(b), defendants intend to file their response to plaintiffs' motion by February 16, 2016.

Respectfully submitted,

**A. LEE BENTLEY, III**
United States Attorney

Respectfully submitted,

By:  *s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY, Esq.
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6087
Facsimile:    (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Alia L. Smith
Gregg Darrow Thomas
Patrick Kabat
Rachel E. Fugate
Seth D. Berlin
*Plaintiffs' Counsel*

 *s/E. Kenneth Stegeby*
E. Kenneth Stegeby

2