# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                    Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants

### FIFTH DECLARATION OF TRICIA FRANCIS

I, Tricia Francis, declare the following to be a true and correct statement of additional facts as supplement to my First, Second, Third, and Fourth Declaration with the Court in the above-captioned action and in support of Defendants' Opposition to Plaintiff's Motion for Attorney Fees, which was filed on January 29, 2016. The purpose of this Fifth Declaration is to present additional information regarding an issue to be addressed in Defendant EOUSA's Opposition to Plaintiff's Motion. The statements I make in this Declaration are based on my review of the official files and records of EOUSA, my own personal knowledge, and information acquired by me through the performance of my official duties.

1. When the undersigned prepared, signed, and submitted the release letter of May 22, 2015, to the Plaintiffs, which contained EOUSA's response to Plaintiff Greg Thomas's FOIA request, the undersigned was not aware that the instant lawsuit had been filed.

2. The undersigned did not become aware of the instant lawsuit until after the undersigned had submitted the May 22, 2015, release letter to be mailed to Mr. Thomas.

3. The records that were submitted for release to Mr. Thomas by the undersigned on May 22, 2015, were processed in the normal course of business for the FOIA/PA Staff of EOUSA, and they were not processed as a result of any pending litigation.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct, to the best of my knowledge and belief.

Executed this 16th day of February, 2016.

TRICIA FRANCIS
Attorney-Advisor
Executive Office for United States Attorneys
FOIA/PA Staff