IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GAWKER MEDIA, LLC and
GREGG D. THOMAS,

    Plaintiffs,

v.                                    Case No. 8:15-cv-01202-SCB-EAJ

THE FEDERAL BUREAU OF
INVESTIGATION and THE
EXECUTIVE OFFICE OF
UNITED STATES ATTORNEYS,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.08(a), plaintiffs Gawker Media, LLC and Gregg D. Thomas, and defendants Federal Bureau of Investigation and Executive Office of United States Attorneys, hereby notify the Court that the issue of plaintiffs' claim for attorneys' fees and costs has been resolved.

[*Signature page to follow*]

Respectfully submitted, March 18, 2016.

By: *s/ Seth D. Berlin*
Seth D. Berlin (pro hac vice)
Alia L. Smith (pro hac vice)
Patrick Kabat (pro hac vice)
LEVINE SULLIVAN KOCH
& SCHULZ, LLP
1899 L Street, NW, Suite 200
Washington, DC 20036
Tel.: (202) 508-1122
Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com

Gregg D. Thomas
Florida Bar No.: 223913
Rachel E. Fugate
Florida Bar No.: 0144029
THOMAS & LOCICERO PL
601 South Boulevard
P.O. Box 2602 (33601)
Tampa, FL 33606
Tel.: (813) 984-3060
Fax: (813) 984-3070
gthomas@tlolawfirm.com
rfugate@tlolawfirm.com
Washington, DC 20036
Tel.: (202) 508-1122
Fax: (202) 861-9888
sberlin@lskslaw.com
asmith@lskslaw.com
pkabat@lskslaw.com
*Counsel for Plaintiffs*

A. LEE BENTLEY, III
United States Attorney

By:  *s/ E. Kenneth Stegeby*
E. KENNETH STEGEBY
Assistant U.S. Attorney
USAO No. 112
400 North Tampa Street, Ste. 3200
Tampa, Florida 33602
Telephone:  (813) 274-6087
Facsimile:    (813) 274-6198
Email: kenneth.stegeby@usdoj.gov
*Counsel for Defendants*